B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**3RC Mechanical & Contracting Services, LLC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4583813** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5330 W. 124th St.**<br>**Alsip, IL**<br>ZIP Code **60803** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Frank Cassano**<br>**21128 Eugene Siegal Ct.**<br>**Joliet, IL**<br>ZIP Code **60435** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **3RC Mechanical & Contracting Services, LLC.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br><br>    _____<br>    (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**3RC Mechanical & Contracting Services, LLC.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Kent A. Gaertner**
Signature of Attorney for Debtor(s)

**Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**August  3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Frank Cassano**
Signature of Authorized Individual

**Frank Cassano**
Printed Name of Authorized Individual

**Vice-President**
Title of Authorized Individual

**August  3, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **3RC Mechanical & Contracting Services, LLC.**         ,      Case No. _____
                                Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 21 | 1,432,982.32 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,415,559.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 1,022,450.95 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | 1,728,095.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 63 | | | |
| Total Assets | | | 1,432,982.32 | | |
| Total Liabilities | | | | 4,166,104.95 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **3RC Mechanical & Contracting Services, LLC.**

Case No. _____

Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **3RC Mechanical & Contracting Services, LLC.**                                    Case No. _____
                                                                          ,
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

  **0**    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **3RC Mechanical & Contracting Services, LLC.**                                  ,    Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Uncashed checks received from recent invoices. Location: 5330  W. 124th St., Alsip IL 60803** | - | 30,462.45 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Harris Bank (formally Amcore Bank)- General Checking Acct. ending in #2456 = $2,200.00 apprx. First American Bank- General Checking Account ending in #0303 = $10.05** | - | 2,210.05 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit held by landlord David Shewmake (See Schedule G)** | - | 1,900.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         34,572.50
(Total of this page)

____3____  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **3RC Mechanical & Contracting Services, LLC.** ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Location: 5330  W. 124th St., Alsip IL 60803**<br><br>**See Addendum to Sch. B-16 attached.** | - | 1,070,961.11 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Location: 5330  W. 124th St., Alsip IL 60803**<br><br>**Promissory Note dated 8/31/09 from GX Holdings LLC. to Debtor evidenceing a debt owed to Debtor in the amount of $265,618.71.** | - | 265,618.71 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     1,336,579.82
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **3RC Mechanical & Contracting Services, LLC.**                      ,   Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor may have a 50% interest in certain projects bid with Paul Worth as more fully described in the addendum to Sch. B-21 attached hereto.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1- 25' Job Trailer at Roseland Retirement Center- Appx. Value $2500.00**<br>**2- 40' Semi Trailers- Appx. Value $500 each. Located at Debtor's address.**<br>**1- 40' Sea Crate- Appx. Value $500.  Located at Debtor's address.**<br>**1- 1999 US Cargo Trailer- Appx. Value $800. Located at Debtor's address.**<br>**1- 2005 Ford Econoline Van E-350S- Appx Value $1200.  Located at Debtor's Address.**<br>**1- 2001 Ford F-550.  Appx Value $15,000.  Located at Debtor's address**<br>**1- 1994 GMC Top Kick- Appx Value $500.  Located at Debtor's address.** | - | **19,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Location: 5330  W. 124th St., Alsip IL 60803**<br><br>**See Addedum to Sch. B-28 attached.** | - | **10,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Location: 5330  W. 124th St., Alsip IL 60803**<br><br>**See Addendum to Sch. B-29 attached (7 pages)** | - | **30,830.00** |

Sub-Total >   **59,830.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                        ,        Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | | **Location: 5330  W. 124th St., Alsip IL 60803**  **Miscellaneous pipe, fittings, fasteners, steel, and consumables.** | - | **2,000.00** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **2,000.00**
(Total of this page)
Total >        **1,432,982.32**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

*Scu 18-16
Adden Dum* (handwritten)

**3RC Mechanical & Contracting Services**
# A/R Aging Summary
### As of July 27, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Anchor Mechanical** | | | | | | |
| 12578 Malcolm X rplc bearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Anchor Mechanical** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Arro Transport** | | | | | | |
| 11411 P/M Contract 2/08 to 2/08 | 0.00 | 0.00 | 1,110.00 | 0.00 | 0.00 | 1,110.00 |
| **Total Arro Transport** | 0.00 | 0.00 | 1,110.00 | 0.00 | 0.00 | 1,110.00 |
| **ASP** | | | | | | |
| 11844 Check (2) units not working | 0.00 | 0.00 | 0.00 | 0.00 | 635.00 | 635.00 |
| **Total ASP** | 0.00 | 0.00 | 0.00 | 0.00 | 635.00 | 635.00 |
| **Bob Sansone** | | | | | | |
| 12732 Arthur Murray 2 M/W's inspection A/ | 0.00 | 720.00 | 0.00 | 0.00 | 0.00 | 720.00 |
| **Total Bob Sansone** | 0.00 | 720.00 | 0.00 | 0.00 | 0.00 | 720.00 |
| **Carpenters School** | | | | | | |
| 10715 PM Contract for union st | 0.00 | 3,750.00 | -3,750.00 | 0.00 | 0.00 | 0.00 |
| 12659 Rplc. R/T Units @ Lisle Campus | 0.00 | 960.00 | 21,122.00 | 0.00 | 0.00 | 22,082.00 |
| **Total Carpenters School** | 0.00 | 4,710.00 | 17,372.00 | 0.00 | 0.00 | 22,082.00 |
| **CFRL/Center for Reserch Libraries** | | | | | | |
| 11330 P/M Contract 12/01/07-08 | 0.00 | 2,515.05 | 0.00 | 0.00 | 0.00 | 2,515.05 |
| 12738 Boiler not turning on AHU N/S Bldg | 1,547.16 | 0.00 | 0.00 | 0.00 | 0.00 | 1,547.16 |
| **Total CFRL/Center for Reserch Libraries** | 1,547.16 | 2,515.05 | 0.00 | 0.00 | 0.00 | 4,062.21 |
| **Children's Development** | | | | | | |
| 11255 95th St. P/M 11/01/07-08 | 0.00 | 0.00 | 0.00 | 0.00 | 890.00 | 890.00 |
| 12282 Roseland - Dollar Store Ck R/T unit | 0.00 | 0.00 | 0.00 | 0.00 | 172.50 | 172.50 |
| **Total Children's Development** | 0.00 | 0.00 | 0.00 | 0.00 | 1,062.50 | 1,062.50 |
| **Climatemp Inc.** | | | | | | |
| 11666 Belmont Cragin School HVAC piping | 0.00 | 0.00 | 0.00 | 4,145.48 | 0.00 | 4,145.48 |
| 11815 Kelly Curie & Gage Pk. Piping insul | 0.00 | 357,788.10 | 172,182.92 | 256,221.02 | 0.00 | 786,192.04 |
| **Total Climatemp Inc.** | 0.00 | 357,788.10 | 172,182.92 | 260,366.50 | 0.00 | 790,337.52 |
| **CPS - Department of Food Service** | | | | | | |
| 12612 Beasley Rpr. dble steamer is N/W | 2,017.60 | 0.00 | 0.00 | 0.00 | 0.00 | 2,017.60 |
| 12644 Young Rpr. 4/C S/T N/W prop. | 0.00 | 0.00 | 525.06 | 0.00 | 0.00 | 525.06 |
| 12655 Pilsen Rpr. 4/C S/T 1/C N/W | 1,438.29 | 0.00 | 0.00 | 0.00 | 0.00 | 1,438.29 |
| 12683 Kenwood Rpr. 6/C S/T 1/C is N/W | 898.00 | 0.00 | 0.00 | 0.00 | 0.00 | 898.00 |
| 12703 Mannlerro Rpr.4/C S/T 2nd/C N/W | 891.10 | 0.00 | 0.00 | 0.00 | 0.00 | 891.10 |
| 12709 Acad of Sholastic Rpr 4/C S/T switc | 203.60 | 0.00 | 0.00 | 0.00 | 0.00 | 203.60 |
| 12712 Rpr. 4/C S/T needs control handle | 589.64 | 0.00 | 0.00 | 0.00 | 0.00 | 589.64 |
| 12719 Passages rpr. 4/C S/T N/W | 457.92 | 0.00 | 0.00 | 0.00 | 0.00 | 457.92 |
| 12726 Pilsen Rpr. 4/C S/T 2/C N/W | 0.00 | 0.00 | 1,283.44 | 0.00 | 0.00 | 1,283.44 |
| 12734 Jensen 4/C S/T 1/C N/W | 636.16 | 0.00 | 0.00 | 0.00 | 0.00 | 636.16 |
| 12735 Jensen Rpr. Switch on dble oven bot | 645.00 | 0.00 | 0.00 | 0.00 | 0.00 | 645.00 |
| 12736 New Sullivan Rpr. steamer leaking | 407.20 | 0.00 | 0.00 | 0.00 | 0.00 | 407.20 |
| 12741 Hope Rpre. 4/C S/T no power | 556.50 | 0.00 | 0.00 | 0.00 | 0.00 | 556.50 |
| 12748 Herbert Rpr. elect. disconnect to | 152.70 | 0.00 | 0.00 | 0.00 | 0.00 | 152.70 |
| **Total CPS - Department of Food Service** | 8,893.71 | 0.00 | 1,808.50 | 0.00 | 0.00 | 10,702.21 |
| **Fellows Roofing** | | | | | | |
| 12478 Check boiler | 0.00 | 0.00 | 0.00 | 0.00 | 230.00 | 230.00 |

10:21 AM

07/27/10

# 3RC Mechanical & Contracting Services
## A/R Aging Summary
### As of July 27, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Total Fellows Roofing** | 0.00 | 0.00 | 0.00 | 0.00 | 230.00 | 230.00 |
| **Henry Bros., Co.** | | | | | | |
| 11652 Miller Ctr. Addition - HVAC & Gas | 0.00 | 0.00 | 0.00 | 0.00 | 36,496.25 | 36,496.25 |
| **Total Henry Bros., Co.** | 0.00 | 0.00 | 0.00 | 0.00 | 36,496.25 | 36,496.25 |
| **HTH Mechanical Services Inc.** | | | | | | |
| 12434 Roseland Place - Piping | 0.00 | 60,345.00 | 0.00 | 0.00 | 0.00 | 60,345.00 |
| **Total HTH Mechanical Services Inc.** | 0.00 | 60,345.00 | 0.00 | 0.00 | 0.00 | 60,345.00 |
| **Hydract, Inc** | | | | | | |
| 12362 Rplc. Quencher pump discharge pipin | 0.00 | 0.00 | 0.00 | 0.00 | 36,593.30 | 36,593.30 |
| 12364 Rplc. 10 FCE N. Quencher base | 0.00 | 0.00 | 0.00 | 0.00 | 6,925.00 | 6,925.00 |
| **Total Hydract, Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 43,518.30 | 43,518.30 |
| **Indigo Construction Services** | | | | | | |
| 12664 Gas Piping | 0.00 | 0.00 | 4,060.00 | 0.00 | 0.00 | 4,060.00 |
| **Total Indigo Construction Services** | 0.00 | 0.00 | 4,060.00 | 0.00 | 0.00 | 4,060.00 |
| **INX International Ink Co.** | | | | | | |
| 12711 Replace Monorail | 0.00 | 3,470.00 | 0.00 | 0.00 | 0.00 | 3,470.00 |
| **Total INX International Ink Co.** | 0.00 | 3,470.00 | 0.00 | 0.00 | 0.00 | 3,470.00 |
| **IVEX Corp.** | | | | | | |
| 12349 Extra to 10/07/09 Shutdown | 0.00 | 0.00 | 0.00 | 0.00 | 1,514.75 | 1,514.75 |
| 12435 Shutdown on 11/20/09 | 0.00 | 0.00 | 0.00 | 0.00 | 1,827.88 | 1,827.88 |
| 12627 #2 Boiler feeder pump | 0.00 | 0.00 | 0.00 | 0.00 | 681.36 | 681.36 |
| 12633 Daily Maint Assist 4/1/10 - 4/30/10 | 0.00 | 0.00 | 9,447.49 | 0.00 | 0.00 | 9,447.49 |
| 12693 Daily Maintenance for May 2010 | 0.00 | 0.00 | 11,880.60 | 0.00 | 0.00 | 11,880.60 |
| 12705 Shutdown 05/11/10 | 0.00 | 0.00 | 10,802.13 | 0.00 | 0.00 | 10,802.13 |
| **Total IVEX Corp.** | 0.00 | 0.00 | 32,130.22 | 0.00 | 4,023.99 | 36,154.21 |
| **Kleinmeyer Physical Therapy** | | | | | | |
| 12175 2925 Prairie Loc. Rpr. Pool Heater | 0.00 | 0.00 | 0.00 | 0.00 | 172.50 | 172.50 |
| **Total Kleinmeyer Physical Therapy** | 0.00 | 0.00 | 0.00 | 0.00 | 172.50 | 172.50 |
| **Magnetic International** | | | | | | |
| 12701 Emerg. Breakdown on 05/01/10 @ US S | 0.00 | 0.00 | 13,833.84 | 0.00 | 0.00 | 13,833.84 |
| 12715 Repair Fan | 0.00 | 0.00 | 1,672.00 | 0.00 | 0.00 | 1,672.00 |
| **Total Magnetic International** | 0.00 | 0.00 | 15,505.84 | 0.00 | 0.00 | 15,505.84 |
| **Paul Wurth, Inc** | | | | | | |
| 12688 Pump rebuild @ LTV #3 pump house | 0.00 | 3,963.61 | 1,219.05 | -5,182.66 | 0.00 | 0.00 |
| **Total Paul Wurth, Inc** | 0.00 | 3,963.61 | 1,219.05 | -5,182.66 | 0.00 | 0.00 |
| **PQ Corporation** | | | | | | |
| 12717 3" pump discharge line | 0.00 | 0.00 | 5,620.00 | 0.00 | 0.00 | 5,620.00 |
| **Total PQ Corporation** | 0.00 | 0.00 | 5,620.00 | 0.00 | 0.00 | 5,620.00 |
| **Set Enterprises** | | | | | | |
| 12018 Pecision line | 0.00 | 0.00 | 0.00 | 0.00 | 1,647.36 | 1,647.36 |
| **Total Set Enterprises** | 0.00 | 0.00 | 0.00 | 0.00 | 1,647.36 | 1,647.36 |
| **St. Julie Billart Church** | | | | | | |
| 11318 P/M 12/07-05/31/08 or Divine/Worshi | 0.00 | 1,071.25 | 0.00 | 0.00 | 0.00 | 1,071.25 |

10:21 AM

07/27/10

**3RC Mechanical & Contracting Services**
**A/R Aging Summary**
As of July 27, 2010

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 12727 Motor rplcmt. & add freon in Rector | 899.66 | 0.00 | 0.00 | 0.00 | 0.00 | 899.66 |
| St. Julie Billart Church - Other | 0.00 | -1,071.25 | 0.00 | 0.00 | 0.00 | -1,071.25 |
| **Total St. Julie Billart Church** | 899.66 | 0.00 | 0.00 | 0.00 | 0.00 | 899.66 |
| Summit Inc. | 11,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,200.00 |
| **UGL Unicco** |  |  |  |  |  |  |
| 12104 Ind Univ clean drainage sys & paint | 0.00 | 0.00 | 0.00 | 0.00 | 1,750.00 | 1,750.00 |
| **Total UGL Unicco** | 0.00 | 0.00 | 0.00 | 0.00 | 1,750.00 | 1,750.00 |
| **United Parcel Service** |  |  |  |  |  |  |
| 12397 Removal & Inst.of (20) UNL's | 0.00 | 512.00 | 0.00 | 0.00 | 0.00 | 512.00 |
| **Total United Parcel Service** | 0.00 | 512.00 | 0.00 | 0.00 | 0.00 | 512.00 |
| **Wiesbrook Sheet Metal, Inc** |  |  |  |  |  |  |
| 11604 Hines V.A Chilled Water & Piping | 0.00 | 0.00 | 0.00 | 0.00 | 4,668.19 | 4,668.19 |
| 11669 School Distr. #93 HVAC Piping in 8 | 0.00 | 0.00 | 0.00 | 0.00 | 14,000.36 | 14,000.36 |
| **Total Wiesbrook Sheet Metal, Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 18,668.55 | 18,668.55 |
| **TOTAL** | 22,540.53 | 434,023.76 | 251,008.53 | 255,183.84 | 108,204.45 | 1,070,961.11 |

Page 3

10:17 AM
06/30/10

*Adjustes*

**3RC Mechanical & Contracting Services**
**Open Invoices**
All Transactions

| Type | Date | Num | P. O. # | Name Address | Name City | N... | Name Zip | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **212 West Washington Comdominiums** | | | | | | | | | | |
| **12654 Pump Piping Repairs** | | | | | | | | | | |
| Invoice | 6/16/2010 | 4977 | | 212 W. Washington Chicago, IL 60606 Attn: ... | Chicago | IL | 60606 | 6/16/2010 | 14 | 6,000.00 |
| Total 12654 Pump Piping Repairs | | | | | | | | | | 6,000.00 |
| Total 212 West Washington Comdominiums | | | | | | | | | | 6,000.00 |
| **Air Systems, Inc.** | | | | | | | | | | |
| **11375 Sargent & Lundy P/M Contract 12/08** | | | | | | | | | | |
| Invoice | 3/9/2010 | 4752 | | 3031 North Lake Terrace Glenview, Illinois 6... | Glenview | IL | 60026 | 4/8/2010 | 83 | 3,275.00 |
| Total 11375 Sargent & Lundy P/M Contract 12/08 | | | | | | | | | | 3,275.00 |
| Total Air Systems, Inc. | | | | | | | | | | 3,275.00 |
| **Allied Tube & Conduit** | | | | | | | | | | |
| **12634 service to upgrade conveyor** | | | | | | | | | | |
| Invoice | 6/15/2010 | 4973 | P042 | Attn  Accounts Payable P. O. Box 1678 Harv... | Harvey | IL | 60426-1678 | 7/15/2010 | | 2,148.00 |
| Total 12634 service to upgrade conveyor | | | | | | | | | | 2,148.00 |
| Total Allied Tube & Conduit | | | | | | | | | | 2,148.00 |
| **Anchor Mechanical** | | | | | | | | | | |
| **12578 Malcolm X rplc bearings** | | | | | | | | | | |
| Payment | 3/25/2010 | 40016 | | 215 S  Aberdeen St. Chicago, IL  60607 | Chicago | IL | 60607 | | | -3,585.00 |
| Invoice | 3/10/2010 | 4764 | 36787 | 215 S  Aberdeen St. Chicago, IL  60607 | Chicago | IL | 60607 | 4/9/2010 | 82 | 3,585.00 |
| Total 12578 Malcolm X rplc bearings | | | | | | | | | | 0.00 |
| Total Anchor Mechanical | | | | | | | | | | 0.00 |
| **Arro Transport** | | | | | | | | | | |
| **11411 P/M Contract 2/08 to 2/08** | | | | | | | | | | |
| Invoice | 5/7/2010 | 4965 | | 11861 South Cottage Grove Ave. Chicago, IL... | Chicago | IL | 60628 | 6/6/2010 | 24 | 1,110.00 |
| Total 11411 P/M Contract 2/08 to 2/08 | | | | | | | | | | 1,110.00 |
| Total Arro Transport | | | | | | | | | | 1,110.00 |
| **ASP** | | | | | | | | | | |
| **11844 Check (2) units not working** | | | | | | | | | | |
| Invoice | 11/20/2008 | 3701 | | 6312 W 74th St Chicago, IL 60638 | Chicago | IL | 60638 | 12/20/2008 | 557 | 635.00 |
| Total 11844 Check (2) units not working | | | | | | | | | | 635.00 |
| Total ASP | | | | | | | | | | 635.00 |
| **Bob Sansone** | | | | | | | | | | |
| **12732 Arthur Murray 2 M/W's inspection A/** | | | | | | | | | | |
| Invoice | 6/3/2010 | 4947 | | 9118 W 47th St Brookfield, IL 60513 | Brookfield | IL | 60513 | 7/3/2010 | | 720.00 |
| Total 12732 Arthur Murray 2 M/W's inspection A/ | | | | | | | | | | 720.00 |
| Total Bob Sansone | | | | | | | | | | 720.00 |
| **Carpenters School** | | | | | | | | | | |
| **10715 PM Contract for union st** | | | | | | | | | | |
| Payment | 6/25/2010 | | | 1256 Estes Ave. Elk Grove Village, IL 60007 | Elk Grove Village | IL | 60007 | | | -3,750.00 |
| Invoice | 6/15/2010 | 4972 | | 1256 Estes Ave. Elk Grove Village, IL 60007 | Elk Grove Village | IL | 60007 | 7/15/2010 | | 3,750.00 |
| Total 10715 PM Contract for union st | | | | | | | | | | 0.00 |
| **12659 Rplc. R/T Units @ Lisle Campus** | | | | | | | | | | |
| Invoice | 4/30/2010 | 4900 | | 1256 Estes Ave. Elk Grove Village, IL 60007 | Elk Grove Village | IL | 60007 | 5/30/2010 | 31 | 21,122.00 |
| Invoice | 6/21/2010 | 4989 | | 1256 Estes Ave. Elk Grove Village, IL 60007 | Elk Grove Village | IL | 60007 | 7/21/2010 | | 960.00 |
| Total 12659 Rplc. R/T Units @ Lisle Campus | | | | | | | | | | 22,082.00 |
| **12754 Rplc condenser RTU #1 Lunchroom** | | | | | | | | | | |
| Invoice | 6/28/2010 | 4994 | | 1256 Estes Ave. Elk Grove Village, IL 60007 | Elk Grove Village | IL | 60007 | 7/28/2010 | | 2,820.00 |
| Total 12754 Rplc condenser RTU #1 Lunchroom | | | | | | | | | | 2,820.00 |
| Total Carpenters School | | | | | | | | | | 24,902.00 |
| **CFRL/Center for Reserch Libraries** | | | | | | | | | | |
| **11330 P/M Contract 12/01/07-08** | | | | | | | | | | |
| Invoice | 6/21/2010 | 4993 | | 6050 S. Kenwood Chicago, Illinois  60637 | Chicago | IL | 60637 | 7/21/2010 | | 2,515.05 |
| Total 11330 P/M Contract 12/01/07-08 | | | | | | | | | | 2,515.05 |
| Total CFRL/Center for Reserch Libraries | | | | | | | | | | 2,515.05 |
| **Children's Development** | | | | | | | | | | |
| **11255 95th St. P/M 11/01/07-08** | | | | | | | | | | |
| Invoice | 5/7/2009 | 4072 | | 1050 East 95th Street Chicago, Illinois 60619 | Chicago | IL | 60619 | 6/6/2009 | 389 | 890.00 |
| Total 11255 95th St. P/M 11/01/07-08 | | | | | | | | | | 890.00 |
| **12282 Roseland - Dollar Store Ck R/T unit** | | | | | | | | | | |
| Invoice | 9/18/2009 | 4319 | | 1050 East 95th Street Chicago, Illinois 60619 | Chicago | IL | 60619 | 10/18/2009 | 255 | 172.50 |
| Total 12282 Roseland - Dollar Store Ck R/T unit | | | | | | | | | | 172.50 |
| Total Children's Development | | | | | | | | | | 1,062.50 |
| **Climatemp Inc.** | | | | | | | | | | |
| **11666 Belmont Cragin School HVAC piping** | | | | | | | | | | |
| Invoice | 3/31/2010 | 4855 | 2090 | 315 N  May St. Chicago, Illinois 60639 Fred ... | Chicago | IL | 60639 | 4/30/2010 | 61 | 4,145.48 |
| Total 11666 Belmont Cragin School HVAC piping | | | | | | | | | | 4,145.48 |

Page 1

10:17 AM
08/30/10

## 3RC Mechanical & Contracting Services
## Open Invoices
### All Transactions

| Type | Date | Num | P. O. # | Name Address | Name City | N... | Name Zip | Due Date | Aging | Open Balance |
|------|------|-----|---------|--------------|-----------|------|----------|----------|-------|--------------|
| **11815 Kelly Curie & Gage Pk. Piping Insul** | | | | | | | | | | |
| Invoice | 3/31/2010 | 4863 | | 315 N. May St. Chicago, Illinois 60639 Fred ... | Chicago | IL | 60639 | 4/30/2010 | 61 | 73,816.62 |
| Invoice | 4/15/2010 | 4849 | | 315 N. May St. Chicago, Illinois 60639 Fred ... | Chicago | IL | 60639 | 5/15/2010 | 46 | 173,296.17 |
| Invoice | 4/15/2010 | 4850 | | 315 N. May St. Chicago, Illinois 60639 Fred ... | Chicago | IL | 60639 | 5/15/2010 | 46 | 9,108.23 |
| Invoice | 5/9/2010 | 4905 | | 315 N. May St. Chicago, Illinois 60639 Fred ... | Chicago | IL | 60639 | 6/8/2010 | 22 | 161,168.24 |
| Invoice | 5/9/2010 | 4906 | | 315 N. May St. Chicago, Illinois 60639 Fred ... | Chicago | IL | 60639 | 6/8/2010 | 22 | 11,014.68 |
| Invoice | 6/17/2010 | 4979 | | 315 N. May St. Chicago, Illinois 60639 Fred ... | Chicago | IL | 60639 | 7/17/2010 | | 339,898.69 |
| Invoice | 6/17/2010 | 4980 | | 315 N. May St. Chicago, Illinois 60639 Fred ... | Chicago | IL | 60639 | 7/17/2010 | | 17,889.41 |
| Total 11815 Kelly Curie & Gage Pk. Piping Insul | | | | | | | | | | 785,192.04 |
| | | | | | | | | | | |
| Total Climatemp Inc. | | | | | | | | | | 790,337.52 |
| | | | | | | | | | | |
| **CPS - Department of Food Service** | | | | | | | | | | |
| **12568 Bridge rpr. 5/C S/T 1/C not holding** | | | | | | | | | | |
| Invoice | 5/10/2010 | 4971 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 6/9/2010 | 21 | 407.20 |
| Total 12568 Bridge rpr. 5/C S/T 1/C not holding | | | | | | | | | | 407.20 |
| **12644 Young Rpr. 4/C S/T N/W prop.** | | | | | | | | | | |
| Invoice | 5/17/2010 | 4953 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 6/16/2010 | 14 | 611.97 |
| Total 12644 Young Rpr. 4/C S/T N/W prop. | | | | | | | | | | 611.97 |
| **12686 Curie Rpr. Steam Kettle** | | | | | | | | | | |
| Invoice | 5/6/2010 | 4963 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 6/5/2010 | 25 | 1,442.85 |
| Total 12686 Curie Rpr. Steam Kettle | | | | | | | | | | 1,442.85 |
| **12694 Drake Rpr. 4/C S/T 1/C N/W** | | | | | | | | | | |
| Invoice | 5/20/2010 | 4968 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 6/19/2010 | 11 | 594.60 |
| Total 12694 Drake Rpr. 4/C S/T 1/C N/W | | | | | | | | | | 594.60 |
| **12695 Taft 6/C S/T leaking water from und** | | | | | | | | | | |
| Invoice | 5/10/2010 | 4970 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 6/9/2010 | 21 | 630.80 |
| Total 12695 Taft 6/C S/T leaking water from und | | | | | | | | | | 630.80 |
| **12696 DoDiego rpr. steamer not heating** | | | | | | | | | | |
| Invoice | 5/7/2010 | 4964 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 6/6/2010 | 24 | 1,496.07 |
| Total 12696 DeDiego rpr. steamer not heating | | | | | | | | | | 1,496.07 |
| **12704 DeDiego Rpr. Top Sect. of Steamer** | | | | | | | | | | |
| Invoice | 6/9/2010 | 4962 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 7/9/2010 | | 1,354.40 |
| Total 12704 DoDiego Rpr. Top Sect. of Steamer | | | | | | | | | | 1,354.40 |
| **12707 Eberhart Rpr. 3/C S/T blowing break** | | | | | | | | | | |
| Invoice | 6/9/2010 | 4961 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 7/9/2010 | | 305.40 |
| Total 12707 Eberhart Rpr. 3/C S/T blowing break | | | | | | | | | | 305.40 |
| **12708 Little Village Rpr. 4/C S/T not dra** | | | | | | | | | | |
| Invoice | 6/9/2010 | 4958 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 7/9/2010 | | 965.78 |
| Total 12708 Little Village Rpr. 4/C S/T not dra | | | | | | | | | | 965.78 |
| **12721 Passages Rpr. handle on food warmer** | | | | | | | | | | |
| Invoice | 6/9/2010 | 4960 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 7/9/2010 | | 384.04 |
| Total 12721 Passages Rpr. handle on food warmer | | | | | | | | | | 384.04 |
| **12722 Deneen Rpr. 4/C S/T 1/C N/W** | | | | | | | | | | |
| Invoice | 6/9/2010 | 4959 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 7/9/2010 | | 203.60 |
| Total 12722 Deneen Rpr. 4/C S/T 1/C N/W | | | | | | | | | | 203.60 |
| **12726 Pilsen Rpr. 4/C S/T 2/C N/W** | | | | | | | | | | |
| Invoice | 5/21/2010 | 4954 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 6/20/2010 | 10 | 1,283.44 |
| Total 12726 Pilsen Rpr. 4/C S/T 2/C N/W | | | | | | | | | | 1,283.44 |
| **12728 Chgo Acad rpr steamer drain leaking** | | | | | | | | | | |
| Invoice | 5/21/2010 | 4956 | | Department of Food Service / 16th Floor 125 ... | Chicago | IL | 60603 | 6/20/2010 | 10 | 389.30 |
| Total 12728 Chgo Acad rpr steamer drain leaking | | | | | | | | | | 389.30 |
| | | | | | | | | | | |
| Total CPS - Department of Food Service | | | | | | | | | | 10,069.45 |
| **Fellows Roofing** | | | | | | | | | | |
| **12478 Check boiler** | | | | | | | | | | |
| Invoice | 12/22/2009 | 4614 | | 1090 Beach Ave. LaGrange Park, IL   60526 | LaGrange Park | IL | 60526 | 1/21/2010 | 160 | 230.00 |
| Total 12478 Check boiler | | | | | | | | | | 230.00 |
| | | | | | | | | | | |
| Total Fellows Roofing | | | | | | | | | | 230.00 |
| **Henry Bros., Co.** | | | | | | | | | | |
| **11652 Miller Ctr. Addition - HVAC & Gas** | | | | | | | | | | |
| Invoice | 11/6/2008 | 3996 | | 9821 S. 78th Ave. Hickory Hills, Illinois 60452 | Hickory Hills | IL | 60452 | 11/6/2008 | 601 | 17.50 |
| Invoice | 1/16/2009 | 3809 | | 9821 S. 78th Ave. Hickory Hills, Illinois 60452 | Hickory Hills | IL | 60452 | 2/15/2009 | 500 | 613.76 |
| Invoice | 3/31/2010 | 4862 | | 9821 S. 78th Ave. Hickory Hills, Illinois 60452 | Hickory Hills | IL | 60452 | 3/31/2010 | 91 | 35,864.99 |
| Total 11652 Miller Ctr. Addition - HVAC & Gas | | | | | | | | | | 36,496.25 |
| | | | | | | | | | | |
| Total Henry Bros., Co. | | | | | | | | | | 36,496.25 |
| **HTH Mechanical Services Inc.** | | | | | | | | | | |
| **12434 Roseland Place - Piping** | | | | | | | | | | |
| Invoice | 5/31/2010 | 4981 | | 8450 West 191st Street Suite 17 Mokena, Illi... | Mokena | IL | 60448 | 6/30/2010 | | 60,345.00 |
| Total 12434 Roseland Place - Piping | | | | | | | | | | 60,345.00 |
| | | | | | | | | | | |
| Total HTH Mechanical Services Inc. | | | | | | | | | | 60,345.00 |

10:17 AM
06/30/10

**3RC Mechanical & Contracting Services**
**Open Invoices**
All Transactions

| Type | Date | Num | P.O. # | Name Address | Name City | N... | Name Zip | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Hydract, Inc** | | | | | | | | | | |
| 12382 Rplc. Quencher pump discharge pipin | | | | | | | | | | |
| Invoice | 11/13/2009 | 4488 | 14563 | 200 Lincoln ST Porter, IN 46304 | Porter | IN | 46304 | 12/13/2009 | 199 | 33,500.00 |
| Invoice | 11/13/2009 | 4487 | | 200 Lincoln ST Porter, IN 46304 | Porter | IN | 46304 | 12/13/2009 | 199 | 3,093.30 |
| Total 12382 Rplc. Quencher pump discharge pipin | | | | | | | | | | 36,593.30 |
| 12364 Rplc. 10 FCE N. Quencher base | | | | | | | | | | |
| Invoice | 11/13/2009 | 4485 | 14562 | 200 Lincoln ST Porter, IN 46304 | Porter | IN | 46304 | 12/13/2009 | 199 | 6,925.00 |
| Total 12364 Rplc. 10 FCE N. Quencher base | | | | | | | | | | 6,925.00 |
| **Total Hydract, Inc** | | | | | | | | | | 43,518.30 |
| **Indigo Construction Services** | | | | | | | | | | |
| 12664 Gas Piping | | | | | | | | | | |
| Invoice | 6/16/2010 | 4975 | 3575 | P.O. Box 1204 New Lennox, IL 60451 | New Lennox | IL | 60451 | 6/16/2010 | 14 | 4,060.00 |
| Total 12664 Gas Piping | | | | | | | | | | 4,060.00 |
| **Total Indigo Construction Services** | | | | | | | | | | 4,060.00 |
| **INX International Ink Co.** | | | | | | | | | | |
| 12711 Replace Monorail | | | | | | | | | | |
| Invoice | 6/15/2010 | 4974 | | 1860 West Western Drive West Chicago, Illi... | West Chicago | IL | 60185 | 7/15/2010 | | 3,470.00 |
| Total 12711 Replace Monorail | | | | | | | | | | 3,470.00 |
| **Total INX International Ink Co.** | | | | | | | | | | 3,470.00 |
| **IVEX Corp.** | | | | | | | | | | |
| 12349 Extra to 10/07/09 Shutdown | | | | | | | | | | |
| Invoice | 10/27/2009 | 4450 | | 292 Logan Avenue Attn: Eric Floyhar Joliet, I... | Joliet | IL | 60434 | 11/26/2009 | 216 | 1,514.75 |
| Total 12349 Extra to 10/07/09 Shutdown | | | | | | | | | | 1,514.75 |
| 12435 Shutdown on 11/20/09 | | | | | | | | | | |
| Invoice | 11/30/2009 | 4573 | | 292 Logan Avenue Joliet, IL 60434 Attn: Eric... | Joliet | IL | 60434 | 12/30/2009 | 182 | 1,827.88 |
| Total 12435 Shutdown on 11/20/09 | | | | | | | | | | 1,827.88 |
| 12627 #2 Boiler feeder pump | | | | | | | | | | |
| Invoice | 2/26/2010 | 4796 | | 292 Logan Avenue Joliet, IL 60434 Attn: Eric... | Joliet | IL | 60434 | 3/28/2010 | 94 | 661.36 |
| Total 12627 #2 Boiler feeder pump | | | | | | | | | | 661.36 |
| 12633 Daily Maint Assist 4/1/10 - 4/30/10 | | | | | | | | | | |
| Invoice | 4/30/2010 | 4894 | J100... | 292 Logan Avenue Joliet, IL 60434 Attn: Eric... | Joliet | IL | 60434 | 5/30/2010 | 31 | 9,447.49 |
| Total 12633 Daily Maint Assist 4/1/10 - 4/30/10 | | | | | | | | | | 9,447.49 |
| 12693 Daily Maintenance for May 2010 | | | | | | | | | | |
| Invoice | 5/10/2010 | 4912 | | 292 Logan Avenue Joliet, IL 60434 Attn: Bev | Joliet | IL | 60434 | 6/9/2010 | 21 | 6,340.00 |
| Invoice | 5/14/2010 | 4923 | J100... | 292 Logan Avenue Joliet, IL 60434 Attn: Bev | Joliet | IL | 60434 | 6/13/2010 | 17 | 5,540.60 |
| Total 12693 Daily Maintenance for May 2010 | | | | | | | | | | 11,880.60 |
| 12705 Shutdown 05/11/10 | | | | | | | | | | |
| Invoice | 5/14/2010 | 4922 | J100... | 292 Logan Avenue Joliet, IL 60434 Attn: Bev | Joliet | IL | 60434 | 6/13/2010 | 17 | 10,802.13 |
| Total 12705 Shutdown 05/11/10 | | | | | | | | | | 10,802.13 |
| **Total IVEX Corp.** | | | | | | | | | | 32,130.22 ~~36,134.21~~ |
| **Kleinmeyer Physical Therapy** | | | | | | | | | | |
| 12175 2925 Prairie Loc. Rpr. Pool Heater | | | | | | | | | | |
| Invoice | 6/30/2009 | 4190 | | 1416 West 55th Street Countryside, Illinois 6... | Countryside | IL | 60525 | 7/30/2009 | 335 | 172.50 |
| Total 12175 2925 Prairie Loc. Rpr. Pool Heater | | | | | | | | | | 172.50 |
| **Total Kleinmeyer Physical Therapy** | | | | | | | | | | 172.50 |
| **Magnetic International** | | | | | | | | | | |
| 12701 Emerg. Breakdown on 05/01/10 @ US S | | | | | | | | | | |
| Invoice | 5/7/2010 | 4908 | | 661 Anderson Drive Foster Plaza #7 Pittsbur... | Pittsburg | PA | 15220 | 6/6/2010 | 24 | 13,833.84 |
| Total 12701 Emerg. Breakdown on 05/01/10 @ US S | | | | | | | | | | 13,833.84 |
| 12715 Repair Fan | | | | | | | | | | |
| Invoice | 5/17/2010 | 4924 | | 661 Andersen Drive Foster Plaza #7 Pittsbur... | Pittsburg | PA | 15220 | 6/16/2010 | 14 | 1,672.00 |
| Total 12715 Repair Fan | | | | | | | | | | 1,672.00 |
| **Total Magnetic International** | | | | | | | | | | 15,505.84 |
| **Paul Wurth, Inc** | | | | | | | | | | |
| 12688 Pump rebuild @ LTV #3 pump house | | | | | | | | | | |
| Deposit | 4/30/2010 | | | Stealth Technology Center 333 Technology ... | Canonsburg | PA | 15317 | | | -5,182.66 |
| Invoice | 5/19/2010 | 4940 | | Stealth Technology Center 333 Technology ... | Canonsburg | PA | 15317 | 6/18/2010 | 12 | 1,219.05 |
| Invoice | 6/18/2010 | 4987 | | Stealth Technology Center 333 Technology ... | Canonsburg | PA | 15317 | 7/18/2010 | | 3,963.61 |
| Total 12688 Pump rebuild @ LTV #3 pump house | | | | | | | | | | 0.00 |
| **Total Paul Wurth, Inc** | | | | | | | | | | 0.00 |
| **Petroleum Fuel & Terminal Co** | | | | | | | | | | |
| 12750 6" crossover piping on asphalt line | | | | | | | | | | |
| Invoice | 6/17/2010 | 4978 | | 4805 S Harlem Ave Forestview, IL 60402 | Forestview | IL | 60402 | 7/17/2010 | | 2,775.00 |
| Total 12750 6" crossover piping on asphalt line | | | | | | | | | | 2,775.00 |
| **Total Petroleum Fuel & Terminal Co** | | | | | | | | | | 2,775.00 |
| **PQ Corporation** | | | | | | | | | | |
| 12717 3" pump discharge line | | | | | | | | | | |

10:17 AM
06/30/10

**3RC Mechanical & Contracting Services**
**Open Invoices**
All Transactions

| Type | Date | Num | P. O. # | Name Address | Name City | N... | Name Zip | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | 6/7/2010 | 4957 | 4512... | 111 Ingalls Ave. Joliet, IL 60435 | Joliet | IL | 60435 | 6/7/2010 | 23 | 5,620.00 |
| Total 12717 3" pump discharge line | | | | | | | | | | 5,620.00 |
| **Total PQ Corporation** | | | | | | | | | | 5,620.00 |
| **Set Enterprises** | | | | | | | | | | |
| 12018 Pecision line | | | | | | | | | | |
| Invoice | 3/18/2009 | 3948 | | 21905 Cottage Grove Ave. Sauk Village, IL 6... | Sauk Village | IL | 60411 | 4/17/2009 | 439 | 1,647.36 |
| Total 12018 Pocision line | | | | | | | | | | 1,647.36 |
| **Total Set Enterprises** | | | | | | | | | | 1,647.36 |
| **St. Julie Billart Church** | | | | | | | | | | |
| 11317 P/M 12/07-05/31/08 for Church | | | | | | | | | | |
| Invoice | 6/21/2010 | 4991 | | 7399 West 159th Street Tinley Park, IL 60477 | Tinley Park | IL | 60477 | 7/21/2010 | | 2,103.50 |
| Total 11317 P/M 12/07-05/31/08 for Church | | | | | | | | | | 2,103.50 |
| 11318 P/M 12/07-05/31/08 or Divine/Worshi | | | | | | | | | | |
| Invoice | 6/21/2010 | 4990 | | 7399 West 159th Street Tinley Park, IL 60477 | Tinley Park | IL | 60477 | 7/21/2010 | | 1,071.25 |
| Invoice | 6/21/2010 | 4992 | | 7399 West 159th Street Tinley Park, IL 60477 | Tinley Park | IL | 60477 | 7/21/2010 | | 2,008.75 |
| Total 11318 P/M 12/07-05/31/08 or Divine/Worshi | | | | | | | | | | 3,080.00 |
| **Total St. Julie Billart Church** | | | | | | | | | | 5,183.50 |
| **UGL Unicco** | | | | | | | | | | |
| 12104 Ind Univ clean drainage sys & paint | | | | | | | | | | |
| Invoice | 5/28/2009 | 4123 | | Bill Finn 9333 Calumet Ave Suite B | Munster | IN | 46321 | 6/27/2009 | 368 | 1,750.00 |
| Total 12104 Ind Univ clean drainage sys & paint | | | | | | | | | | 1,750.00 |
| **Total UGL Unicco** | | | | | | | | | | 1,750.00 |
| **United Parcel Service** | | | | | | | | | | |
| 12397 Removal & Inst.of (20) UNL's | | | | | | | | | | |
| Invoice | 6/16/2010 | 4976 | 1149... | Plant Engineer 1 UPS Way Hodgkins IL 60525 | Hodgkins | IL | 60525 | 7/1/2010 | | 512.00 |
| Total 12397 Removal & Inst.of (20) UNL's | | | | | | | | | | 512.00 |
| **Total United Parcel Service** | | | | | | | | | | 512.00 |
| **Wiesbrook Sheet Metal, Inc** | | | | | | | | | | |
| 11604 Hines V.A Chilled Water & Piping | | | | | | | | | | |
| Invoice | 8/13/2008 | 3489 | | 25502 West Ruff Street Plainfield, Illinois 60.. | Plainfield | IL | 60544 | 9/12/2008 | 656 | 4,668.19 |
| Total 11604 Hines V.A Chilled Water & Piping | | | | | | | | | | 4,668.19 |
| 11669 School Distr. #93 HVAC Piping in B | | | | | | | | | | |
| Invoice | 7/24/2008 | 3428 | B8DI... | 25502 West Ruff Street Plainfield, Illinois 60... | Plainfield | IL | 60544 | 8/23/2008 | 676 | 6,400.00 |
| Invoice | 8/11/2008 | 3480 | B8DI... | 25502 West Ruff Street Plainfield, Illinois 60... | Plainfield | IL | 60544 | 9/10/2008 | 658 | 6,400.00 |
| Invoice | 8/27/2008 | 3503 | B8DI... | 25502 West Ruff Street Plainfield, Illinois 60... | Plainfield | IL | 60544 | 9/26/2008 | 642 | 942.00 |
| Invoice | 10/23/2008 | 3622 | | 25502 West Ruff Street Plainfield, Illinois 60... | Plainfield | IL | 60544 | 11/22/2008 | 585 | 258.36 |
| Total 11669 School Distr. #93 HVAC Piping in B | | | | | | | | | | 14,000.36 |
| **Total Wiesbrook Sheet Metal, Inc** | | | | | | | | | | 18,668.55 |
| **TOTAL** | | | | | | | | | | 1,078,883.03 |

*Paul Wurth Project together*
*we get 50% of Profit*

# PROPOSAL LOG

**GB 10-15:** U.S. Steel Ore Bridge       **$27,164.00**
Bid Due Date- Jan 25th, 2010    Contact- Bob Adler    **PW**

**GB 10-16:** Arcelor-Mittal IH   Skip Hoist Motor Alignment   **$4,960.00**
Bid Due Date-Feb. 5th, 2010    Contact- Frank Peters    **PW**

**GB 10-17:** Material Bin Liners     **$745,039.00**
Bid Due Date- Feb. 26th, 2010    Contact- Bob Curler    **Postponed**

**GB 10-18:** 2QR Wind Vane     **$380,252.00**
Bid Due Date-Feb. 26th,2010    Contact- Bob Curler    **Postponed**

*one project*

**GB 10-19:** U. S. Steel Sinter Plant Outage    **$1,500,000.00 – $60,000.00**
Bid Due Date- Feb 26th, 2010    Contact- Bob Curler    **Postponed**

**GB 10-20:** Gear Change     **$674,200.00 – $26,968.00**
Bid Due Date- Feb. 26th, 2010    Contact- Bob Curler    **Postponed**

**GB 10-21:** Slab Slitter Pit IH   Arcelor-Mittal   **$118,345.00**
Bid Due Date- March 18th,2010    Contact- Bob Waldron    **Budgetary**

**GB 10-22:** Gas Cooler Cap     **$81,550.00**
Bid Due Date- March 16th, 2010    Contact- Jim Grossman    **Correct**

**GB 10-23:** Sinter Plant Ore Bridge #6    **$1,173,500.00 – $40,940.00**
Bid Due Date- April 22nd, 2010    Contact- Vito Stennis    **Review 5-3-10**

**GB 10-24:** Inland Arcelor-Mittal Sinter Plant Outage Package #1   **$1,165,200.00**
Bid Due Date- March 23rd, 2010    Contact- Vito Stennis    **Morrison**

**GB 10-25:** Inland Arcelor-Mittal Sinter Plant Outage Package #2   **$806,450.00 – $32,258.00**
Bid Due Date- April 14th, 2010    Contact- Vito Stennis    **NYA**

**GB 10-26:** Inland Arcelor-Mittal #2 SP Ladle Pre-Heaters   **BID**
Bid Due Date-    Contact- Bill Johnson

**GB 10-27:** Building Installation Lockport, Illinois   **BID**
Bid Due Date- May 14th,2010    Contact- Bob Russell

**GB 10-28:** Arcelor-Mittal Indiana Harbor   Rail Change   **$67,700.00 – $2,708.00**
Bid Due Date- April 26th,2010    Contact- Bob Waldron    **NYA**

*Sch. B-21 ADDendum*

**GB 10-29:** Integrity Contracting  Conveyor Installation                    **$152,250.00**
Bid Due Date- April 15ᵗʰ                    Contact- Al Matula                         Morrison

**GB 10-30** Arcelor-Mittal Purchasing    Budget Pricing/ Balancing       **BUDGETARY**
Alignments Service Contract        Contact- Dave Vittitoe                   Submitted
                                                                                          May 2ⁿᵈ,2010

**GB 10-31** Arcelor-Mittal  #6 Ore Bridge Rail Change                  **$509,250.00** - *$ 20,370.⁰⁰*
Bid Due Date- April 22ⁿᵈ                    Contact- Vito Stennis                **NYA**

**GB 10-32** Arcelor-Mittal (EAST)  2" Stainless 300'                    **$9,950.00** - *$ 398.⁰⁰*
Bid Due Date- May 3ʳᵈ                    Contact- Vito Stennis                 **NYA**

**GB 10-33** Arcelor-Mittal (EAST) #7 Blast Furnace Stove Repair    **Design, Fabricate**
Bid Due Date-                    Contact- Ross Beans/ Bob Steiger            **Install**

**5330 West 124th Street**
**Alsip, Illinois 60803-3205**

**Phone: (708) 385-0505**
**Fax (708) 389-0705**



**2100 State Road # 149**
**Chesterton, Indiana 46304**

**Phone: (219) 764-2500**
**Fax:: (219) 764-2510**

*3RC Mechanical & Contracting Services, LLC*
*HVAC - Process Piping - Millwright Services*

*ScH. B-28*
*Addendum*

Office Equipment in Alsip

7- Computers
1- Laser Print Printer
6- Desk Jet Printers
1- HP Design Jet Printer for blue prints
1- Phone system with 10- phones
1- Fax and copier does not work
1- Copy Mach. does not work
2- Elect. Print tables
1- Solid print table
10- Office Desks
5- Credenzas
4- Tables
6- 2 Drawer File Cabinets
10- 4 Drawer File Cabinets
16- Desk Chairs
1- Conference Table with 10- Chairs
6- Book Shelves
11- Elect. Adding Mach.
1- Kitchen Table and 4- Chairs
1- Refrigerator
1- Micro Wave

Dave Shibilla

Sent: Thursday, July 01, 2010 10:30 AM

To:   Rocky Moran

---

PPROX. 30 OFFICE PARTITIONS
- SET METAL SHELVES 3 TIER
- 4 DRAWER FILE CABINETS
- 2 DRAWER FILE CAB
- 5 DRAWER SLIDE OUT CABINETS
-DESKS
-15 SLOT HIGH CABINET(DARK CHERRY)
-7 DRAWER LOWER CABINET(DARK CHERRY)
3-MISC. CHAIRS—SOME WORE OUT
-8' LONG TABLE
-4' LONG TABLE
-HARD DRIVE MODEMS
-PRINTERS
-FAX MACHINES
 MONITORS
-PRINTERS
-KEYBOARDS
M/FM RECEIVER
0 WATT AMP
OKOGAWA HYBRID RECORDER
-BOX WITH MISC. CARTRIDGES AND SUPPLIES



**5330 West 124th Street**
**Alsip, Illinois 60803-3205**

Phone: (708) 385-0505
Fax (708) 389-0705

**2100 State Road # 149**
**Chesterton, Indiana 46304**

Phone: (219) 764-2500
Fax:: (219) 764-2510

## 3RC Mechanical & Contracting Services, LLC
### HVAC - Process Piping - Millwright Services

Tools in Trailer

1-  Gas Drive Welding Mach.   approx. value $2,000.00
600 ft. of welding cable   approx.value $200.00
1- Complete Torch Outfit- approx. value $200.00
5- Pipe stands approx. value $125.00
1- Tripod  approx. value $50.00
2- 4.5" grinders approx. value $50.00
1-7" Grinder approx. value $50.00
1-3/4" Drive Socket Set approx. value $200.00
Misc. open end wrenches approx. value $50.00
2-24" Pipe wrenches approx. value $25.00
2-18" Pipe wrenches approx. value $25.00
2- Safety Harnesses approx. value $20.00
1-8' Ladder approx. value $50.00
Misc. Hand Tools approx. Value $100.00
1-1 Ton Chain Fall approx. value $100.00
1-1/2 Ton Chain Fall approx. value $100.00

Total $ 3,295.00

SCH. B-29
ADDENDUM

**5330 West 124th Street**
**Alsip, Illinois 60803-3205**

Phone: (708) 385-0505
Fax (708) 389-0705



**2100 State Road # 149**
**Chesterton, Indiana 46304**

Phone: (219) 764-2500
Fax:: (219) 764-2510

## 3RC Mechanical & Contracting Services, LLC
## HVAC - Process Piping - Millwright Services

Tools back from job

1200ft. of welding cable $1500.00
Propane Welder $1500.00
2-6', 4-8',  Ladders $150.00
3- 3000 Pipe Mach. $3000.00
1- Tripod $ 125.00
4- Pipe stands $125.00
2- Grinders $25.00
1- Sawzall $50.00
1- Portaband $100.00
Misc. Hand Tools $350.00
2- Vermits $200.00
2- Roto Hammers $350.00
1- XMT welder $1000.00
1- Complete Torch Set $250.00

Total $8,725.00

**Dave Shibilla**

**Sent:** Friday, June 18, 2010 12:53 PM

**To:** Mike McCarthy

*Approx*
*$ 20,000 00*

*7,225 00*

## SHOP TOOL LIST

*$600.00*
- 3-48" PIPE WRENCH
- 3-36"  "    " 1-ALUMINUM
- 9-24  "
- 4-18  "
- 3-14  "    1-14 SPUD
- 1-12  "
- 7-10  "

*$100.00* • 13 SMALL TUBE BENDERS 5/8 AND DOWN
*$200.00* • 6 LONG HANDLED THIN WALL BENDERS
*$100.00* • 5 HAND PIPE CUTTERS
*$200.00* • 6 HANDHELD PIPE DIES 1 TO 2"
*175.00* • 1 DOUBLE JEWEL CLAMP
*75.00* • 6 FLARING TOOLS, COPPER BRUSHES
*500.00* • APPROX 6 TUBE CUTTERS
*50.00* • MISC NPT DIES
*1000.00* • 1 PIPE MACHINE NO DIES-1 GIANT OLD PIPE MACHINE ON PALLET
*200.00* • 1 TRIPOD CHAIN VISE--2 TRIPOD MECHANICAL VISE
*100.00* • 4 OILERS
- RIDGED PRO PRESS
*1200.00* • BEARING WARMER
*175.00* • 5 PIPE STANDS
- 
- 
*1200.00*
- 3-100' OXY ACT HOSES
- 1-75  "
- 10-50  "
- 1-35  "
- 2-25  "
*450.00*
- 14 ACT REGULATORS
- 11 OXY REG.
- 3 ARG. REG.
- 1- NITRO REG
- 16 TORCH HEARD ASST TYPES
  ASSTED TIPS-HEATING, CUTTING--SMITH & VICTOR
*200.00* • 4 WELDING TANK CARTS
*400.00* • 1-25'-- 2-35'--2-40'--2-50' WELDING LEADS
- 5-STING LEADS APPROX 10' EACH
- 4-10' OR SHORTER GROUND---1-25' AND 1-20' GRND LEADS
- APPROX 200 FT ASSTED CABLE SOME WITH JACKSON ENDS
- SMALL HOBART HANDHELD WELDER (NEED REPAIR)
*1200.00* • 1-MILLER 22A WIRE FEEDER WITH HOSE AND TRIGGER
*2000.00* • 1-304XMT WELDER NO ENDS

200° • 2-WELDING CARTS FOR 22A WELDER AND BOTTLES
100° • MISC TIG ENDS TIPS HOSES---1 HELIARC HOSE                    4/585
200° • 1 LARGE ROD HEATER
200° • 2 SMALL ROD HEATERS
150° • 3-TURBO TORCH HOSE TIPS AND REG ASSBLYS.
75° • 7 MISC SIZE WELDING BLANKETS
200° • 5 WELDING CURTAINS APPROX 6X6
300° •  BLACK MIG WELDING BOX WITH ACCESORIES
150° ⌠ • 6 MISC LENGTH CHICAGO HOSES
    ⎨ • MISC CHICAGO FITTINGS
100° ⎬ • MISC AIR HOSE AND WELDING HOSES
    ⌡ • 2-80 GALLON COMPRESSORS----2-PANCAKE COMPRESSORS
300° ⎨ • 1-YORK A/C RECOVERY UNIT    1 SMALL HAND HELD VAC PUMP(NEEDS REPAIR)
    ⌡ • 4 SMALL FIRE EXT. 8 EMPTY--3 TANK WATER SPRAYERS
      •
      • 6-GFIS
      • 2 QUAD OUTLET TAPS
      • 2 SINGLE TO 3 WAY EXTENSIONS
      • 3 DOUBLE HALOGEN LIGHTS (1 WITH STAND)
      • 2 SINGLE HALOGEN LIGHTS (1 DOUBLE WITH STAND AND ABOUT 6 OR 7 SINGLES
        PROBABLY ONLY NEED BULBS)
250° ⎨ • 1-12 GUAGE 100' EXT CORD
    ⎬ • 4-12 50'
    ⎬ • 3-12 25'
    ⎬ • 6-14 100'
    ⎬ • 2-14 50'
    ⎬ • 4-16 100'
    ⌡ • 2-16 50'
      •
      • 4-1 TON CHAIN FALLS   600
      • 1-1/2 TON    180
      • 1-2 TON      2000°
      • 3-3 TON      750°°
      • 3-5 TON  —  1100°°
      • 2 BEAM CLAMPS  25°°
      • 2 BEAM ROLLERS  25°°
      • 2 HEVI HAUL ROLLERS
25°° ⌠ • 2 10LB SHORT HANDLE SLEDGE HAMRS.
    ⎨ • 5 10LB SLEDGE
    ⎬ • 3 12LB SLEDGE
    ⌡ • 1 18LB SLEDGE
      • 1- 6 TON COMA LONG -  700°°
      • 1- 3 TON    "        300
      • 3- 1 1/2 TON  "    600
      • 4-SHORT HANDLED 3/4 TON    "  600
      • 1-LONG HANDLED 3/4 TON    "  250
25°° ⌠ • 2-LONG JAWED C GRIPS
    ⎨ • 1- SHORT JAWED    "
    ⎬ • 2- SHORT  "    "    MODIFIED ENDS
    ⎬ • 8-12" C-CLAMPS
    ⌡ • 4-10"    "

- 1-6"        "
- 2- 10" AND 1- 6" BOILER CLAMPS
- 4 MISC VICE GRIPS 3 MISC PLIERS 2 MISC CHANNEL LOCKS
- MISC SCREWDRIVERS REG AND PHILLIPS, 1 OF EACH LARGE AND 2 OF EACH SMALL
- 5-8" TO 12" CRESCENT WRENCHES
- 1-1" COMPLETE SOCKET SET
- 1-ALMOST COMPLETE 3/4 SOCKET SET
- ASST 1" SOCKETS TO 3 1/8"---ASST 3/4 SOCKETS TO 2 1/4"
- ASST 1/2" AND 3/8" SOCKETS---ASST IMPACT SOCKETS 1/2"
- 1-1/2" TORQUE WRENCH
- 1-SET COMB WRENCHES 15/16" TO 2 1/2"-----ASST COMB WRENCHES FROM 7/16" THRU 3"
- MISC SLUGGER WRENCHES 1 3/8" TO 5 1/4"
-
- 1-MAG DRILL
- 1-3/8 DRILL MOTOR
- 2-1/2 DRILL MOTORS---2 OLD DOUBLE HANDLED 1/2 DRILL MOTORS
- 2 1/2" ELECTRIC IMPACT
- 3 1/2 AIR IMPACTS
- 2 1" CHICAGO AIR IMPACTS
- 3 AIR DRILLS
- 3 AIR CHISELS
- 3 SMALL AIR DIE GRINDERS
- 1 SMALL ELECTRIC DIE GRINDER--JAWS ARE IN BAD SHAPE
- 2 LONG HANDLES ELECTRIC WIRE WHEELS
- 3-7" ELECTRIC ANGLE GRINDERS
- 7-9"        "
- 7- CHICAGO ELECTRIC (ORANGE) 4" ANGLE GRINDERS
- BOSCH HAMMER DRILL
  CRAFTSMAN 7 1/4 CIRCULARS SAW
- 1-METAL CUTTING SAW
- 2-SAWZALLS
- 1-PORTABAND
- 1-1/2 RECHARGEABLE DRILL
- 1-3/8 RECHARGEABLE DRILL
- 1-HILTI DXH411 POWER DRIVER
- 1-TOOL BOX OF ASST. HOLE SAWS
- 2 PARTIAL HOLE SAW SETS
- 15 CALK GUNS
- 5 PORTA POWER UNITS (4 MISC HEADS 2" TO 10")
- 18 ASST SMALL HILTI BITS 3/8 TO 27/32
- 7 ASST HILTI LARGE BITS 1/2 TO 1 1/8
- 17 ASST BOSCH BITS 1/8 TO 3/4
- ASST SHORT MASONRY BITS 1/8 TO 3/4
- ASST LNG MASONRY BITS 5/16 TO 1"
- 1/2 TO 1 1/4 WOOD BORINGS BIT SET
- 1-DRILL INDEX
- ASST DRILL BITS FROM 1/16 TO 1" (MANY MISSING)
- 1 SMALL SET SLUGGER CUTTER BITS 9/16 TO 1 1/16----ASSTED SLUGGER CUTTER BITS



*100°*

- 11-MISC WET AND DRY CORE BITS -2 TO 5"
- 2-2' LEVELS
- 1-2' SQUARE
- 1 TRIPLE JAW PULLER
- 2-710 METAL STUD PUNCH FOR 1" CONDUIT
- 3 BOLT CUTTERS LARGE TO SMALL
- 4-KEYHOLE SAWS WITH APPROX 12" BLADES (HAND HELD)
- 4-CROSSCUT SAWS WITH APPROX 18" BLADES (HAND HELD)
- 1 FULL SIZE HAND RIPPING SAW
- 3 HACKSAWS
- MISC ASST ALLEN WRENCHES
- 1 PORTABLE BENCH GRINDER
- HAND RIVET GUN
- ELECTRIC STAPLE GUN
- 2 CATS PAW  PRY BARS
- 2 SMALL HAND SLEDGE MALLETS
- 4 SMALL BALLPEEN HAMRS
- 8 CLAW HAMMERS
- 1 RUBBER MALLET
- 7 CHIPPING HAMRS
- 4 SHEET METAL SHEARS
- 4 STANLEY KNIVES
- MISC WIRE AND BENCH BRUSHES (WORN)
- 6-3' PRY BARS
- 1-4' PRY BAR
- 2-100' FISH TAPE
  ASSTED HOT TAPS PIPES VALVES AND GAUGES
- 1 WOOD MOUNTED TRANSFER PUMP
- 2-SMALL BILGE PUMPS MOUNTED ON HANDLES FOR 5 GALLON BUCKETS
- 3-6' STEP LADDERS
- 4-8'    "
- 1-10'  "
- 2-12'  "
- 1-8' NARROW LADDER
- 2-20' EXT LAD.
- 1-24' "
- 1-30' "
- 1-40'  "
- 7-HEAVY DOLLIES
- 2-TUBULAR DOLLIES
- 8- FURNITURE DOLLIES
- 1-PALLET JACK
- 2 RAMCO 3T CHERRIE PICKERS
- MISC TROWELS AND SCRAPERS
- 3 HEADGEAR--MIS SHIELDS ALL SCRATCHED
- 3 SHOP VACS---ALL DIFFERENT SIZE HOSES AND ATTACHMENTS
- 3 MIS TARPS
- MISC NYLON SLINGS 2' TO 30 '
- MISC STEEL SLINGS 1/4" TO 2"?---3' TO 20'
- 
- 

*2 000°°*

B6D (Official Form 6D) (12/07)

In re     **3RC Mechanical & Contracting Services, LLC.**     Case No. _____
                                    ,
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Lien on Vehicles | | | | | |
| **H-F Credit Union** **18130 Pulaski Rd** **Country Club Hills, IL 60478** | | - | | **1994 GMC Top Kick P/U Truck-$500** **2001 Ford F-550- $15,000** | | | | | |
| | | | | Value $            **15,500.00** | | | | **16,059.00** | **559.00** |
| Account No. | | | | **May 2007** | | | | | |
| **Harris Bank (f/k/a Amcore Bank)** **c/o Edw. Thompson** **1620 N. Milwaukee Av.** **Vernon Hills, IL 60061** | | X | - | **Blanket Lien on all assets** **See Schedule B** | | | | | |
| | | | | Value $            **Unknown** | | | | **1,200,000.00** | **Unknown** |
| Account No. | | | | **February 2009** | | | | | |
| **Pipe Fitters Welfare Fund Local 597** **45 N. Ogden Av.** **Chicago, IL 60607** | | X | - | **Blanket Lien** **See Schedule B** | | | | | |
| | | | | Value $            **0.00** | | | | **199,500.00** | **199,500.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**    continuation sheets attached

| | Subtotal (Total of this page) | **1,415,559.00** | **200,059.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,415,559.00** | **200,059.00** |

B6E (Official Form 6E) (4/10)

.

In re     **3RC Mechanical & Contracting Services, LLC.**                                        Case No. _____
                                                                    ,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**3**      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **3RC Mechanical & Contracting Services, LLC.** _____,  Case No. _____
                                      Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x4182** <br><br> **Chi. Reg. Council Carpenters #1693** <br> **12 E. Erie St.** <br> **Chicago, IL 60611** | - | | **2008/09** <br><br> **Unpaid benefit contributions** | | | | **171,263.21** | **Unknown** <br><br> **Unknown** |
| Account No. **x4309** <br><br> **Constr. Workers Pension/Lake County Local 142** <br> **2111 W. Lincoln Hgwy.** <br> **Merrillville, IN 46410** | - | | **1/2010** <br><br> **Benefit contribution** | | | | **0.00** | **0.00** <br><br> **0.00** |
| Account No. <br><br> **Indiana Reg. Coun./Carpenters #1043** <br> **c/o Law Office of Paul Berkowitz** <br> **123 W. Madison St. Ste. #600** <br> **Chicago, IL 60602** | - | | **November 2009** <br><br> **Note for unpaid benefit contributions** | | | | **103,537.25** | **Unknown** <br><br> **Unknown** |
| Account No. **x1123** <br><br> **Iron Wrkrs. Pension Fund Local 395** <br> **2350 E. 170th St.** <br> **P.O. Drawer M** <br> **Lansing, IL 60438** | - | | **3/2010** <br><br> **Benefit contributions** | | X | | **8,245.62** | **Unknown** <br><br> **Unknown** |
| Account No. <br><br> **Plumbers/Pipefitters #501 No. Ill.** <br> **1295 Butterfield Rd.** <br> **Aurora, IL 60502-8879** | - | | **2009** <br><br> **Fund contributions** | | | | **7,674.49** | **0.00** <br><br> **7,674.49** |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | **290,720.57** | **7,674.49** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Contributions to employee benefit plans
_____
                                                                    TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  **Plumbers/Pipefitters Local 422 Fund** c/o Arnold and Kadjan 19 W. Jackson Blvd. Chicago, IL 60604-3958 | X | - | | **January 2009** **Installment note for unpaid benefits** | | | | 63,978.77 | 0.00 / 63,978.77 |
| Account No. **xx1383**  **SASMI Trust Fund** 601 N. Fairfax St. Suite #400 Alexandria, VA 22314 | | - | | **5/10** | | | | 227.17 | 227.17 / 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **2**   of  **3**    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 227.17 |
| (Total of this page) | 64,205.94 | 63,978.77 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **3RC Mechanical & Contracting Services, LLC.**                    ,          Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx3813**<br><br>**Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602** | X | - | **2nd Qtr 2009 to April 2010**<br><br>**Unpaid payroll taxes** | | | | **72,835.30** | **0.00**<br><br>**72,835.30** |
| Account No. **xx-xxx3813**<br><br>**Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794-9035** | | - | **2009/2010**<br><br>**Trade Debt** | | | | **1,000.00** | **1,000.00**<br><br>**0.00** |
| Account No. **xx-xxx3813**<br><br>**Illinois Dept Employment Security Chicago Region - Revenue 527 S. Wells Street, Suite 100 Chicago, IL 60607** | | - | **1st Qtr 2009 to May 2010**<br><br>**Unpaid payroll taxes** | | | | **58,036.05** | **0.00**<br><br>**58,036.05** |
| Account No. **xxxxxxxx2 001**<br><br>**Indiana Department of Revenue P.O. Box 7221 Indianapolis, IN 46207-7221** | | - | **2009/2010**<br><br>**Payroll Tax contributions** | | | | **8,420.77** | **0.00**<br><br>**8,420.77** |
| Account No. **xx-xxx3813**<br><br>**Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604** | X | - | **4th Qtr 2008 to May 2010**<br><br>**Unpaid payroll taxes** | | | | **527,232.32** | **0.00**<br><br>**527,232.32** |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **667,524.44** | **1,000.00**<br>**666,524.44** |
| Total (Report on Summary of Schedules) | **1,022,450.95** | **1,227.17**<br>**738,177.70** |

B6F (Official Form 6F) (12/07)

In re **3RC Mechanical & Contracting Services, LLC.**                     Case No. _____

, 
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A.C.Coring**<br>**11701 S Lavergne Ave**<br>**Alsip, IL 60803-5617** | - | | **2009-2010**<br>**Trade Debt** | | | | 2,940.00 |
| Account No.<br><br>**Aaron Engineering**<br>**5420 W Roosevelt Rd**<br>**60644** | | | **2009-2010**<br>**Trade Debt** | | | | 10,000.00 |
| Account No.<br><br>**Able Disposal**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099** | - | | **2009-2010**<br>**Trade Debt** | | | | 252.61 |
| Account No.<br><br>**Accountemps**<br>**12400 Collections Center Dr.**<br>**Chicago, IL 60693** | - | | **Trade Debt** | | | | 3,090.15 |
| | | | Subtotal<br>(Total of this page) | | | | 16,282.76 |

__32__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009/10 Trade Debt | | | | |
| Action Insulation Inc. P.O. Box 163 Palos Park, IL 60464 | - | | | | | | | 200.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Addison Pipe & Tube Co 355 N Lavergne Ave Chicago, IL 60644-2590 | - | | | | | | | 966.83 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Air Fitter Engineers Inc. 847 S. Randall Rd. #403 Elgin, IL 60123 | - | | | | | | | 1,232.24 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Air Products Equipment Company 1555 Louis Avenue Elk Grove, IL 60007-2313 | - | | | | | | | 341.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| AirGas North Central P.O. Box 802588 Chicago, IL 60680 | - | | | | | | | 508.87 |

Sheet no. _1_ of _32_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,248.94**

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| All Points Foodservice 607 W. Dempster Street Mount Prospect, IL 60056 | | - | | | | | | |
| | | | | | | | | 3,595.53 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Alliance Accounting & Tax 9480 Enterprise Dr Mokena, IL 60448 | | - | | | | | | |
| | | | | | | | | 750.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Allied Valve Inc 231344 Momentum Place Chicago, IL 60689 | | - | | | | | | |
| | | | | | | | | 3,130.09 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Alro Steel Corporation 24876 Network Place Chicago, IL 60673-1248 | | - | | | | | | |
| | | | | | | | | 1,271.21 |
| Account No. | | | | October 2007 Business Loan | | | | |
| Anne Sluder 3512 Lake Shore Dr. Joliet, IL 60431 | X | - | | | | | | |
| | | | | | | | | 500,000.00 |

Sheet no. __2__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

508,746.83

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.** _____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Any Custom Sheet Metal Inc P.O. Box 403 Chicago Ridge, IL 60415 | - | | | | | | | |
| | | | | | | | | 1,650.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Applied Industrial Tech, Inc 4643 W 138th St. Crestwood, IL 60445 | - | | | | | | | |
| | | | | | | | | 3,467.76 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Auto-Owners Insurance P.O. Box 30315 Lansing, MI 48909-7815 | - | | | | | | | |
| | | | | | | | | 15,513.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| B & H Auto 9400 W Ogden Ave Brookfield, IL 60513 | - | | | | | | | |
| | | | | | | | | 693.63 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Barr Mechanical Sales, Inc. 13719 W Laurel Dr Lake Forest, IL 60045 | - | | | | | | | |
| | | | | | | | | 9,900.00 |

Sheet no. __3__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,224.39

B6F (Official Form 6F) (12/07) - Cont.

In re     **3RC Mechanical & Contracting Services, LLC.**                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Beaver Research Co**<br>**3700 E Kilgore Rd**<br>**Portage, MI 49002** | | - | | **Trade Debt** | | | | 441.88 |
| Account No.<br><br>**BI Equipment**<br>**4021 W 127th St**<br>**Alsip, IL 60803** | | - | | **Trade Debt** | | | | 148.50 |
| Account No.<br><br>**BLM Technologies, Inc.**<br>**PO Box 1575 #74**<br>**Minneapolis, MN 55480-1575** | | - | | **2009-2010**<br>**Trade Debt** | | | | 93.04 |
| Account No.<br><br>**Blue Cross & Blue Shield**<br>**of Illinois**<br>**PO Box 1186**<br>**Chicago, IL 60690-1186** | | - | | **2009/2010**<br>**Insurance premiuims** | | | | 5,652.40 |
| Account No.<br><br>**Bob & John Citgo**<br>**8204 West 47th Street**<br>**Lyons, IL 60534** | | - | | **2009-2010**<br>**Trade Debt** | | | | 409.91 |

Sheet no. __4__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,745.73

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Bornquist, Inc. P.O. Box 112 Evanston, IL 60204-0112 | - | | | | | | | 20,631.26 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Boylston 21st Century 9118 W 47th St Brookfield, IL 60513 | - | | | | | | | 1,533.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Bradish Associates Ltd 215 N Arlington Road Arlington Heights, IL 60004 | - | | | | | | | 296.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Brian Kocsis LLC 222 S Mill St Suite #200 Naperville, IL 60540 | - | | | | | | | 15,057.50 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Brucker Company Dept#20-1042 P.O. Box 5940 Carol Stream, IL 60197-5940 | - | | | | | | | 1,980.82 |

Sheet no. __5__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **39,498.58**

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **BSI Engineering 5721 Dragon Way Cincinatti, OH 45227** | - | | | | | | | 9,000.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **C.B.S. Messenger Service Inc P.O. Box 1817 Palatine, IL 60078** | - | | | | | | | 138.60 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Calumet Lift Truck Service Co 35 E 168th Street South Holland, IL 60473** | - | | | | | | | 46,090.70 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Carrier Corporation P 0 Box 905506 805 Tyvola Rd, Suite 108 Charlotte, NC 28290-5506** | - | | | | | | | 2,040.17 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Carrier-Oehler Co 16965 Vincennes PO Box 40 South Holland, IL 60473** | - | | | | | | | 0.00 |

Sheet no. __6__ of __32__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)              57,269.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    , Case No. _____

                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| CBeyond Communications 13474 Collections Center Drive Chicago, IL 60693 | - | | | | | | | |
| | | | | | | | | 1,600.05 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Central Contractors Service Inc 4655 W 137th St Crestwood, IL 60445 | - | | | | | | | |
| | | | | | | | | 1,188.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Cintas PO Box #5 Bedford Park, IL 60499-0005 | - | | | | | | | |
| | | | | | | | | 264.98 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| CNA Surety 8137 Innovation Way Chicago, IL 60682-0081 | - | | | | | | | |
| | | | | | | | | 250.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Code Red 6205 Indianapolis Blvd Hammond, IN 46320 | - | | | | | | | |
| | | | | | | | | 252.25 |

Sheet no. __7__ of __32__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)            3,555.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Columbia Pipe & Supply Co. 23671 Network Place Chicago, IL 60673-1236 | - | | | | | | | |
| | | | | | | | | 412.34 |
| Account No. | | | | 2009-2010 Utilities | | | | |
| ComEd Bankruptcy Department 2100 Swift Drive Oak Brook, IL 60523 | - | | | | | | | |
| | | | | | | | | 1,657.45 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Complete Energy Management Control Co. 8450 W. 191st St., Suite 18 Mokena, IL 60448 | - | | | | | | | |
| | | | | | | | | 45,113.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Construction Data Services 2348 Hampton Ave St. Louis, MO 63139 | - | | | | | | | |
| | | | | | | | | 162.50 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Construction King 7635 W Autullo Drive Worth, IL 60482 | - | | | | | | | |
| | | | | | | | | 7,050.00 |

| | | |
|---|---|---|
| Sheet no. __8___ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 54,395.29 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **3RC Mechanical & Contracting Services, LLC.**          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Contracting & Material Co. PO Box 74631 Chicago, IL 60675-4631 | - | | | | | | | |
| | | | | | | | | 32,200.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Crandall & Lightfoot 1162 S Babcock Rd Burns Harbor, IN 46304 | - | | | | | | | |
| | | | | | | | | 1,600.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Crest Metal 2900 E. 95th St. Chicago, IL 60617 | - | | | | | | | |
| | | | | | | | | 648.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Custom Welding Shop 11128 W 189th St Mokena, IL 60448 | - | | | | | | | |
| | | | | | | | | 1,025.00 |
| Account No. | | | | 2009-2010 Lease | | | | |
| David J Shewmake 4722 W 147th ST 2nd Floor Suite 12 Midlothian, IL 60445 | - | | | | | | | |
| | | | | | | | | 2,275.06 |

Sheet no. __9__ of __32__ sheets attached to Schedule of            Subtotal          37,748.06
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 2009-2010 **Trade Debt** | | | | |
| **Davies Supply Company** **6601 West Grand Avenue** **Chicago, IL 60707** | | | | | | | | 12,275.71 |
| Account No. | | - | | 2009-2010 **Trade Debt** | | | | |
| **Delano Conveyor & Equipment Co** **5 S 043 Fairway Dr** **Naperville, IL 60563** | | | | | | | | 383.64 |
| Account No. | | - | | 2009-2010 **Trade Debt** | | | | |
| **Dell Financial Services** **Payment Processing Center** **PO Box 6403** **Carol Stream, IL 60197** | | | | | | | | 65.59 |
| Account No. | | - | | 2009-2010 **Trade Debt** | | | | |
| **Diamond Tool & Abrasives, Inc** **P.O. Box 92170** **Elk Grove Village, IL 60009** | | | | | | | | 608.66 |
| Account No. | | - | | 2009-2010 **Trade Debt** | | | | |
| **Douglas Crane Service Inc** **206 Julie Dr** **Kankakee, IL 60901** | | | | | | | | 680.00 |

Sheet no. __10__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,013.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Earley Insulation Inc P.O. Box 528028 Chicago, IL 60652 | - | | | | | | | |
| | | | | | | | | 63,674.15 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Efficient Insulation Systems, Inc. 10215 Franklin Avenue Franklin Park, IL 60131 | - | | | | | | | |
| | | | | | | | | 25,498.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Engine Masters Inc 22037 Howell Dr New Lenox, IL 60451 | - | | | | | | | |
| | | | | | | | | 490.29 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Engineered Air C/O Commerce Bank PO Box 801618 Kansas City, MO 64108-1618 | - | | | | | | | |
| | | | | | | | | 68,100.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Euler Hermes ACI 600 S 7th St Louisville, KY 40201 | - | | | | | | | |
| | | | | | | | | 4,062.93 |

Sheet no. __11__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**161,825.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Fastenal Company P.O. Box 978 Winona, MN 55987-0978 | - | | | | | | | |
| | | | | | | | | 2,087.62 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Fluid Air Products 7535 Plaza Court Willowbrook, IL 60527 | - | | | | | | | |
| | | | | | | | | 23,631.31 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Fluidtrol Process Technologies Inc PO Box 1418 Pelham, AL 35124 | - | | | | | | | |
| | | | | | | | | 6,191.85 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| FM&J Asphalt Inc 4302 W Warren Hillside, IL 60162 | - | | | | | | | |
| | | | | | | | | 1,680.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Fort Dearborn Life Insurance Co 36788 Eagle Way Chicago, IL 60678-1367 | - | | | | | | | |
| | | | | | | | | 29.00 |

Sheet no. __12__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,619.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Loan to Company | | | | |
| Frank Cassano 21128 Eugene Siegel Ct Crest Hill, IL 60403 | - | | | | | | | 12,200.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| G&O Thermal Supply Company 5435 North Northwest Highway Chicago, IL 60630-1132 | - | | | | | | | 1,582.71 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| GCS Sercive, Inc. 24673 Network Place Chicago, IL 60673-1246 | - | | | | | | | 2,604.79 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| GE Capital P.O. Box 536447 Atlanta, GA 30353-6447 | - | | | | | | | 2,604.79 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| General Machining Solutions P.O BOX 1175 Calumet City, IL 60409 | - | | | | | | | 5,019.00 |

Sheet no. __13__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,011.29

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Gordon Bros. Steel Warehouse 1340 W 43rd St Chicago, IL 60609-3308 | - | | | | | | | 61,806.18 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Great Lakes Welding Supply, Inc 1226 Birch Drive Schererville, IN 46375 | - | | | | | | | 22,101.77 |
| Account No. | | | | 2009-2010 Trade Debt (Trucks) | | | | |
| H-F Credit Union 18130 Pulaski Rd Country Club Hills, IL 60478 | - | | | | | | | 0.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| H-O-H Chemicals, Inc. P.O. Box 487 Palatine, IL 60078 | - | | | | | | | 0.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Health Concepts LLC 8085 Randolph St Hobart, IN 46342 | - | | | | | | | 666.68 |

Sheet no. __14__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,574.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                                    ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Heritage- Crystal Clean LLC** <br> **13621 Collections Center Dr** <br> **Chicago, IL 60693-0136** | - | | **2009-2010** <br> **Trade Debt** | | | | 1,209.28 |
| Account No. <br><br> **Hernandez Mechanical Inc** <br> **701 Norbeh Drive** <br> **Hebron, IN 46341** | - | | **2009-2010** <br> **Trade Debt** | | | | 8,873.48 |
| Account No. <br><br> **Hessville Cable & Sling Co.** <br> **1601 Cline Ave** <br> **Gary, IN 46406** | - | | **2009-2010** <br> **Trade Debt** | | | | 2,108.82 |
| Account No. <br><br> **Hinckley Springs** <br> **P.O. Box 660579** <br> **Dallas, TX 75266-0579** | - | | **2009-2010** <br> **Trade Debt** | | | | 0.00 |
| Account No. <br><br> **Illinois Mechanical Sales, Inc.** <br> **2627 North Western Avenue** <br> **Chicago, IL 60647-2034** | - | | **2009-2010** <br> **Trade Debt** | | | | 1,813.04 |

Sheet no. __15__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,004.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                              Case No. _____
                                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Imbert International Inc 7030 N Austin Ave Niles, IL 60714 | - | | | | | | | 4,984.18 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Independent Pipe And Supply Co. 11645 Merrion Lane Merrionette Park, IL 60803 | - | | | | | | | 75,040.34 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Industrial Rents Inc P.O. Box 11672 Merrillville, IN 46411 | - | | | | | | | 4,961.55 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Intek Manufactuting LLC 11118 Coldwater Road, Suite #200 Fort Wayne, IN 46845 | - | | | | | | | 30.13 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| J & L Fasteners 6944 Parrish Ave Hammond, IN 46323 | - | | | | | | | 955.79 |

Sheet no. __16__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,971.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    , Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>J.P. Larsen Inc<br>P.O. Box 2597<br>Oaklawn, IL 60455 | - | | | | 2009-2010<br>**Trade Debt** | | | | 8,900.00 |
| Account No.<br><br>Jaws Heating & Cooling<br>4722 West 147th Street<br>2nd Floor - Suite<br>Midlothian, IL 60445 | - | | | | 2009-2010<br>**Trade Debt** | | | | 0.00 |
| Account No.<br><br>Johnson Pipe & Supply Co.<br>PO Box 5940<br>Carol Stream, IL 60197-5940 | - | | | | 2009-2010<br>**Trade Debt** | | | | 168,556.14 |
| Account No.<br><br>Just Energy<br>Credit Management Control<br>200 S Monroe Ave, PO Box 1654<br>Green Bay, WI 54305-1654 | - | | | | 2009-2010 | | | | 3,903.50 |
| Account No.<br><br>K-Med Corporation<br>3037 Jonquil Lane<br>Woodridge, IL 60517 | - | | | | 2009-2010<br>**Trade Debt** | | | | 225.00 |

Sheet no. __17__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

181,584.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Keller Machine & Welding, Inc.** 5705 Murvihill Rd. Valparaiso, IN 46383 | - | | | | | | 560.00 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Key Equipment Finance** PO Box 74713 Cleveland, OH 44194-0796 | - | | | | | | 2,031.20 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Kirk & Blum** PO Box 630202 Cincinatti, OH 45263-0202 | - | | | | | | 2,865.38 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **LaGrange Crane Service, Inc.** 6180 River Road Hodgkins, IL 60525 | - | | | | | | 4,660.05 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Lee Mandel & Associates Inc** 415 W Jackson Ave Naperville, IL 60540-5205 | - | | | | | | 5,800.00 |

Sheet no. __18__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,916.63

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Liberty Propane PO Box 458 Lemont, IL 60439-0458 | - | | | | | | | |
| | | | | | | | | 58.30 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Lift Works, Inc. 1130 Carolina, Unit F West Chicago, IL 60185 | - | | | | | | | |
| | | | | | | | | 570.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Ludeca Inc 1425 N,W. 88th Ave Doral, FL 33172-3017 | - | | | | | | | |
| | | | | | | | | 14,386.06 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| M&B Fabricating 815 MCCool Road Valparaiso, IN 46385 | - | | | | | | | |
| | | | | | | | | 900.00 |
| Account No. | | | | 2009/2010 Trade Supplier | | | | |
| Marco Supply Company, Inc 999 W. 37th St. Chicago, IL 60609 | - | | | | | | | |
| | | | | | | | | 19,138.33 |

Sheet no. __19__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 35,052.69 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

McCann Industries Inc
38951 Eagle Way
Chicago, IL 60678-1389 | - | | | 2009-2010
Trade Debt | | | | 390.62 |
| Account No.

Meany Electrical Contractors
17401 S Laflin
East Hazel Crest, IL 60429-1864 | - | | | 2009-2010
Trade Debt | | | | 7,575.00 |
| Account No.

Meilner Mechanical
19 W College Dr
Arlington Heights, IL 60004-1954 | - | | | 2009-2010
Trade Debt | | | | 125.55 |
| Account No.

Mercon Supply
2865 Festival Drive
Kankakee, IL 60901 | - | | | 2009-2010
Trade Debt | | | | 3,684.83 |
| Account No.

Mid Lakes Distributing
1029-37 W Adams St
Chicago, IL 60607-2995 | - | | | 2009-2010
Trade Debt | | | | 232.24 |

Sheet no. __20__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,008.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Midwest Machine Service Inc**<br>**5632 W Pleasant Blvd**<br>**Chicago Ridge, IL 60415** | - | | | **2009-2010**<br>**Trade Debt** | | | | 400.00 |
| Account No.<br><br>**Midwest Machining & Fabricating Inc**<br>**711 W Main St**<br>**Griffith, IN 46319** | - | | | **2009-2010**<br>**Trade Debt** | | | | 440.00 |
| Account No.<br><br>**Minster Mechanical Sales**<br>**2120 S Halsted St**<br>**Chicago Heights, IL 60411** | - | | | **2009-2010**<br>**Trade Debt** | | | | 943.72 |
| Account No.<br><br>**Mobile Mini Inc**<br>**7420 S Kyrene Rd Suite#101**<br>**Tempe, AZ 85283** | - | | | **2009-2010**<br>**Trade Debt** | | | | 1,585.01 |
| Account No.<br><br>**Modular Space Corporation**<br>**12603 Collections Center Dr**<br>**Chicago, IL 60693-0126** | - | | | **20009-2010**<br>**Trade Debt** | | | | 2,476.71 |

Sheet no. __21__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,845.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Motion Industries, Inc.** **P.O. Box 504606** **St. Louis, MO 63150-4606** | - | | | | | | | 11,203.61 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **MSC Industrial Supply Co** **P.O. Box 382070** **Pittsburgh, PA 15250-8070** | - | | | | | | | 240.85 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Nagle Obarski PC** **222 South Mill Street, Suite 200** **Naperville, IL 60540** | - | | | | | | | 530.71 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Namasco** **P.O Box 11** **Peosta, IA 52068** | - | | | | | | | 400.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Nickelson Industrial Service** **8501 S. Baltimore Ave.** **Chicago, IL 60617** | - | | | | | | | 6,000.06 |

Sheet no. __22__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18,375.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **3RC Mechanical & Contracting Services, LLC.**                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nicor**<br>**P.O. Box 0632**<br>**Aurora, IL 60507-0632** | - | | **2009-2010**<br>**Utilities** | | | | **996.17** |
| Account No.<br><br>**Nipsco**<br>**P.O. Box 13007**<br>**Merrillville, IN 46411-3007** | - | | **2009-2010**<br>**Trade Debt** | | | | **934.72** |
| Account No.<br><br>**Nobel Air, LLC**<br>**6652 W. 88th St.**<br>**Oak Lawn, IL 60453** | - | | **2009-2010**<br>**Trade Debt** | | | | **10,771.41** |
| Account No.<br><br>**Novaspect**<br>**1776 Commerce Drive**<br>**Elk Grove Village, IL 60007** | - | | **2009-2010**<br>**Trade Debt** | | | | **1,496.03** |
| Account No.<br><br>**P&G Engineering Company**<br>**11924 S 88th Ave**<br>**Palos Park, IL 60464** | - | | **2009-2010**<br>**Trade Debt** | | | | **475.06** |

Sheet no. __23__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,673.39**

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                          ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Portage Electric Supply Corp 6487 Melton Road Portage, IN 46368-1269 | - | | | | | | | 377.78 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Portage Home Center 6455 Melton Rd US-20 Portage, IN 46368 | - | | | | | | | 639.31 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Praxair 963- Praxair Distribution Dept CH 10660 Palatine, IL 60055-0660 | - | | | | | | | 13,585.04 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Recco Tool & Supply 8805 Joliet Road McCook, IL 60525 | - | | | | | | | 980.03 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Robert-James Sales, Inc. P.O. Box 7999 Buffalo, NY 14225 | - | | | | | | | 17,022.93 |

Sheet no. __24__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  32,605.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                                ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Roberts Environmental Control Corp** <br> **8500 W 185th St Suite B** <br> **Tinley Park, IL 60487** | - | | **2009-2010** <br> **Trade Debt** | | | | 39,100.06 |
| Account No. <br><br> **Roof Products & Systems** <br> **PO BOX 5133** <br> **Chicago, IL 60680-5133** | - | | **2009-2010** <br> **Trade Debt** | | | | 922.83 |
| Account No. <br><br> **Roxy Moran** <br> **2712 Lake Shore Drive** <br> **Joliet, IL 60431** | - | | **2009-2010** <br> **Loan to Company** | | | | 24,000.00 |
| Account No. <br><br> **Ruben Alonso** | - | | **2009-2010** <br> **Trade Debt** | | | | 2,800.00 |
| Account No. <br><br> **Russ Kanz** <br> **3707 Cleveland Av.** <br> **Brookfield, IL 60513** | - | | **2007-2009** <br> **Loans to Company** | | | | 10,336.00 |

Sheet no. __25__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,158.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    Case No. _____
_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**S&M Properties**<br>**15439 Wildflower Ln.**<br>**Westfield, IN 46074-9779** | | - | | **2009-2010**<br>**Trade Debt** | | | | 0.00 |
| Account No.<br><br>**School District Publishing**<br>**1507 East 53rd St Dept 601**<br>**Chicago, IL 60515** | | - | | **2009-2010**<br>**Trade Debt** | | | | 1,190.00 |
| Account No.<br><br>**Selective Insurance**<br>**Box 371468**<br>**Pittsburgh, PA 15250-7468** | | - | | **2009-2010**<br>**Trade Debt** | | | | 27,603.00 |
| Account No.<br><br>**Setan Identification Products**<br>**P.O. Box 95904**<br>**Chicago, IL 60694-5904** | | - | | **2009-2010**<br>**Trade Debt** | | | | 3,876.50 |
| Account No.<br><br>**Sheet Metal Workers Local Union 265**<br>**National Fund Office P.O. Box 79321**<br>**Baltimore, MD 21202** | | - | | **2009-2010**<br>**Dues** | | | | 0.00 |

Sheet no. __26__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | **32,669.50** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Sherwin Williams 5111 Dansher Rd Countryside, IL 60525** | - | | | | | | | 138.83 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **South Side Control Supply Co. 488 North Milwaukee Avenue Chicago, IL 60610-7923** | - | | | | | | | 1,524.77 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Special T Unlimited 4835 W Butterfield Road Hillside, IL 60162-1483** | - | | | | | | | 1,246.90 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Sprint P.O. Box 4191 Carol Stream, IL 60197-5400** | - | | | | | | | 3,909.93 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Staples Dept 51-7819705954 PO Box 689020 Des Moines, IA 50368-9020** | - | | | | | | | 2,121.99 |

Sheet no. __27__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,942.42**

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Steel Cities Steels Inc**<br>**395 Melton Rd**<br>**Burn Harbor, IN 46304** | - | | **2009-2010**<br>**Trade Debt** | | | | 593.17 |
| Account No. <br><br>**Steiner**<br>**1250 Touhy Ave.**<br>**Elk Grove Village, IL 60007** | - | | **2009-2010**<br>**Trade Debt** | | | | 517.88 |
| Account No. <br><br>**Swift Saw & Tool Supply**<br>**1200 W 171st St**<br>**Hazel Crest, IL 60429** | - | | **2009-2010**<br>**Trade Debt** | | | | 3,100.00 |
| Account No. <br><br>**Target Truck Rentals**<br>**999 US 41 P.O. Box 675**<br>**Schererville, IN 46375** | - | | **2009-2010**<br>**Trade Debt** | | | | 6,844.14 |
| Account No. <br><br>**TCS Corporation**<br>**8221 W Palmoma Dr**<br>**Orland Park, IL 60462** | - | | **2009-2010**<br>**Trade Debt** | | | | 599.00 |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,654.19

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                          ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Temperature Equipment Corp. Lockbox#774503 4503 Solutions Center Chicago, IL 60677** | - | | | | | | 48,275.51 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **The Computor Guy 500 W Irving Park Rd Bensenville, IL 60106** | - | | | | | | 720.06 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **The Daily Journal Eight Dearborn Square Kankakee, IL 60901** | - | | | | | | 1,686.43 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Thermosystems, Inc. 1153 North Main Street Lombard, IL 60148** | - | | | | | | 1,946.67 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Toshiba America Business Solutions P.O. Box 740441 Atlanta, GA 30374-0441** | - | | | | | | 1,062.80 |

Sheet no. __29__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,691.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Total Safety 320 Industrial Dr Griffith, IN 46319** | - | | | | | | | 670.40 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Varied Products Of Indiana Inc 2180 North State Road 149 Chesterton, IN 46304** | - | | | | | | | 5,791.07 |
| Account No. | | | | 2009-2010 Utilites/Phone | | | | |
| **Verizon North P.O. Box 9688 Mission Hills`, CA 91346-9688** | - | | | | | | | 866.94 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Village Of Alsip 4500 W 123rd St Alsip, IL 60803-2599** | - | | | | | | | 75.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Warehouse Direct 1601 W Algonquin Road Mount Prospect, IL 60056** | - | | | | | | | 457.76 |

Sheet no. __30__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    7,861.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.**                                ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**White Cap Construction Supply**<br>**9950 S 134th St**<br>**Omaha, NE 68138-6199** | - | | **2009-2010**<br>**Trade Debt** | | | | 5,524.55 |
| Account No.<br><br>**Wiesbrook Sheet Metal INC.**<br>**25502 West Ruff Road**<br>**Plainfield, IL 60544** | - | | **2009-2010**<br>**Trade Debt** | | | | 15,222.51 |
| Account No.<br><br>**William Pavlecic Architect**<br>**53 W Jackson Blvd**<br>**Chicago, IL 60604** | - | | **2009-2010**<br>**Trade Debt** | | | | 1,000.00 |
| Account No.<br><br>**WMI Technologies, Inc.**<br>**2019 Corporate Lane Suite 111**<br>**Naperville, IL 60563** | - | | **2009-2010**<br>**Trade Debt** | | | | 2,500.00 |
| Account No.<br><br>**Wright Express Fleet Services**<br>**PO Box 6293**<br>**Carol Stream, IL 60197-6293** | - | | **2009-2010**<br>**Trade Debt** | | | | 16,224.23 |

Sheet no. __31__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,471.29

B6F (Official Form 6F) (12/07) - Cont.

In re    **3RC Mechanical & Contracting Services, LLC.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**York International Corp**<br>**Unitary Products**<br>**PO Box 905578**<br>**Charlotte, NC 28290-5578** | | - | **2009-2010**<br>**Trade Debt** | | | | 568.05 |
| Account No.<br><br>**Zonatherm**<br>**251 Holbrook**<br>**Wheeling, IL 60090** | | - | **2009-2010**<br>**Trade Debt** | | | | 2,280.06 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __32__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 2,848.11 |
| Total<br>(Report on Summary of Schedules) | | 1,728,095.00 |

B6G (Official Form 6G) (12/07)

.

In re    **3RC Mechanical & Contracting Services, LLC.**                    ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Citicorp Leasing, Inc.**<br>**450 Mamaroneck**<br>**Harrison, NY 10528** | **Equipment Lease- 2007 Caterpiller Model**<br>**P6000-G-LP Forklift** |
| **David J Shewmake Dec/Trust**<br>**4722 W. 147th St.**<br>**2nd Flr. Suite #12**<br>**Midlothian, IL 60445** | **Lease of commercial building for Debtor's primary**<br>**operations** |
| **Key Equipment Finance**<br>**11030 Circle Point Dr.**<br>**Suite #200**<br>**Westminster, CO 80020** | **Equipment Lease- Blueprint Printer** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **3RC Mechanical & Contracting Services, LLC.**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Co-Debtors Unknown at this time | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 |
| Co-Debtors unknown at this time | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph Street<br>Chicago, IL 60602 |
| Frank Cassano<br>21128 Eugene Siegal Ct.<br>Crest Hill, IL 60435<br>    Personal Guarentee | Harris Bank (f/k/a Amcore Bank)<br>c/o Edw. Thompson<br>1620 N. Milwaukee Av.<br>Vernon Hills, IL 60061 |
| Frank Cassano<br>See Above<br>    Personal Guarentee | Anne Sluder<br>3512 Lake Shore Dr.<br>Joliet, IL 60431 |
| Randall Andre<br>625 W. 104th St.<br>Chicago Ridge, IL 60415<br>    Personal Guarentee | Harris Bank (f/k/a Amcore Bank)<br>c/o Edw. Thompson<br>1620 N. Milwaukee Av.<br>Vernon Hills, IL 60061 |
| Randy Andre<br>See Above<br>    Personal Guarentee | Anne Sluder<br>3512 Lake Shore Dr.<br>Joliet, IL 60431 |
| Roxy Moran<br>2712 Lake Shore Dr.<br>Joliet, IL 60431<br>    Personal Guarentee | Harris Bank (f/k/a Amcore Bank)<br>c/o Edw. Thompson<br>1620 N. Milwaukee Av.<br>Vernon Hills, IL 60061 |
| Roxy Moran<br>2712 Lake Shore Dr.<br>Joliet, IL 60431 | Pipe Fitters Welfare Fund Local 597<br>45 N. Ogden Av.<br>Chicago, IL 60607 |
| Roxy Moran<br>See Above<br>    Personal Guarentee | Anne Sluder<br>3512 Lake Shore Dr.<br>Joliet, IL 60431 |
| Russ Kanz<br>See Above<br>    Personal Guarentee | Anne Sluder<br>3512 Lake Shore Dr.<br>Joliet, IL 60431 |

1

_____ continuation sheets attached to Schedule of Codebtors

In re     **3RC Mechanical & Contracting Services, LLC.**
_____,     Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Russell Kanz**<br>**3707 Cleveland Av.**<br>**Brookfield, IL 60513**<br>   **Personal Guarentee** | **Harris Bank (f/k/a Amcore Bank)**<br>**c/o Edw. Thompson**<br>**1620 N. Milwaukee Av.**<br>**Vernon Hills, IL 60061** |
| **Russell Kanz**<br>**3707 Cleveland Av.**<br>**Brookfield, IL 60513** | **Plumbers/Pipefitters Local 422 Fund**<br>**c/o Arnold and Kadjan**<br>**19 W. Jackson Blvd.**<br>**Chicago, IL 60604-3958** |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **3RC Mechanical & Contracting Services, LLC.**                          Case No. _____
                                              Debtor(s)         Chapter    **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice-President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**65**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August  3, 2010** _____        Signature   **/s/ Frank Cassano** _____
                                                                     **Frank Cassano**
                                                                     **Vice-President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **3RC Mechanical & Contracting Services, LLC.**                    Case No. _____
                                          Debtor(s)           Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$190,637.10** | **2010 YTD: Debtor Gross income from business operations before expenses** |
| **$2,070,689.00** | **2009: Debtor Gross Profit after COGS** |
| **$1,918,833.00** | **2008: Debtor Gross Profit after COGS** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None ■  *Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Numerous Creditors** | | **$0.00** | **$0.00** |
| **Check Register for 90 days prior to filing wil be** | | | |

None □  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Russell Kanz**<br>**3707 Cleveland Av.**<br>**Brookfield, IL 60513**<br>    **Shareholder/Director/Officer** | **Various- wages** | **$64,000.00** | **$0.00** |
| **Frank Cassano**<br>**21128 Eugene Siegal Ct.**<br>**Joliet, IL 60435**<br>    **Shareholder/Director/Officer** | **Various- Wages** | **$64,000.00** | **$0.00** |
| **Randall Andre**<br>**625 W. 104th St.**<br>**Chicago Ridge, IL 60415**<br>    **Shareholder/Director/Officer** | **Various- Wages** | **$64,000.00** | **$0.00** |
| **Roxy Moran**<br>**2712 Lake Shore Dr.**<br>**Joliet, IL 60431**<br>    **Shareholder/Director/Officer** | **Various- Wages** | **$64,204.18** | **$0.00** |
| **Cody Andre**<br>**625 W. 104th St.**<br>**Chicago Ridge, IL 60415**<br>    **Family member of Shareholder Randy Andre** | **Various- Wages** | **$16,301.10** | **$0.00** |

*  Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None  ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Board of Trustee Local 422 et al v. Debtor et al Case # 09 C 6040** | **Collection Union Dues** | **USDC. No. Dist. Il.** | **Judgment entered** |
| **Trustees Chicago Regional Council of Carpenters Pension Fund et al vs. Debtor Case #10 CV 2654** | **Collection Union benefit contributions** | **USDC. No. Dist. Il.** | **Pending** |
| **Board of Trustees Pipe Fitters Local 597 v. Debtor et al Case #09-CV-6115** | **Collection Union Benefit contributions** | **USDC, No. Dist. Il.** | **Judgment entered** |
| **Industrial Rents Inc. v. Debtor Case #45 C 01-0812-CC-00367** | **Collection** | **Lake Circuit Superior Court, Lake County Indiana** | **Pending** |
| **National City Mortgage v. Debtor et al Case # 08 CH 2046/08 CH 2070** | **Mtg Foreclosure** | **12th Judicial Circuit Ct. Joliet, Il.** | **Pending** |
| **Addison Pipe and Tube Co. V. Debtor Unknown Case #** | **Collection** | **Circuit Court of Cook County** | **Pending** |
| **Robert-James Sales, Inc. v. Debtor 10 M5 000093** | **Collection** | **Circuit Court of Cook Cty. 5th District** | **Judgment entered** |
| **Debtor v. Summit Inc.  Lake County Indiana  Case #45C01-0905-PL-126** | **Arbitration on breach of contract** | **Lake County Indiana** | **Settled.** |

None  ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Trustees Pipefitters Local 597 c/o Johnson and Krol 208 S. LaSalle St. #1602 Chicago, IL 60604** | **May 15, 2010** | **Citation served upon Debtor bank accounts at Harris Bank f/k/a Amcore Bank. Citation Served upon Debtor on or about July 28, 2010.** |

**5.  Repossessions, foreclosures and returns**

None  ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer, Brown, Covey, Gaertner & Davis** <br> **400 S. County Farm Road** <br> **Suite 330** <br> **Wheaton, IL 60187** | **6/29/2010** | **$10,000** |
| **Attorney Brian Kocsis** <br> **222 S. Mill St.** <br> **Suite #200** <br> **Naperville, IL 60540** | **10/13/09, 10/28/09, 11/13/09, 12/10/09,** <br> **12/30/09, 1/25/10, 4/2/10, 5/7/10, and** <br> **6/8/10** | **$38,290.00** |

5

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Harris Bank f/k/a Amcore Bank** **See Sch. D** | **June 2010** | **Exact amount unknown-** **Bank has frozen account** |

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2100 State Road #149<br>Chesterton, IN. 46304 | Debtor | 2008/2009 |
| 9118 W. 47th St.<br>Brookfield,  IL.  60513-2768 | Debtor | 2008-2009 |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Lee Mandel and Assoc. C.P.A.**<br>**415 W. Jackson Av.**<br>**Naperville, IL 60540-5205** | **2007 to date** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Harris Bank f/k/a Amcore** | **See Sch. D.** | **6/09 and 6/10** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Frank Cassano** | **See Address Above** |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Harris Bank f/k/a/Amcore** | **Monthly from 2007 to June 2010** |
| **See Schedule D** | |

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Russell Kanz** **3707 Cleveland Av.** **Brookfield, IL 60513** | **V.P.** | **40% of all issued and outstanding stock** |
| **Roxy Moran** **2712 Lake Shore Dr.** **Joliet, IL 60431** | **President** | **30% of issued and outstanding stock** |
| **Randall Andre** **625 W. 104th St.** **Chicago Ridge, IL 60415** | **V.P.** | **20% of all issued and outstanding stock.** |
| **Frank Cassano** **21128 Eugene Seigal Ct.** **Joliet, IL 60435** | **V.P.** | **10% of all issued and outstanding stock** |

---

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR
**See Answer to SOFA #3c**

DATE AND PURPOSE
OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION

TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **August  3, 2010**                        Signature   **/s/ Frank Cassano**
                                                                **Frank Cassano**
                                                                **Vice-President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **3RC Mechanical & Contracting Services, LLC.**                                            Case No. _____
                                                          Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,236.00** |
| Prior to the filing of this statement I have received | $ | **7,236.00** |
| Balance Due | $ | **0.00** |

2.    $  **299.00**  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify):

4.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify):

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August  3, 2010** _____          **/s/ Kent A. Gaertner** _____
                                                          **Kent A. Gaertner 3121489**
                                                          **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                                          **400 S. County Farm Road**
                                                          **Suite 330**
                                                          **Wheaton, IL 60187**
                                                          **630-510-0000  Fax: 630-510-0004**

---

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **3RC Mechanical & Contracting Services, LLC.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **208**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August  3, 2010**

**/s/ Frank Cassano**
**Frank Cassano/Vice-President**
Signer/Title

A.C.Coring
11701 S Lavergne Ave
Alsip, IL 60803-5617


Aaron Engineering
5420 W Roosevelt Rd
60644


Able Disposal
P.O. Box 9001099
Louisville, KY 40290-1099


Accountemps
12400 Collections Center Dr.
Chicago, IL 60693


Action Insulation Inc.
P.O. Box 163
Palos Park, IL 60464


Addison Pipe & Tube Co
355 N Lavergne Ave
Chicago, IL 60644-2590


Air Fitter Engineers Inc.
847 S. Randall Rd. #403
Elgin, IL 60123


Air Products Equipment Company
1555 Louis Avenue
Elk Grove, IL 60007-2313


AirGas North Central
P.O. Box 802588
Chicago, IL 60680


All Erection & Central Rental Corp.
4700 Acorn Drive
Independence, OH 44131


All Points Foodservice
607 W. Dempster Street
Mount Prospect, IL 60056

Alliance Accounting & Tax
9480 Enterprise Dr
Mokena, IL 60448


Allied Valve Inc
231344 Momentum Place
Chicago, IL 60689


Alro Steel Corporation
24876 Network Place
Chicago, IL 60673-1248


Anne Sluder
3512 Lake Shore Dr.
Joliet, IL 60431


Any Custom Sheet Metal Inc
P.O. Box 403
Chicago Ridge, IL 60415


Applied Industrial Tech, Inc
4643 W 138th St.
Crestwood, IL 60445


Attorney Timothy McGovern
Snyder McGovern LLC.
Suite #2A
Palos Heights, IL 60463


Auto-Owners Insurance
P.O. Box 30315
Lansing, MI 48909-7815


B & H Auto
9400 W Ogden Ave
Brookfield, IL 60513


Barr Mechanical Sales, Inc.
13719 W Laurel Dr
Lake Forest, IL 60045


Beaver Research Co
3700 E Kilgore Rd
Portage, MI 49002

BI Equipment
4021 W 127th St
Alsip, IL 60803


Biehl & Biehl
325 East Fullerton Ave
Carol Stream, IL 60188


BLM Technologies, Inc.
PO Box 1575 #74
Minneapolis, MN 55480-1575


Blue Cross & Blue Shield
of Illinois
PO Box 1186
Chicago, IL 60690-1186


Bob & John Citgo
8204 West 47th Street
Lyons, IL 60534


Bornquist, Inc.
P.O. Box 112
Evanston, IL 60204-0112


Boylston 21st Century
9118 W 47th St
Brookfield, IL 60513


Bradish Associates Ltd
215 N Arlington Road
Arlington Heights, IL 60004


Brian Kocsis LLC
222 S Mill St Suite #200
Naperville, IL 60540


Brucker Company
Dept#20-1042 P.O. Box 5940
Carol Stream, IL 60197-5940


BSI Engineering
5721 Dragon Way
Cincinatti, OH 45227

C.B.S. Messenger Service Inc
P.O. Box 1817
Palatine, IL 60078


Calumet Lift Truck Service Co
35 E 168th Street
South Holland, IL 60473


Carrier Corporation
P 0 Box 905506
805 Tyvola Rd, Suite 108
Charlotte, NC 28290-5506


Carrier-Oehler Co
16965 Vincennes PO Box 40
South Holland, IL 60473


CBeyond Communications
13474 Collections Center Drive
Chicago, IL 60693


Central Contractors Service Inc
4655 W 137th St
Crestwood, IL 60445


Chi. Reg. Council Carpenters #1693
12 E. Erie St.
Chicago, IL 60611


Cintas
PO Box #5
Bedford Park, IL 60499-0005


CISCO, Inc.
1702 Townhurst Dr.
Houston, TX 77280-1088


Citicorp Leasing, Inc.
450 Mamaroneck
Harrison, NY 10528


CNA Surety
8137 Innovation Way
Chicago, IL 60682-0081

Co-Debtors Unknown at this time


Co-Debtors unknown at this time


Code Red
6205 Indianapolis Blvd
Hammond, IN 46320


Columbia Pipe & Supply Co.
23671 Network Place
Chicago, IL 60673-1236


ComEd
Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523


Commercial Collection Corp. of NY
34 Seymour St.
Tonawanda, NY 14150


Complete Energy Management
Control Co.
8450 W. 191st St., Suite 18
Mokena, IL 60448


Constr. Workers Pension/Lake County
Local 142
2111 W. Lincoln Hgwy.
Merrillville, IN 46410


Construction Data Services
2348 Hampton Ave
St. Louis, MO 63139


Construction King
7635 W Autullo Drive
Worth, IL 60482


Contracting & Material Co.
PO Box 74631
Chicago, IL 60675-4631

Crandall & Lightfoot
1162 S Babcock Rd
Burns Harbor, IN 46304


Crest Metal
2900 E. 95th St.
Chicago, IL 60617


Custom Welding Shop
11128 W 189th St
Mokena, IL 60448


David J Shewmake
4722 W 147th ST 2nd Floor Suite 12
Midlothian, IL 60445


David J Shewmake Dec/Trust
4722 W. 147th St.
2nd Flr. Suite #12
Midlothian, IL 60445


Davies Supply Company
6601 West Grand Avenue
Chicago, IL 60707


Delano Conveyor & Equipment Co
5 S 043 Fairway Dr
Naperville, IL 60563


Dell Financial Services
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197


Diamond Tool & Abrasives, Inc
P.O. Box 92170
Elk Grove Village, IL 60009


Douglas Crane Service Inc
206 Julie Dr
Kankakee, IL 60901


Earley Insulation Inc
P.O. Box 528028
Chicago, IL 60652

Efficient Insulation Systems, Inc.
10215 Franklin Avenue
Franklin Park, IL 60131


Engine Masters Inc
22037 Howell Dr
New Lenox, IL 60451


Engineered Air
C/O Commerce Bank PO Box 801618
Kansas City, MO 64108-1618


Euler Hermes ACI
600 S 7th St
Louisville, KY 40201


Fastenal
Company P.O. Box 978
Winona, MN 55987-0978


Fluid Air Products
7535 Plaza Court
Willowbrook, IL 60527


Fluidtrol Process Technologies Inc
PO Box 1418
Pelham, AL 35124


FM&J Asphalt Inc
4302 W Warren
Hillside, IL 60162


Fort Dearborn Life Insurance Co
36788 Eagle Way
Chicago, IL 60678-1367


Frank Cassano
21128 Eugene Siegel Ct
Crest Hill, IL 60403


Frank Cassano
21128 Eugene Siegal Ct.
Crest Hill, IL 60435

Frank Cassano
See Above


G&O Thermal Supply Company
5435 North Northwest Highway
Chicago, IL 60630-1132


GCS Sercive, Inc.
24673 Network Place
Chicago, IL 60673-1246


GE Capital
P.O. Box 536447
Atlanta, GA 30353-6447


GE Money Bank
P.O. Box 981064
El Paso, TX 79998-1064


General Machining Solutions
P.O BOX 1175
Calumet City, IL 60409


Gordon Bros. Steel Warehouse
1340 W 43rd St
Chicago, IL 60609-3308


Great Lakes Welding Supply, Inc
1226 Birch Drive
Schererville, IN 46375


H-F Credit Union
18130 Pulaski Rd
Country Club Hills, IL 60478


H-F Credit Union
18130 Pulaski Rd
Country Club Hills, IL 60478


H-O-H Chemicals, Inc.
P.O. Box 487
Palatine, IL 60078

Harris Bank (f/k/a Amcore Bank)
c/o Edw. Thompson
1620 N. Milwaukee Av.
Vernon Hills, IL 60061


Health Concepts LLC
8085 Randolph St
Hobart, IN 46342


Heritage- Crystal Clean LLC
13621 Collections Center Dr
Chicago, IL 60693-0136


Hernandez Mechanical Inc
701 Norbeh Drive
Hebron, IN 46341


Hessville Cable & Sling Co.
1601 Cline Ave
Gary, IN 46406


Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035


Illinois Dept Employment Security
Chicago Region - Revenue
527 S. Wells Street, Suite 100
Chicago, IL 60607


Illinois Mechanical Sales, Inc.
2627 North Western Avenue
Chicago, IL 60647-2034

Imbert International Inc
7030 N Austin Ave
Niles, IL 60714


Independent Pipe And Supply Co.
11645 Merrion Lane
Merrionette Park, IL 60803


Indiana Department of Revenue
P.O. Box 7221
Indianapolis, IN 46207-7221


Indiana Dept Workforce Devel.
P.O. Box 7054
Indianapolis, IN 46207-7054


Indiana Reg. Coun./Carpenters #1043
c/o Law Office of Paul Berkowitz
123 W. Madison St. Ste. #600
Chicago, IL 60602


Industrial Rents Inc
P.O. Box 11672
Merrillville, IN 46411


Intek Manufactuting LLC
11118 Coldwater Road, Suite #200
Fort Wayne, IN 46845


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Iron Workers Local 395
Attn: Jeffery Chidester
6570 Ameriplex Dr.
Portage, IN 46368


Iron Workers Mid America Funds
Attn:  Joseph J. Burke
2350 East 170th St.
Lansing, IL 60438

Iron Wrkrs. Pension Fund Local 395
2350 E. 170th St.
P.O. Drawer M
Lansing, IL 60438


J & L Fasteners
6944 Parrish Ave
Hammond, IN 46323


J.P. Larsen Inc
P.O. Box 2597
Oaklawn, IL 60455


James G. Froberg, Esq.
Lowis and Gellen LLP.
200 W. Adams St. Ste. #1900
Chicago, IL 60606


Jaws Heating & Cooling
4722 West 147th Street
2nd Floor - Suite
Midlothian, IL 60445


Jeremiah P. Murray
4550 West 103rd Street
Suite 201
Oak Lawn, IL 60453


Johnson and Krol, LLC.
300 S. Wacker Dr.
Suite #1313
Chicago, IL 60606


Johnson Pipe & Supply Co.
PO Box 5940
Carol Stream, IL 60197-5940


Just Energy
Credit Management Control
200 S Monroe Ave, PO Box 1654
Green Bay, WI 54305-1654


K-Med Corporation
3037 Jonquil Lane
Woodridge, IL 60517

Keller Machine & Welding, Inc.
5705 Murvihill Rd.
Valparaiso, IN 46383


Key Equipment Finance
PO Box 74713
Cleveland, OH 44194-0796


Key Equipment Finance
11030 Circle Point Dr.
Suite #200
Westminster, CO 80020


Kirk & Blum
PO Box 630202
Cincinatti, OH 45263-0202


LaGrange Crane Service, Inc.
6180 River Road
Hodgkins, IL 60525


Lee Mandel & Associates Inc
415 W Jackson Ave
Naperville, IL 60540-5205


Liberty Propane
PO Box 458
Lemont, IL 60439-0458


Lift Works, Inc.
1130 Carolina, Unit F
West Chicago, IL 60185


Ludeca Inc
1425 N,W. 88th Ave
Doral, FL 33172-3017


M&B Fabricating
815 MCCooI Road
Valparaiso, IN 46385


Marco Supply Company, Inc
999 W. 37th St.
Chicago, IL 60609

McCann Industries Inc
38951 Eagle Way
Chicago, IL 60678-1389


Meany Electrical Contractors
17401 S Laflin
East Hazel Crest, IL 60429-1864


Meilner Mechanical
19 W College Dr
Arlington Heights, IL 60004-1954


Mercon Supply
2865 Festival Drive
Kankakee, IL 60901


Mid Lakes Distributing
1029-37 W Adams St
Chicago, IL 60607-2995


Midwest Machine Service Inc
5632 W Pleasant Blvd
Chicago Ridge, IL 60415


Midwest Machining & Fabricating Inc
711 W Main St
Griffith, IN 46319


Minster Mechanical Sales
2120 S Halsted St
Chicago Heights, IL 60411


Mobile Mini Inc
7420 S Kyrene Rd Suite#101
Tempe, AZ 85283


Modular Space Corporation
12603 Collections Center Dr
Chicago, IL 60693-0126


Motion Industries, Inc.
P.O. Box 504606
St. Louis, MO 63150-4606

MSC Industrial Supply Co
P.O. Box 382070
Pittsburgh, PA 15250-8070


Nagle Obarski PC
222 South Mill Street, Suite 200
Naperville, IL 60540


Namasco
P.O Box 11
Peosta, IA 52068


Nickelson Industrial Service
8501 S. Baltimore Ave.
Chicago, IL 60617


Nicor
P.O. Box 0632
Aurora, IL 60507-0632


Nipsco
P.O. Box 13007
Merrillville, IN 46411-3007


Nobel Air, LLC
6652 W. 88th St.
Oak Lawn, IL 60453


Novaspect
1776 Commerce Drive
Elk Grove Village, IL 60007


P&G Engineering Company
11924 S 88th Ave
Palos Park, IL 60464


Pipe Fitters Welfare Fund Local 597
45 N. Ogden Av.
Chicago, IL 60607


Plumbers/Pipefitters #501 No. Ill.
1295 Butterfield Rd.
Aurora, IL 60502-8879

Plumbers/Pipefitters Local 422 Fund
c/o Arnold and Kadjan
19 W. Jackson Blvd.
Chicago, IL 60604-3958


Portage Electric Supply Corp
6487 Melton Road
Portage, IN 46368-1269


Portage Home Center
6455 Melton Rd US-20
Portage, IN 46368


Praxair
963- Praxair Distribution
Dept CH 10660
Palatine, IL 60055-0660


Praxair
2301 SE Creekview Dr
ATTN: Katrina Madigan
Ankeny, IA 50021


R.M.S.
4836 Brecksville Rd.
P.O. Box 509
Richfield, OH 44286


Randall Andre
625 W. 104th St.
Chicago Ridge, IL 60415


Randy Andre
See Above


Recco Tool & Supply
8805 Joliet Road
McCook, IL 60525


Richard James & Associates, Inc.
4317 NE Thurston Way
Suite 270
Vancouver, WA 98662

Robert-James Sales, Inc.
P.O. Box 7999
Buffalo, NY 14225


Roberts Environmental Control Corp
8500 W 185th St Suite B
Tinley Park, IL 60487


Roof Products & Systems
PO BOX 5133
Chicago, IL 60680-5133


Roxy Moran
2712 Lake Shore Drive
Joliet, IL 60431


Roxy Moran
2712 Lake Shore Dr.
Joliet, IL 60431


Roxy Moran
2712 Lake Shore Dr.
Joliet, IL 60431


Roxy Moran
See Above


Ruben Alonso


Russ Kanz
3707 Cleveland Av.
Brookfield, IL 60513


Russ Kanz
See Above


Russell Kanz
3707 Cleveland Av.
Brookfield, IL 60513


Russell Kanz
3707 Cleveland Av.
Brookfield, IL 60513

S&M Properties
15439 Wildflower Ln.
Westfield, IN 46074-9779


Sam'Club Business Credit
P.O. Box 530981
Atlanta, GA 30353-0981


SASMI Trust Fund
601 N. Fairfax St.
Suite #400
Alexandria, VA 22314


School District Publishing
1507 East 53rd St Dept 601
Chicago, IL 60515


Selective Insurance
Box 371468
Pittsburgh, PA 15250-7468


Setan Identification Products
P.O. Box 95904
Chicago, IL 60694-5904


Sheet Metal Workers Local Union 265
National Fund Office P.O. Box 79321
Baltimore, MD 21202


Sherwin Williams
5111 Dansher Rd
Countryside, IL 60525


South Side Control Supply Co.
488 North Milwaukee Avenue
Chicago, IL 60610-7923


Special T Unlimited
4835 W Butterfield Road
Hillside, IL 60162-1483


Sprint
P.O. Box 4191
Carol Stream, IL 60197-5400

```
Staples
Dept 51-7819705954
PO Box 689020
Des Moines, IA 50368-9020


Steel Cities Steels Inc
395 Melton Rd
Burn Harbor, IN 46304


Steiner
1250 Touhy Ave.
Elk Grove Village, IL 60007


Swift Saw & Tool Supply
1200 W 171st St
Hazel Crest, IL 60429


Target Truck Rentals
999 US 41 P.O. Box 675
Schererville, IN 46375


TCS Corporation
8221 W Palmoma Dr
Orland Park, IL 60462


Temperature Equipment Corp.
Lockbox#774503
4503 Solutions Center
Chicago, IL 60677


The Computor Guy
500 W Irving Park Rd
Bensenville, IL 60106


The Daily Journal
Eight Dearborn Square
Kankakee, IL 60901


Thermosystems, Inc.
1153 North Main Street
Lombard, IL 60148


Toshiba America Business Solutions
P.O. Box 740441
Atlanta, GA 30374-0441
```

Total Safety
320 Industrial Dr
Griffith, IN 46319


Varied Products Of Indiana Inc
2180 North State Road 149
Chesterton, IN 46304


Verizon
North P.O. Box 9688
Mission Hills`, CA 91346-9688


Village Of Alsip
4500 W 123rd St
Alsip, IL 60803-2599


Warehouse Direct
1601 W Algonquin Road
Mount Prospect, IL 60056


White Cap Construction Supply
9950 S 134th St
Omaha, NE 68138-6199


Whitfield, McGann, and Ketterman
111 E. Wacker Dr.
Suite #2600
Chicago, IL 60601


Wiesbrook Sheet Metal INC.
25502 West Ruff Road
Plainfield, IL 60544


William Pavlecic Architect
53 W Jackson Blvd
Chicago, IL 60604


WMI Technologies, Inc.
2019 Corporate Lane Suite 111
Naperville, IL 60563


Wright Express Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293

```
York International Corp
Unitary Products
PO Box 905578
Charlotte, NC 28290-5578


Zonatherm
251 Holbrook
Wheeling, IL 60090
```

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **3RC Mechanical & Contracting Services, LLC.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **3RC Mechanical & Contracting Services, LLC.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  3, 2010**

Date

/s/ Kent A. Gaertner

**Kent A. Gaertner 3121489**

Signature of Attorney or Litigant

Counsel for  **3RC Mechanical & Contracting Services, LLC.**

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**