**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-34781 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | 3rc Mechanical & Contracting Servic | | | Date Filed (f) or Converted (c): | 08/03/10 (f) |
| | | | | 341(a) Meeting Date: | 09/30/10 |
| For Period Ending: | 03/31/14 | | | Claims Bar Date: | 02/04/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND  Uncashed checks received from recent invoices.  Location: 5330 W. 124th St., Alsip, IL 60803 | 30,462.45 | 54,022.33 | | 54,022.33 | FA |
| 2. FINANCIAL ACCOUNTS  Harris Bank (formally Amcore Bank)- General Checking  Acct. ending in #2456 = $2,200 approx.  First American Bank - General Checking  Acct. ending in #0303 = $10.05. | 2,210.05 | 0.00 | | 0.00 | FA |
| 3. SEC. DEPOSITS  Security Deposit held by landlord David Shewmake  (See Schedule G) | 1,900.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE  Location: 5330 W. 124th St., Alsip IL 60803  See Addendum to Sch. B-16 attached.  [Reid vs. Climatemp adv. matter pending] | 1,070,961.11 | Unknown | | 66,999.68 | Unknown |
| 5. OTHER LIQUIDATED DEBTS - GX Holdings  Location: 5330 W. 124th St., Alsip IL 60803  Promissory Note dated 8-31-2009 from GX Holdings LLC to the  Debtor evidencing a debt owed to Debtor in the amount of $265,618.71. | 265,618.71 | 293,297.49 | | 293,297.49 | FA |
| 6. OTHER CONTINGENT CLAIMS - Paul Worth  Debtor may have a 50% interest in certain projects bid with Paul Worth  as more fully described in the addendum to the Debtor's Schedule B. | Unknown | 30,000.00 | | 30,000.00 | 0.00 |
| 7. VEHICLES  1 - 25' Job Trailer | 19,000.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.05c

Case 10-34781    Doc 167    Filed 04/25/14    Entered 04/25/14 21:12:04    Desc Main
Document    Page 2 of 16

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 10-34781 | JBS | Judge: JACK B. SCHMETTERER |
|---|---|---|---|
| Case Name: | 3rc Mechanical & Contracting Servic | | |

| Trustee Name: | N. Neville Reid, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 08/03/10 (f) |
| 341(a) Meeting Date: | 09/30/10 |
| Claims Bar Date: | 02/04/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Located at Roseland Retirement Center    Approx. Value $2,500 | | | | | |
| 2 - 40' Semi Trailers | | | | | |
| Located at Debtor's address    Approx. Value $500/each | | | | | |
| 1 - 40' Sea Crate | | | | | |
| Located at Debtor's address    Approx. Value $500 | | | | | |
| 1 - 1999 US Cargo Trailer | | | | | |
| Located at Debtor's address    Approx. Value $800 | | | | | |
| 1 - 2005 Ford Econoline Van E-350S | | | | | |
| Located at Debtor's address    Approx. Value $1,200 | | | | | |
| 1 - 2001 Ford F-550 | | | | | |
| Located at Debtor's address    Approx. Value $15,000 | | | | | |
| 1 - 1994 GMC Top Kick | | | | | |
| Located at Debtor's address    Approx. Value $500 | | | | | |
| 8. OFFICE EQUIPMENT | 10,000.00 | 3,000.00 | | 3,000.00 | FA |
| Location: 5330 W. 124th St., Alsip IL 60803 | | | | | |
| See Addendum to Debtor's Schedule B. | | | | | |
| 9. MACHINERY | 30,830.00 | 3,000.00 | | 3,000.00 | FA |
| Location: 5330 W. 124th St., Alsip IL 60803 | | | | | |
| See Addendum to Debtor's Schedule B (7 pages). | | | | | |
| 10. INVENTORY | 2,000.00 | 3,000.00 | | 3,000.00 | FA |
| Misc. pipe, fittings, fasteners, steel and consumables. | | | | | |
| Location: 5330 W. 124th St., Alsip IL 60803 | | | | | |
| 11. MACHINERY AND EQUIPMENT (u) | 0.00 | 500.00 | | 500.00 | FA |
| 12. INSURANCE REFUND (u) | 0.00 | 449.06 | | 449.06 | FA |
| Canceled Premium Refund | | | | | |

LFORM1                                                                                                                          Ver: 17.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case No: | 10-34781 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | 3rc Mechanical & Contracting Servic | | | Date Filed (f) or Converted (c): | 08/03/10 (f) |
| | | | | 341(a) Meeting Date: | 09/30/10 |
| | | | | Claims Bar Date: | 02/04/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. POTENTIAL PREFERENCES - HTH Medical (u) Preference Recovery HTH Mechanical | 0.00 | 12,500.00 | | 12,500.00 | FA |
| 14. POTENTIAL PREFERENCES - KRM Group (u) Preference Recovery KMR Group, LLC | 0.00 | 2,500.00 | | 2,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | Unknown | | 17.71 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $1,432,982.32 | $402,268.88 | | $469,286.27 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status April 2014:  All assets administered except for receivable (gross value $800,000) owed the estate by Climatemp.
Trustee aggressively attempted settlement through mediation and private negotiations since case was filed two years ago
but Climatemp has never offered reasonable terms, in both Trustee's opinion and that of his counsel. Climatemp filed
summary judgment in 2013 which court denied in March 2014. Trial set for September 2014 between the 15th and the 29th.
Settlement discussions expected to continue.

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 12/31/14

       /s/     N. Neville Reid, Trustee
_____     Date: _____
       N. NEVILLE REID, TRUSTEE

LFORM1                                                                                                                          Ver: 17.05c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34781 -JBS | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | 3rc Mechanical & Contracting Servic | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3497  Checking Account |
| Taxpayer ID No: | *******3813 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,372.38 | | 3,372.38 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.08 | 3,370.30 |
| 10/29/12 | 300001 | Access | Records Storage 9-1-12 thru 9-30-12 | 2990-000 | | 50.00 | 3,320.30 |
| | | 2339 Ernie Krueger Circle | Invoice # 0027157 | | | | |
| | | Waukegan, IL  60087 | | | | | |
| 10/29/12 | 300002 | Access | Records Storage 10-1-12 to 10-31-12 | 2990-000 | | 50.00 | 3,270.30 |
| | | 2339 Ernie Krueger Circle | Invoice # 0027446 | | | | |
| | | Waukegan, IL  60087 | | | | | |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.15 | 3,268.15 |
| 11/06/12 | 5 | Chicago Title & Trust Company | GX Holding Promissory Note  1of2 | 1121-000 | 79,663.79 | | 82,931.94 |
| | | 10 South LaSalle Street, Suite 2850 | | | | | |
| | | Chicago, IL  60606 | | | | | |
| | | Attn: Construction Escrow Department | | | | | |
| | | Escrow No.  1401-201258817-1 | | | | | |
| 11/16/12 | 13 | Krockey, Cernugel, Cowgill, | Preference Recovery HTH Mechanical | 1241-000 | 12,500.00 | | 95,431.94 |
| | |    and Clark, Ltd. | | | | | |
| | | Trust Account | | | | | |
| | | 3180 Theodore Street | | | | | |
| | | Suite 102 | | | | | |
| | | Joliet, IL  60435 | | | | | |
| 11/16/12 | 14 | KMR Group LLC | Preference Recovery KMR Group, LLC | 1241-000 | 2,500.00 | | 97,931.94 |
| | | P.O.Box 230 | | | | | |
| | | Hebron, IN  46341 | | | | | |
| 11/16/12 | 300003 | Access | Records Storage 11-1-12 to 11-30-12 | 2990-000 | | 50.00 | 97,881.94 |
| | | 2339 Ernie Krueger Circle | Invoice # 0027700 | | | | |
| | | Waukegan, IL  60087 | | | | | |
| 11/20/12 | 5 | Chicago Title & Trust Company | GX Holding Promissory Note  2of2 | 1121-000 | 213,633.70 | | 311,515.64 |
| | | 10 South LaSalle Street, Suite 2850 | | | | | |

Page Subtotals        311,669.87        154.23

LFORM24

Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 10-34781 -JBS | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | 3rc Mechanical & Contracting Servic | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3497  Checking Account |
| Taxpayer ID No: | *******3813 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/27/12 | 300004 | Chicago, IL  60606<br><br>Attn: Construction Escrow Department<br>Escrow No.  1401-201258817-1<br>Harris Bank fka Amcore Bank<br>c/o Bayview Loan Servicing LLC<br>4425 Ponce DeLeon Blvd., 5th Floor<br>Caral Gables, FL  333146<br><br>305-646-4174 | Distribution relating to<br>Equipment Sale | 4210-000 | | 250.00 | 311,265.64 |
| 11/28/12 | 300005 | Nisen & Elliott, LLC<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL  60606-4637<br><br>312-782-0600 | Compensation for work relating to<br>Preference Action against HTH Mechanical Services,<br>Inc. ($4,125) and KMR Group, Inc. ($825)<br>Order entered November 19, 2012, Dkt 140 | 3210-000 | | 4,950.00 | 306,315.64 |
| 12/06/12 | | Bank of America, N.A.<br>Phoenix, Arizona<br>Deposit Services<br>318-0005594 CW | BOA Account Closing | 9999-000 | 250.00 | | 306,565.64 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.85 | 306,469.79 |
| 12/18/12 | 300006 | Bayview Loan Servicing, LLC as attorney<br>in fact for BMO HARRIS BANK N.A.,<br>formerly known as HARRIS N.A. | Per Stipulation and Order<br>The balance of funds due to Bank from Cash Surplus<br>at this time under the Stipulation and Order is<br>approximately $61,998.61. / per email dated<br>12-18-12.<br><br>Mail funds to:<br>James Froberg<br>Lowis+Gellen | 4210-000 | | 155,000.00 | 151,469.79 |

Page Subtotals       250.00       160,295.85

LFORM24

Ver: 17.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 10-34781 -JBS | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|
| Case Name: | 3rc Mechanical & Contracting Servic | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******3497  Checking Account |
| Taxpayer ID No: | *******3813 |  |  |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/12 | 300007 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL  60087 | 200 West Adams, Ste 1900<br>Chicago, IL  60606<br>312-456-2718<br>Records Storage 12-1-12 to 12-31-12<br>Invoice # 0027957 | 2990-000 |  | 50.00 | 151,419.79 |
| 12/21/12 | 300008 | Jeffrey C. Blumenthal, Esquire<br>Blumenthal Chartered<br>2970 Maria Avenue, Suite 223<br>Northbrook, IL 60062 | Attorneys' Fees and Expenses<br>Docket No. 142; Order Granting Motion to Pay<br>Special Counsel in the amount of $18,993.00. | 3210-000 |  | 18,993.00 | 132,426.79 |
| 01/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 176.51 | 132,250.28 |
| 01/28/13 | 300009 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL  60087 | Records Storage 1-1-13 to 1-31-13<br>Invoice # 0028209 | 2990-000 |  | 50.00 | 132,200.28 |
| 02/04/13 | 300010 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL  60087 | Records Storage 2-1-13 to 2-28-13<br>Invoice # 0028499 | 2990-000 |  | 50.00 | 132,150.28 |
| 02/06/13 | 300011 | International Sureties, Ltd<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | Bond # 016026455<br>Term 02-01-13 to 02-01-14<br>Blanket Bond Amount $60,894,000<br>504-581-6404 | 2300-000 |  | 146.43 | 132,003.85 |
| 02/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 196.72 | 131,807.13 |
| 03/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 177.10 | 131,630.03 |
| 04/05/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 195.69 | 131,434.34 |
| 04/10/13 | 300012 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL  60087 | Records Storage 3-1-13 to 4-30-13<br>Activity for Feb. & March, 2013    Acct. No.<br>KNOV-3RC | 2990-000 |  | 135.00 | 131,299.34 |
| 05/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 188.96 | 131,110.38 |

Page Subtotals     0.00     20,359.41

LFORM24

Ver: 17.05c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34781 -JBS | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | 3rc Mechanical & Contracting Servic | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3497  Checking Account |
| Taxpayer ID No: | *******3813 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/09/13 | 300013 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL  60087 | Records Storage 5-1-13 to 5-30-13<br>Invoice 0029421     Acct. No.  KNOV-3RC | 2990-000 | | 50.00 | 131,060.38 |
| 06/05/13 | 300014 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL  60087 | Records Storage 61-13 to 6-30-13<br>Invoice 0029663     Acct. No.  KNOV-3RC | 2990-000 | | 50.00 | 131,010.38 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 194.88 | 130,815.50 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 188.24 | 130,627.26 |
| 07/11/13 | 6 | Pipe Fitters' Welfare Fund<br>Local Union 597<br>45 N. Ogden Ave.<br>Chicago, IL  60607 | Settlement | 1121-000 | 30,000.00 | | 160,627.26 |
| 07/22/13 | 300015 | Nisen & Elliott, LLC<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL  60606-4637<br><br>312-782-0600 | Compensation for work relating to<br>Case No. Adv. 12 A 00658 against 3RC v. Pipe<br>Fitters' Welfare Fund, Local 597 et.al. / Order dated<br>July 8, 2013 | 3210-000 | | 10,779.00 | 149,848.26 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 220.80 | 149,627.46 |
| 08/19/13 | 300016 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL  60087 | Records Storage 7-1-13 to 8-31-13<br>Invoice 0029916 and 0030215    Acct. No.<br>KNOV-3RC | 2990-000 | | 139.25 | 149,488.21 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 222.41 | 149,265.80 |
| 09/20/13 | 300017 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL  60087 | Records Storage 9-1-13 thru 9-30-13<br>Invoice 0030470   Acct. No.  KNOV-3RC | 2990-000 | | 50.00 | 149,215.80 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 214.78 | 149,001.02 |
| 11/04/13 | 300018 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL  60087 | Records Storage 10-1-13 to 11-30-13<br>Invoice 30768 and 31041   Acct. No.  KNOV-3RC | 2990-000 | | 100.00 | 148,901.02 |

Page Subtotals        30,000.00        12,209.36

LFORM24

Ver: 17.05c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34781 -JBS | | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | 3rc Mechanical & Contracting Servic | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3497 Checking Account |
| Taxpayer ID No: | *******3813 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 221.52 | 148,679.50 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 213.95 | 148,465.55 |
| 12/10/13 | 300019 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL  60087<br><br>847-599-0523 | Records Storage 12-1-13 to 12-31-13<br>Invoice 0031296   Acct. No.  KNOV-3RC | 2990-000 | | 50.00 | 148,415.55 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 220.68 | 148,194.87 |
| 02/06/14 | 300020 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL  60087<br><br>847-599-0523 | Records Storage 1-1-14 to 2-28-14<br>Invoice 31546 and 31903  Acct. No.  KNOV-3RC | 2990-000 | | 103.00 | 148,091.87 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 220.34 | 147,871.53 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 198.63 | 147,672.90 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 341,919.87 | 194,246.97 | 147,672.90 |
| Less:  Bank Transfers/CD's | 3,622.38 | 0.00 | |
| Subtotal | 338,297.49 | 194,246.97 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 338,297.49 | 194,246.97 | |

Page Subtotals         0.00         1,228.12

LFORM24

Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34781 -JBS | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|
| Case Name: | 3rc Mechanical & Contracting Servic | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6806  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3813 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/26/10 | 1 | Allied Tube & Conduit<br>16100 South Lathrop<br>Harvey, IL  60426 | Accounts Receivable | 1121-000 | 2,148.00 | | 2,148.00 |
| 08/26/10 | 1 | Petroleum Fuel & Terminal Company<br>8235 Forsyth Blvd.<br>St. Louis, MO  63105-1623 | Accounts Receivable | 1121-000 | 2,775.00 | | 4,923.00 |
| 08/26/10 | 1 | Air Systems, Inc.<br>3031 N. Lake Terrace<br>Glenview, IL  60026-1359 | Accounts Receivable | 1121-000 | 3,275.00 | | 8,198.00 |
| 08/26/10 | 1 | Chicago Public Schools<br>P.O. Box 661<br>Chicago, IL  60690-0661 | Accounts Receivable | 1121-000 | 4,709.29 | | 12,907.29 |
| 08/26/10 | 1 | Chicago Public Schools<br>P.O. Box 661<br>Chicago, IL  60690-0661 | Accounts Receivable | 1121-000 | 525.06 | | 13,432.35 |
| 08/26/10 | 1 | Chicago Public Schools<br>P.O. Box 661<br>Chicago, IL  60690-0661 | Accounts Receivable | 1121-000 | 3,551.66 | | 16,984.01 |
| 08/26/10 | 1 | Catholic Bishop of Chicago<br>St. Julie Church<br>7399 159th Street<br>Tinley Park, IL  60477 | Accounts Receivable | 1121-000 | 899.66 | | 17,883.67 |
| 08/26/10 | 1 | Catholic Bishop of Chicago<br>St. Julie Church<br>7399 159th Street<br>Tinley Park, IL  60477 | Accounts Receivable | 1121-000 | 5,183.50 | | 23,067.17 |
| 08/26/10 | 1 | Carpenters Apprentice & Training Program<br>1256 Estes Avenue<br>Elk Grove Village, IL  60007 | Accounts Receivable | 1121-000 | 2,820.00 | | 25,887.17 |

Page Subtotals        25,887.17        0.00

LFORM24

Ver: 17.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34781 -JBS | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | 3rc Mechanical & Contracting Servic | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6806  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3813 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/26/10 | 1 | Wolin-Levin<br>212 W. Washington Condo<br>212 W. Washington Blvd.<br>Chicago, IL  60606 | Accounts Receivable | 1121-000 | 6,000.00 | | 31,887.17 |
| 08/26/10 | 1 | PQ Corporation<br>P.O. Box 840<br>Valley Forge, PA  19482 | Accounts Receivable | 1121-000 | 5,620.00 | | 37,507.17 |
| 08/26/10 | 1 | INX International Ink Co.<br>150 Martingale Road, Ste 700<br>Schaumburg, IL  60173 | Accounts Receivable | 1121-000 | 3,470.00 | | 40,977.17 |
| 08/30/10 | 1 | Euler Hermes<br>600 S. 7th Street<br>Louisville, KY  40201 | Accounts Receivable | 1121-000 | 11,090.00 | | 52,067.17 |
| 08/30/10 | 000301 | Keep Safe Public Storage, LLC<br>21005 Division Street<br>Crest Hill, IL  60535 | September 1, 2010 Storage Fee | 2990-000 | | 80.00 | 51,987.17 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 51,987.24 |
| 09/22/10 | 1 | Pipe Fitting Council of Greater Chicago<br>7065 Veterans Blvd.<br>Burr Ridge, IL  60527 | Reimbursement | 1121-000 | 178.00 | | 52,165.24 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.10 | | 52,167.34 |
| 10/01/10 | 1 | Center for Research Libraries<br>6050 S. Kenwood<br>Chicago, IL  60637 | Accounts Receivable | 1121-000 | 1,547.16 | | 53,714.50 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.26 | | 53,716.76 |
| 11/11/10 | 4 | Wiesbrook Sheet Metal, Inc.<br>25502 West Ruff Street<br>Plainfield, IL  60585-7861 | Accounts Receivable | 1121-000 | 14,000.36 | | 67,717.12 |
| 11/11/10 | 8, 9, 10 | Flo-Tech Mechanical Systems, Inc. | Escrow money for Sale of Assets | 1129-000 | 9,000.00 | | 76,717.12 |

Page Subtotals        50,909.95        80.00

LFORM24

Ver: 17.05c

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-34781 -JBS |
| Case Name: | 3rc Mechanical & Contracting Servic |
| Taxpayer ID No: | *******3813 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6806  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/10 | 4 | Set Enterprises, Inc.<br>21905 Cottage Grove Avenue<br>SaukVillage, IL  60411 | Accounts Receivable | 1121-000 | 1,647.36 | | 78,364.48 |
| 11/18/10 | 4 | Northern Indiana Public Service Co.<br>801 E. 86th Avenue<br>Merrillville, IN  46410 | Refund Check | 1121-000 | 3,816.60 | | 82,181.08 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.78 | | 82,183.86 |
| 12/06/10 | 12 | Health Care Service Corporation<br>300 East Randolph<br>Chicago, IL  60601 | Canceled-premium refund | 1221-000 | 449.06 | | 82,632.92 |
| 12/06/10 | 4 | Chicago Public Schools<br>P.O. Box 661<br>Chicago, IL  60690 | Accounts Receivable | 1121-000 | 8,886.70 | | 91,519.62 |
| 12/13/10 | 000302 | Fox, Hefter, Swibel, Levin & Carroll<br>200 West Madison Street<br>Chicago, IL  60606 | First Int Fees (8-17-10-9-30-10) | | | 12,920.43 | 78,599.19 |
| | | | Fees            12,908.00 | 3110-000 | | | |
| | | | Expenses            12.43 | 3120-000 | | | |
| 12/28/10 | 4 | Unicco Service Company<br>d/b/a UGL Unicco<br>275 Grove Street, Ste 3-200<br>Auburndale, MA  02466 | Accounts Receivable | 1121-000 | 1,750.00 | | 80,349.19 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.47 | | 80,352.66 |
| 01/18/11 | 4 | Indigo Construction Services, Inc.<br>1016 Industry Dr.<br>New Lenox, IL  60451 | Accounts Receivable | 1121-000 | 4,060.00 | | 84,412.66 |
| 01/24/11 | 000303 | Ken Novak & Associates, Inc.<br>3356 Lake Knoll Drive<br>Northbrook, IL  60062 | 1st Fee Application<br>ORDER NO. 57 dated 12-23-2010. | | | 11,104.21 | 73,308.45 |

Page Subtotals           20,615.97          24,024.64

LFORM24

Ver: 17.05c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34781 -JBS | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | 3rc Mechanical & Contracting Servic | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6806 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3813 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees        10,000.00 | 3731-000 | | | |
| | | | Expenses      1,104.21 | 3732-000 | | | |
| * 01/24/11 | 000304 | Harris Bank f/k/a Amcore Bank | Partial payment of secured claim | 4210-004 | | 25,555.38 | 47,753.07 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.35 | | 47,756.42 |
| 02/10/11 | 4 | Roseland Retail Center, LLC | Accounts Receivable | 1121-000 | 172.50 | | 47,928.92 |
| | | 1050 East 95th Street | | | | | |
| | | Chicago, IL  60619 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.56 | | 47,929.48 |
| 03/25/11 | 000305 | The Computer Guy Service | Server storage fees | 2990-000 | | 1,080.00 | 46,849.48 |
| | | 5000 W. Irving Park Road | Server per day storage fees from 8/4/10 to 9/10/10; | | | | |
| | | Bensenville, IL  60106 | Server integrity check; IT Consulting with bankruptcy | | | | |
| | | | firm | | | | |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.62 | | 46,850.10 |
| 04/14/11 | 4 | Center for Research Libraries | Accounts Receivable | 1121-000 | 5,030.10 | | 51,880.20 |
| | | 6050 S. Kenwood | | | | | |
| | | Chicago, IL  60637 | | | | | |
| 04/15/11 | 000306 | Ken Novak & Associates, Inc. | 2nd Fee Application | | | 23,679.31 | 28,200.89 |
| | | 3356 Lake Knoll Drive | $7,331.40 in fees  (8/25/10 thru 11/27/10) | | | | |
| | | Northbrook, IL  60062 | $15,000.00 in fees (11/28/10 thru 3/4/11) | | | | |
| | | | $1,347.91 in expenses (11/28/10 thru 3/4/11) | | | | |
| | | | Fees        22,331.40 | 3731-000 | | | |
| | | | Expenses      1,347.91 | 3732-000 | | | |
| 04/26/11 | 1 | Fellows Roofing Ltd. | Accounts Receivable | 1121-000 | 230.00 | | 28,430.89 |
| | | 1009 Beach | | | | | |
| | | La Grange Park, IL  60525 | | | | | |
| 04/28/11 | 000307 | Fox, Hefter, Swibel, Levin & Carroll | Second Int Fees (10-1-10 - 2-28-11) | | | 29,361.11 | -930.22 |
| | | 200 West Madison Street | Partial Payment | | | | |
| | | Chicago, IL  60606 | | | | | |
| | | | Fees        25,000.00 | 3110-000 | | | |

Page Subtotals        5,437.13        79,675.80

LFORM24

Ver: 17.05c

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34781 -JBS | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|
| Case Name: | 3rc Mechanical & Contracting Servic | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6806  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3813 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          4,361.11 | 3120-000 | | | |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.56 | | -929.66 |
| 05/02/11 | 4 | Magnetic International / Amrox<br>661 Anderson Drive<br>Foster Plaza #7<br>Pittsburg, PA 15220 | Accounts Receivable - Magnetic Intl | 1121-000 | 1,672.00 | | 742.34 |
| 05/02/11 | 4 | Magnetic International / Amrox<br>661 Anderson Drive<br>Foster Plaza #7<br>Pittsburg, PA 15220 | Accounts Receivable - Magnetic Intl | 1121-000 | 13,833.84 | | 14,576.18 |
| * 05/06/11 | 000304 | Harris Bank f/k/a Amcore Bank | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 4210-004 | | -25,555.38 | 40,131.56 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,131.90 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 40,132.23 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,132.57 |
| 08/04/11 | 000308 | Harris Bank f/k/a Amcore Bank | Partial payment of secured claim<br>Original check lost then found after 90 day expiration.<br>Check reissued. | 4210-000 | | 25,555.38 | 14,577.19 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 14,577.39 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,577.51 |
| 10/06/11 | 000309 | S&M Properties<br>c/o Cynthia Feeley<br>Feeley & Associates, P.C.<br>161 North Clark Street<br>Chicago, IL 60601 | Storage Fees & Rental<br>Partial Payment  - Storage started 8/2010 | 2990-000 | | 2,500.00 | 12,077.51 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,077.62 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.03 | 12,060.59 |
| 11/22/11 | 4 | IVEX Packaging Paper, LLC<br>c/o John B. LaRue | HOLD IN ESCROW | 1149-000 | 12,130.22 | | 24,190.81 |

Page Subtotals          27,638.06          2,517.03

LFORM24

Ver: 17.05c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34781 -JBS | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | 3rc Mechanical & Contracting Servic | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6806  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3813 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 4910 North Wheeling Avenue | | | | | |
| | | Muncie, IN 47304 | | | | | |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 24,190.92 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.36 | 24,174.56 |
| 12/21/11 | 000310 | Jeffrey C. Blumenthal Chartered | 1st Interim Compensation | | | 20,651.50 | 3,523.06 |
| | | | Fees            20,000.00 | 3210-000 | | | |
| | | | Expenses          651.50 | 3220-000 | | | |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 3,523.21 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.17 | 3,501.04 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,501.07 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.59 | 3,496.48 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,496.51 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.16 | 3,492.35 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,492.38 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.29 | 3,488.09 |
| 04/20/12 | 11 | Flo-Tech Mechanical Systems, Inc. | Sale of Machinery | 1229-000 | 500.00 | | 3,988.09 |
| | | 1304 W National Ave | | | | | |
| | | Addison, IL  60601 | | | | | |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,988.12 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.55 | 3,983.57 |
| 05/02/12 | 000311 | International Sureties, Ltd. | Blanket Bond Disbursement Premium | 2300-000 | | 1.83 | 3,981.74 |
| | | Suite 420 | | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| * 05/18/12 | 000312 | Harris Bank f/k/a Amcore Bank | Distribution relating to equipment sale | 1129-003 | | 250.00 | 3,731.74 |
| 05/18/12 | 000313 | Access | Storage | 2990-000 | | 187.70 | 3,544.04 |
| | | 2339 Ernie Krueger Circle | Invoice 0026127 (3/28/12 - 4/27/12) | | | | |
| | | Waukegan, IL 60087 | | | | | |

Page Subtotals       500.38      21,147.15

LFORM24                                                                     Ver: 17.05c

FORM 2

Page: 12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-34781  -JBS | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|
| Case Name: | 3rc Mechanical & Contracting Servic | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6806  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3813 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,544.07 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.97 | 3,539.10 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,539.13 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.50 | 3,534.63 |
| 07/02/12 | 000314 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL 60087 | Storage<br>Invoice 0026422 (4/28/12 - 5/27/12) | 2990-000 | | 50.00 | 3,484.63 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,484.66 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.92 | 3,479.74 |
| 08/14/12 | 000315 | Access<br>2339 Ernie Krueger Circle<br>Waukegan, IL 60087 | Storage<br>(6/29/12 - 7/30/12) | 2990-000 | | 103.00 | 3,376.74 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,376.77 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 4.39 | 3,372.38 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | | 3,372.38 | 0.00 |
| * 11/15/12 | 000312 | Harris Bank f/k/a Amcore Bank | Distribution relating to<br>Secured Claim.<br>Check to be reissued by BofA to be deposited into<br>Associated Bank | 1129-003 | | -250.00 | 250.00 |
| 12/06/12 | 000316 | N. Neville Reid as Trustee for<br>3rc Mechanical & Contracting Services | Account Transfer | 9999-000 | | 250.00 | 0.00 |

Page Subtotals       0.12        3,544.16

LFORM24

Ver: 17.05c

FORM 2 Page: 13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-34781 -JBS |
| Case Name: | 3rc Mechanical & Contracting Servic |
| Taxpayer ID No: | *******3813 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6806 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 130,988.78 | 130,988.78 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 3,622.38 | |
| | | | Subtotal | | 130,988.78 | 127,366.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 130,988.78 | 127,366.40 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********3497 | 338,297.49 | 194,246.97 | 147,672.90 |
| Money Market Account (Interest Earn - ********6806 | 130,988.78 | 127,366.40 | 0.00 |
| | 469,286.27 | 321,613.37 | 147,672.90 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ N. Neville Reid, Trustee  Date: 04/25/14
N. NEVILLE REID, TRUSTEE

Page Subtotals 0.00 0.00

LFORM24  Ver: 17.05c