**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-34781 |
| 3RC MECHANICAL & CONTRACTING | ) | |
| SERVICES, LLC, | ) | Hon. Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | Hearing Date: September 8, 2015 |
| | ) | Hearing Time: 10:00AM |

**NOTICE OF FIRST AND FINAL APPLICATION OF RIORDAN, MCKEE & PIPER, LLC, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 22, 2011 THROUGH JULY 28, 2015**

TO:   SEE ATTACHED SERVICE LIST

      PLEASE TAKE NOTICE that on Tuesday, September 8, 2015 at 10:00 AM, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer, or any judge sitting in her stead, in Courtroom 682, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **First and Final Application of Riordan, McKee & Piper, LLC for Allowance and Payment of Administrative Claim For Compensation and Reimbursement of Expenses for the Period September 22, 2011 Through July 28, 2015**, at which time and place you may appear as you see fit.

| | |
|---|---|
| Dated: August 14, 2015 | **RIORDAN, MCKEE & PIPER, LLC** |
| | By:  _/s/ Ryan T. Schultz_ |
| | Fox, Swibel, Levin & Carroll, LLP, General Bankruptcy Counsel to the Trustee |

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

## CERTIFICATE OF SERVICE

I, Ryan T. Schultz, certify that on August 14, 2015, I caused a copy of the foregoing **First and Final Application of Riordan, McKee & Piper, LLC, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses for the Period September 22, 2011 through July 28, 2015** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail, as indicated.

                                    */s/ Ryan T. Schultz*
                                    Ryan T. Schultz

## SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

Jessica L Adelman on behalf of Defendant Industry Improvement Fund Local 597, Defendant Pipe Fitter Association Local 597 U.A., Defendant Pipe Fitters Retirement Fund, Local 597, Defendant Pipe Fitters Training Fund, Local 597, Defendant Pipe Fitters' Welfare Fund, Local 597, Defendant Pipe Fitting Council of Greater Chicago
adelman@johnsonkrol.com

Ashley W Brandt on behalf of Defendant Climatemp Inc
abrandt@freeborn.com, jtovarrisley@freeborn.com, bkdocketing@freeborn.com

Megan M Burke on behalf of Plaintiff N. Neville Reid
mburke@rmp-llc.com

William P Callinan on behalf of Chicago Area Mechanical Contracting Industry Improvement Trust, Industry Improvement Fund Local 597, Pipe Fitter Association Local 597 U.A., Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters' Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, The Pipe Fitters Association, Local 597 U.A.,
william@johnsonkrol.com

William J Cotter on behalf of Plaintiff N. Neville Reid
bcotter@rmp-llc.com

Frank T Davenport on behalf of Defendant Barr Mechanical Sales, Inc.
frank@morrison-saltz.com

Daniel P. Dawson on behalf of Plaintiff N. Neville Reid, as Chapter 7 Trustee for 3RC Mechanical & Contracting Services, LLC
ddawson@nisen.com, adrag@nisen.com

Edward F. Filer on behalf of Defendant Climatemp Inc
efiler@freeborn.com, pscott@freeborn.com

James G Froberg on behalf of Creditor Harris Bank fka Amcore Bank
jgfroberg@lowis-gellen.com, jgfroberg@aol.com

Kent A Gaertner on behalf of Debtor 3RC Mechanical & Contracting Services, LLC.
kgaertner@springerbrown.com, kgaertner@springerbrown.com, jkrafcisin@springerbrown.com

Scott Gillman on behalf of Interested Party Auto-Owners Insurance Company
sgillman@condoncook.com

Mark B Grzymala on behalf of Creditor Marco Supply Company Inc. d/b/a Johnson Pipe and Supply Corp.
mgrzymala@rolaw.net, grzymala@gmail.com

Jeffrey A Krol on behalf of Chicago Area Mechanical Contracting Industry Improvement Trust, Industry Improvement Fund Local 597, Pipe Fitter Association, Local 597 U.A., Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters' Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, The Pipe Fitters Association, Local 597 U.A.
jeffkrol@johnsonkrol.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Joseph E Mallon on behalf of Creditor Chicago Area Mechanical Contracting Industry Improvement Trust, Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, Joseph E Mallon on behalf of Creditor The Pipe Fitters Association, Local 597 U.A.
mallon@johnsonkrol.com, gonzalez@johnsonkrol.com, foderaro@johnsonkrol.com, jessica@johnsonkrol.com

Rebecca K McMahon on behalf of Creditor Central States, Southeast and Southwest Areas Health and Welfare Fund
rmcmahon@centralstatesfunds.org

Timothy C Reuter on behalf of Creditor Central States, Southeast and Southwest Areas Health and Welfare Fund
treuter@centralstatesfunds.org

Cornelius F Riordan on behalf of Plaintiff N. Neville Reid
criordan@rmp-llc.com, egrubb@rmp-llc.com

Lauren P Shannon on behalf of Plaintiff N. Neville Reid
lshannon@rmp-llc.com

Adam C Toosley on behalf of Defendant Climatemp Inc
atoosley@freeborn.com, jschmidt@freeborn.com

Kerry S Trunkett on behalf of Creditor H-F Credit Union
kerry@trunkettlawpc.com, mkeenan@trunkettlawpc.com, lpino@trunkettlawpc.com, Sheffron@trunkettlawpc.com

2

**Parties to receive notice via postage prepaid first-class U.S. Mail:**

H-O-H Chemicals, Inc.
P.O. Box 487
Palatine, IL 60078

3RC Mechanical Contracting Service
P.O.Box 1477
Birmingham, AL 35201

Accountemps Div of
Robert Half International
P.O. Box 5024
San Ramon, CA 94583

Allied Valve Inc
231344 Momentum Place
Chicago, IL 60689

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Anne Sluder
3512 Lake Shore Dr.
Joliet, IL 60431

Applied Industrial Tech Inc
One Applied Plaza
East 36th Street & Euclid Ave
Cleveland, OH 44115

Auto-Owners Insurance
P.O.B. 30660
Lansing, MI 48909

Central States, Se. & Sw. Areas Health &
Welfare F
Attn.: Peter Priede
9377 West Higgins Road
Rosemont, IL 60018

Chicago Regional Council of
Carpenters Funds
c/o Bruce C. Scalambrino
Scalambrino & Arnoff, LLP
One North LaSalle Street, Suite 1600
Chicago, IL 60602

Colonial Pacific Leasing Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Columbus Pipe & Supply Co
1803 Moen Ave
Rockdale, IL 60436

Complete Energy Management
Robert S Krockey
3180 Theodore street suite 102
Joliet, IL 60435

Department of Treasury
Internal Revenue Service
P.O. BOX 7346
Philadelphia, A 19101

Efficient Insulation Systems, Inc.
10215 Franklin Avenue
Franklin Park, IL 60131

Fastenal
Company P.O. Box 978
Winona, MN 55987-0978

General Machining Solutions
P.O BOX 1175
Calumet City, IL 60409

Gordon Bros. Steel Warehouse
1340 W 43rd St
Chicago, IL 60609-3308

Illinois Department of Employment
Security
33 South State Street
Chicago, Illinois 60603
Attn: Bankruptcy Unit - 10th Floor

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Mechanical Sales, Inc.
2627 North Western Avenue
Chicago, IL 60647-2034

Imbert International Inc
7030 N Austin Ave
Niles, IL 60714

Indiana Department of Workforce
Development
10 N Senate Ave
Indianapolis, IN 46204

Industry Advancement Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

3

Bornquist Inc
7050 N Lehigh
Chicago, IL 60646

Fluid Air Products
7535 Plaza Court
Willowbrook, IL 60527

Iron Workers Mid America Funds
Attn: Joseph J. Burke
2350 East 170th St.
Lansing, IL 60438

Calumet Lift Truck Service Co
35 E 168th Street
South Holland, IL 60473

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

J & L Fasteners
6944 Parrish Ave
Hammond, IN 46323

Key Equipment Finance Inc.
1000 S. McCaslin Blvd.
Superior, CO 80027

Nobel Air, LLC
6652 W. 88th St.
Oak Lawn, IL 60453

Selective Insurance
40 Wantage Ave
Branchville, New Jersey 07890

Kirk & Blum
8735 W Market Street
Greensboro, NC 27409

Pipe Fitters' Association, Local 597 U.A.
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

South Side Control Supply Co.
American Financial Management Inc
3715 Ventura Drive
Arlington Heights, IL 60004

Kirk & Blum
PO Box 630202
Cincinnati, OH 45263-0202

Pipe Fitters' Individual Account and 401(k) Plan
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Steiner
1250 Touhy Ave.
Elk Grove Village, IL 60007

Lift Works, Inc.
1130 Carolina, Unit F
West Chicago, IL 60185

Pipe Fitters Retirement Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Target Truck Rentals
L.O. Genetos
8585 Broadway # 480
Merrillville, IN 46410

Ludeca Inc
1425 N,W. 88th Ave
Doral, FL 33172-3017

Pipe Fitters Welfare Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Teamsters Union Local No.142
Teresa A. Massa, Terrell &Thrall
1158 W Lincolnway, Suite 1
Valparaiso, IN 46385

Marco Supply Company, Inc
Rohlfiing & Oberholtzer
211 W Wacker Dr suite 1200
Chicago, IL 60606

Pipe Fitting Council of Greater Chicago
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Teamsters Union Local No.142
Teresa A. Massa, Terrell &Thrall
1158 W Lincolnway, Suite 1
Valparaiso, IN 46385

McCann Industries Inc
38951 Eagle Way
Chicago, IL 60678-1389

Praxair Distribution, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094

The Daily Journal
c/o Creditors Collection
Bureaus, Inc
PO Box 63
Kankakee, IL 60901

4

Mercon Supply
2865 Festival Drive
Kankakee, IL 60901

MSC Industrial Supply Company
75 Maxess Road
Melville, NY 11747

Wright Express
Financial Services
P.O. BOX 639
Portland, ME 04103

Minster Mechanical Sales
2120 S Halsted St
Chicago Heights, IL 60411

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 10-34781 |
| 3RC MECHANICAL & CONTRACTING ) | |
| SERVICES, LLC, ) | Hon. Jack B. Schmetterer |
| ) | |
| Debtor. ) | Hearing Date: September 8, 2015 |
| ) | Hearing Time: 10:00 AM |

**FIRST AND FINAL APPLICATION OF RIORDAN, MCKEE & PIPER, LLC, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 22, 2011 THROUGH JULY 28, 2015**

Riordan, McKee & Piper, LLC ("RMP"), special counsel to N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of 3RC Mechanical & Contracting Services, LLC (the "Debtor"), files this application ("Application") for allowance and payment of an administrative claim in the amount of $65,349.59, consisting $53,625.00 in fees and $11,724.59 in expenses, for the period of September 22, 2011 through July 28, 2015. In support of this Application, RMP states the following:

### INTRODUCTION

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3.     On August 3, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as Trustee for the Estate.

4.     On September 6, 2011, the Trustee filed an Application to Employ RMP as special counsel (the "RMP Employment Application") to pursue recovery from Climatemp, Inc. ("Climatemp") for the benefit of the Estate. [Dkt. 87.]

5.     The RMP Employment Application stated that RMP would be paid on a contingency fee basis as follows:

> A.     Fifteen percent (15%) of any gross sum obtained for the benefit of the Debtor or recovered by settlement from the Climatemp Proceeding prior to the commencement of discovery;
>
> B.     Twenty-five percent (25%) of any gross sum obtained for the benefit of the Debtor or recovered by settlement from the Climatemp Proceeding after the commencement of discovery but prior to trial; or
>
> C.     One-third (1/3) of any gross sum obtained for the benefit of the Debtor's estate or recovered from the Climatemp Proceeding at the time of and after the commencement of trial by settlement or through judgment obtained in the Climatemp Proceeding including any appeal thereof.

6.     Additionally, the RMP Employment Application provided that RMP would be reimbursed for actual, necessary expenses and other charges incurred in connection with the settlement, adjustment or prosecution of the Climatemp Proceeding. Such reimbursement shall be in addition to the above-stated contingency fee and, like the contingency fee would only be deducted from the gross amount of money recovered from Climatemp.

7.     On September 22, 2011, the Court granted the Application to Employ RMP (the "Approval Order"). [Dkt. 88.]

8. On December 27, 2010, the Trustee filed an adversary complaint against Climatemp (the "Adversary Action"). The Adversary Action was pending in this Court as Case No. 10-02680.

9. Immediately prior to the scheduled trial, the Trustee and Climatemp settled the Adversary Action.

10. On July 17, 2015, the Trustee filed a Motion in Support to Approve Compromise or Settlement per Rule 9019 with Climatemp.

11. On July 28, 2015, the Court granted the Motion to Approve Settlement and Shortening Notice. [Dkt. 272.]

12. On July 30, 2015, the Trustee signed the Settlement agreement and General Release ("Agreement").

13. In the Agreement, Climatemp agreed to pay the Trustee One Hundred and Sixty Two Thousand Five Hundred and Zero Dollars ($162,500.00) in exchange for a general release and a dismissal with prejudice of the Trustee's affirmative claims against Climatemp in the Adversary Action.

## REQUESTED RELIEF

14. RMP files this Application to be allowed an administrative claim for its unpaid fees and expenses for work performed on behalf of the Trustee from September 22, 2011 through July 28, 2015 (the "Application Period").

15. Attached as Exhibit A to this Application is a true and correct copy of the Statement of RMP under Bankruptcy Rule 2016(b), which sets out the contingency fee arrangement.

16. Attached as Exhibit B to this Application is a summary of the actual, necessary

3

expenses incurred by RMP during the Application Period.

## PROFESSIONAL SERVICES RENDERED

17. During the Application Period, RMP represented the Trustee in the prosecution and settlement of the Adversary Action. RMP engaged in significant discovery, prepared for trial and settled the matter on the courthouse steps.

## APPROPRIATENESS OF FEES

18. The total amount of fees sought by RMP for professional services in this Application is $53,625.00, one-third of the settlement amount as provided for in the Approval Order.

19. RMP has agreed to accept one-third of the settlement amount.

20. The professional services provided by RMP to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Estate. Compensation for the services provided by RMP is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved.

21. The RMP Agreement for the matters set forth in this Application is consistent with reasonable and customary rates among attorneys and paralegals for the work performed. Further, according to billing records provided to the Trustee, RMP provided approximately 1,465 hours of legal services to the Estate.[1] This means if RMP receives $53,625.00 in fees, or 33% of the Settlement, it will have provided legal services to the Estate at the rate of approximately $36.60 per hour, which is far less than reasonable and customary rates among attorneys and paralegals for the work performed.

---

[1] RMP's detailed billing records will be made available upon request.

22. RMP's requested fees are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Estate.

## RMP EXPENSE POLICIES

23. RMP charges clients for actual out-of-pockets expenses it incurs on their behalf such as travel, postage, outside copying costs, outside vendor costs, and court fees. RMP typically does not charge for internal photocopying costs or phone charges, and no such expenses are sought in this application.

24. The expenses sought by RMP in this Application relate to mileage reimbursement ($291.69); Ricoh – Reproduction of documents ($598.46); Jams – Fee for Mediation ($6,279.08); Staples – Binders and tabs for Mediation materials ($150.99); Clerk of Cook County Court ($22.26); Arrow Messenger ($18.97); Aloha ($607.31); Merrill Communications ($25.00); McCorkle Reporters ($500.90); Project Planning ($306.00); Legal Link ($1,112.40); Barkley Court Reporting ($456.00); Shaw Fishman Glantz ($12.45) and Esquire Deposition Solutions ($1,343.08). These expenses were necessary and benefited the Estate. The total amount of out-of-pocket expenses for which RMP seeks reimbursement is $11,724.59.

25. RMP's requested expenses are awardable pursuant to Section 330 of the Bankruptcy Code as actual, necessary expenses incurred for the administration of the Estate.

## SUMMARY OF FEES AND EXPENSES

26. RMP applies for an administrative claim in the amount of $65,349.59, consisting of $53,625.00 in fees and $11,724.59 in expenses.

## NOTICE

27. Pursuant to Bankruptcy Rule 2002(a), twenty-one days' notice of this Application has been given to: (a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the

Northern District of Illinois; (d) all creditors; and (e) all other parties set up to receive notice through the Court's ECF filing system. In light of the nature of the relief requested, the Trustee submits that no further notice is required.

WHEREFORE, RMP requests entry of an order allowing it an administrative claim in the amount of $65,349.59 and allowing the Trustee to pay the same.

Dated: August 14, 2015

Respectfully submitted,

**RIORDAN, MCKEE & PIPER, LLC**

By:  /s/ Ryan T. Schultz
Fox, Swibel, Levin & Carroll, LLP, General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201