UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-34781 |
| 3RC MECHANICAL & CONTRACTING | ) | |
| SERVICES, LLC, | ) | Chapter: 7 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF RIORDAN, MCKEE & PIPER,
LLC, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
SEPTEMBER 22, 2011 THROUGH JULY 28, 2015**

This matter coming before the Court on the Application (the "Application") of Riordan, McKee
& Piper, LLC ("RMP"), special bankruptcy counsel to N. Neville Reid, not individually, but solely in
his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of 3RC
Mechanical Contracting Services, LLC (the "Debtor"), for entry of an order pursuant to 11 U.S.C. §§
328, 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 5082-1 of the Local
Rules of the United States Bankruptcy Court for the Northern District of Illinois, and the United States
Trustee Fee Guidelines – Guidelines for Reviewing Applications for Compensation and Reimbursement
of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58), granting the First and
Final Application of RMP for allowance and payment of compensation for services rendered and for
reimbursement of expenses incurred from September 22, 2011 through July 28, 2015 (the "Application
Period"),  the Court finds that (a) it has jurisdiction over the matters raised in the Application pursuant
to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the relief requested
in the Application is in the best interests of the Estate, its creditors and other parties-in-interest; (d) due
and sufficient notice of the Application was given; and (e) upon the record herein and after due
deliberation and cause appearing therefore;

IT IS HEREBY ORDERED:

1. The Application is granted in its entirety;

2. RMP is hereby allowed fees in the amount of $53,625.00 for services rendered, and reimbursement
of $10,439.59 in expenses incurred, for the period from September 22, 2011 through July 28, 2015 in
connection with the above-captioned case;

3. The Trustee is hereby authorized to pay RMP for actual, necessary services rendered during the
Application Period in the amount of $53,625.00 and to reimburse RMP for actual, necessary expenses
RMP incurred during the Application Period in the amount of $10,439.59;

4. All objections to the Application or the relief requested therein that have not been made,
withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on
the merits; and

5. The Court shall retain jurisdiction to hear and determine all matters arising from the
implementation of this Order.

6. This Order will become effective immediate upon its entry.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

**SEP 2 9 2015**

Dated:   7/29/15

**Prepared by:**

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201