UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 10-34781 |
| 3RC MECHANICAL & CONTRACTING ) | |
| SERVICES, LLC, ) | Hon. Jack B. Schmetterer |
| ) | |
| Debtor. ) | Hearing Date: December 29, 2015 |
| ) | Hearing Time: 10:30 AM |

**NOTICE OF FINAL FEE APPLICATION OF FOX, SWIBEL, LEVIN & CARROLL, LLP, FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE PERIOD OF NOVEMBER 1, 2014 THROUGH SEPTEMBER 30, 2015 AND (II) AUTHORIZING PAYMENT OF UNPAID FEES AND EXPENSES**

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Tuesday, December 29, 2015** at **10:30 AM**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer, or any judge sitting in his stead, in Courtroom 682 in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Final Fee Application of Fox, Swibel, Levin & Carroll, LLP, for an Order (I) Allowing an Administrative Claim for Compensation for the Period of November 1, 2014 Through September 30, 2015 and (II) Authorizing Payment of Unpaid Fees and Expenses,** at which time and place you may appear as you see fit.

Dated: November 20, 2015

**FOX, SWIBEL, LEVIN & CARROLL, LLP**

By:   /s/ N. Neville Reid
      Fox, Swibel, Levin & Carroll, LLP,
      General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

1684869.1                                1

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on November 20, 2015, I caused a copy of the foregoing **Final Fee Application of Fox, Swibel, Levin & Carroll, LLP, for an Order (I) Allowing an Administrative Claim for Compensation for the Period of November 1, 2014 Through September 30, 2015 and (II) Authorizing Payment of Unpaid Fees** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail, as indicated.

                                                                                  */s/ N. Neville Reid*
                                                                                  N. Neville Reid

1684869.1

## SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

Jessica L Adelman on behalf of Defendant Industry Improvement Fund Local 597, Defendant Pipe Fitter Association Local 597 U.A., Defendant Pipe Fitters Retirement Fund, Local 597, Defendant Pipe Fitters Training Fund, Local 597, Defendant Pipe Fitters' Welfare Fund, Local 597, Defendant Pipe Fitting Council of Greater Chicago
adelman@johnsonkrol.com

Ashley W Brandt on behalf of Defendant Climatemp Inc
abrandt@freeborn.com, jtovarrisley@freeborn.com, bkdocketing@freeborn.com

Megan M Burke on behalf of Plaintiff N. Neville Reid
mburke@rmp-llc.com

William P Callinan on behalf of Chicago Area Mechanical Contracting Industry Improvement Trust, Industry Improvement Fund Local 597, Pipe Fitter Association Local 597 U.A., Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters' Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, The Pipe Fitters Association, Local 597 U.A.,
william@johnsonkrol.com

William J Cotter on behalf of Plaintiff N. Neville Reid
bcotter@rmp-llc.com

Frank T Davenport on behalf of Defendant Barr Mechanical Sales, Inc.
frank@morrison-saltz.com

Daniel P. Dawson on behalf of Plaintiff N. Neville Reid, as Chapter 7 Trustee for 3RC Mechanical & Contracting Services, LLC
ddawson@nisen.com, adrag@nisen.com

Edward F. Filer on behalf of Defendant Climatemp Inc
efiler@freeborn.com, pscott@freeborn.com

James G Froberg on behalf of Creditor Harris Bank fka Amcore Bank
jgfroberg@lowis-gellen.com, jgfroberg@aol.com

Kent A Gaertner on behalf of Debtor 3RC Mechanical & Contracting Services, LLC.
kgaertner@springerbrown.com, kgaertner@springerbrown.com, jkrafcisin@springerbrown.com

Scott Gillman on behalf of Interested Party Auto-Owners Insurance Company
sgillman@condoncook.com

1684869.1

Mark B Grzymala on behalf of Creditor Marco Supply Company Inc. d/b/a Johnson Pipe and Supply Corp.
mgrzymala@rolaw.net, grzymala@gmail.com

Jeffrey A Krol on behalf of Chicago Area Mechanical Contracting Industry Improvement Trust, Industry Improvement Fund Local 597, Pipe Fitter Association, Local 597 U.A., Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters' Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, The Pipe Fitters Association, Local 597 U.A.
jeffkrol@johnsonkrol.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Joseph E Mallon on behalf of Creditor Chicago Area Mechanical Contracting Industry Improvement Trust, Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, Joseph E Mallon on behalf of Creditor The Pipe Fitters Association, Local 597 U.A.
mallon@johnsonkrol.com, gonzalez@johnsonkrol.com, foderaro@johnsonkrol.com, jessica@johnsonkrol.com

Rebecca K McMahon on behalf of Creditor Central States, Southeast and Southwest Areas Health and Welfare Fund
rmcmahon@centralstatesfunds.org

Timothy C Reuter on behalf of Creditor Central States, Southeast and Southwest Areas Health and Welfare Fund
treuter@centralstatesfunds.org

Cornelius F Riordan on behalf of Plaintiff N. Neville Reid
criordan@rmp-llc.com, egrubb@rmp-llc.com

Lauren P Shannon on behalf of Plaintiff N. Neville Reid
lshannon@rmp-llc.com

Adam C Toosley on behalf of Defendant Climatemp Inc
atoosley@freeborn.com, jschmidt@freeborn.com

Kerry S Trunkett on behalf of Creditor H-F Credit Union
kerry@trunkettlawpc.com, mkeenan@trunkettlawpc.com, lpino@trunkettlawpc.com, Sheffron@trunkettlawpc.com

1684869.1

2

**Parties to receive notice via postage prepaid first-class U.S. Mail:**

H-O-H Chemicals, Inc.
P.O. Box 487
Palatine, IL 60078

3RC Mechanical Contracting Service
P.O.Box 1477
Birmingham, AL 35201

Accountemps Div of
Robert Half International
P.O. Box 5024
San Ramon, CA 94583

Allied Valve Inc
231344 Momentum Place
Chicago, IL 60689

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Anne Sluder
3512 Lake Shore Dr.
Joliet, IL 60431

Applied Industrial Tech Inc
One Applied Plaza
East 36th Street & Euclid Ave
Cleveland, OH 44115

Auto-Owners Insurance
P.O.B. 30660
Lansing, MI 48909

Central States, Se. & Sw. Areas Health & Welfare F
Attn.: Peter Priede
9377 West Higgins Road
Rosemont, IL 60018

Chicago Regional Council of Carpenters Funds
c/o Bruce C. Scalambrino
Scalambrino & Arnoff, LLP
One North LaSalle Street, Suite 1600
Chicago, IL 60602

Colonial Pacific Leasing Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Columbus Pipe & Supply Co
1803 Moen Ave
Rockdale, IL 60436

Complete Energy Management
Robert S Krockey
3180 Theodore street suite 102
Joliet, IL 60435

Department of Treasury
Internal Revenue Service
P.O. BOX 7346
Philadelphia, A 19101

Efficient Insulation Systems, Inc.
10215 Franklin Avenue
Franklin Park, IL 60131

Fastenal
Company P.O. Box 978
Winona, MN 55987-0978

General Machining Solutions
P.O BOX 1175
Calumet City, IL 60409

Gordon Bros. Steel Warehouse
1340 W 43rd St
Chicago, IL 60609-3308

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603
Attn: Bankruptcy Unit - 10th Floor

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Mechanical Sales, Inc.
2627 North Western Avenue
Chicago, IL 60647-2034

Imbert International Inc
7030 N Austin Ave
Niles, IL 60714

Indiana Department of Workforce Development
10 N Senate Ave
Indianapolis, IN 46204

Industry Advancement Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

1684869.1                    3

Bornquist Inc
7050 N Lehigh
Chicago, IL 60646

Fluid Air Products
7535 Plaza Court
Willowbrook, IL 60527

Iron Workers Mid America Funds
Attn: Joseph J. Burke
2350 East 170th St.
Lansing, IL 60438

Calumet Lift Truck Service Co
35 E 168th Street
South Holland, IL 60473

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

J & L Fasteners
6944 Parrish Ave
Hammond, IN 46323

Key Equipment Finance Inc.
1000 S. McCaslin Blvd.
Superior, CO 80027

Nobel Air, LLC
6652 W. 88th St.
Oak Lawn, IL 60453

Selective Insurance
40 Wantage Ave
Branchville, New Jersey 07890

Kirk & Blum
8735 W Market Street
Greensboro, NC 27409

Pipe Fitters' Association, Local 597 U.A.
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

South Side Control Supply Co.
American Financial Management Inc
3715 Ventura Drive
Arlington Heights, IL 60004

Kirk & Blum
PO Box 630202
Cincinnati, OH 45263-0202

Pipe Fitters' Individual Account and 401(k) Plan
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Steiner
1250 Touhy Ave.
Elk Grove Village, IL 60007

Lift Works, Inc.
1130 Carolina, Unit F
West Chicago, IL 60185

Pipe Fitters Retirement Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Target Truck Rentals
L.O. Genetos
8585 Broadway # 480
Merrillville, IN 46410

Ludeca Inc
1425 N,W. 88th Ave
Doral, FL 33172-3017

Pipe Fitters Welfare Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Teamsters Union Local No.142
Teresa A. Massa, Terrell &Thrall
1158 W Lincolnway, Suite 1
Valparaiso, IN 46385

Marco Supply Company, Inc
Rohlfiing & Oberholtzer
211 W Wacker Dr suite 1200
Chicago, IL 60606

Pipe Fitting Council of Greater Chicago
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Teamsters Union Local No.142
Teresa A. Massa, Terrell &Thrall
1158 W Lincolnway, Suite 1
Valparaiso, IN 46385

McCann Industries Inc
38951 Eagle Way
Chicago, IL 60678-1389

Praxair Distribution, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094

The Daily Journal
c/o Creditors Collection
Bureaus, Inc
PO Box 63
Kankakee, IL 60901

Mercon Supply
2865 Festival Drive
Kankakee, IL 60901

MSC Industrial Supply Company
75 Maxess Road
Melville, NY 11747

Wright Express
Financial Services
P.O. BOX 639
Portland, ME 04103

Minster Mechanical Sales
2120 S Halsted St
Chicago Heights, IL 60411

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re  3RC Mechanical & Contracting Service, LLC  )
)
)  Bankruptcy No. 10-34781
)
Debtor.  )  Chapter  7

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: Fox, Swibel, Levin & Carroll, LLP

Authorized to Provide Professional Services to: N. Neville Reid, the Chapter 7 Trustee

Date of Order Authorizing Employment: September 16, 2010 Retroactive to August 17, 2010

Period for Which Compensation is Sought:
From  November 1 , 2014  through  September 30 , 2015

Amount of Fees Sought: $ 16,219.00

Amount of Expense Reimbursement Sought: $ 585.18

This is an:   Interim Application _____    Final Application ✓

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 11/03/10 | 8/17/10 - 9/30/10 | $12,920.43 | 12,920.43 | 12,920.43 |
| 03/21/11 | 10/1/10 - 2/28/11 | $46,343.61 | $29,361.11 | $29,361.11 |
| 11/18/14 | 10/1/10 - 10/31/14 | $95,682.02 | 95,682.02 | $95,682.02 |

Dated:  November 20, 2015              /S/ N. Neville Reid
                                         (Counsel)

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-34781 |
| 3RC MECHANICAL & CONTRACTING SERVICES, LLC, | ) ) | Hon. Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | Hearing Date: December 29, 2015 |
| | ) | Hearing Time: 10:30 AM |

**NOTICE OF FINAL FEE APPLICATION OF FOX, SWIBEL, LEVIN & CARROLL, LLP, FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE PERIOD OF NOVEMBER 1, 2014 THROUGH SEPTEMBER 30, 2015 AND (II) AUTHORIZING PAYMENT OF UNPAID FEES AND EXPENSES**

Fox, Swibel, Levin & Carroll, LLP[1] ("FSLC"), general bankruptcy counsel to N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of 3RC Mechanical & Contracting Services, LLC (the "Debtor"), files this application ("Application") for an order (i) allowing an administrative claim for final compensation and reimbursement in the amount of $16,804.18 (collectively, the "Requested Compensation")[2] consisting of fees in the amount of $16,219.00 and expenses in the amount of $585.18 incurred during the period of November 1, 2014 through September 30, 2015 (the "Application Period"); and (ii) authorization for the Trustee to pay the Requested Compensation to FSLC from the funds of the Estate as part of the closing of this bankruptcy case. For its Application, FSLC respectfully states the following:

**INTRODUCTION**

---

[1] Prior to September 1, 2012 Fox, Swibel, Levin & Carroll, LLP was known as Fox, Hefter, Swibel, Levin & Carroll, LLP.

[2] As an accommodation to the Estate and its creditors, (i) FSLC's partner Neville Reid, who rendered certain legal services to the Estate, provided such services at a discounted rate of $325 per hour instead of at his usual billing rate which in 2014 was $495/hour and in 2015 was $510/hour, and (ii) FSLC did not charge the Estate for all actual time incurred in providing legal services thereto.

1684869.1

1.  This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3.  On August 3, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as chapter 7 trustee.

4.  On September 16, 2010, the Court entered a final order granting the Trustee's application to retain FSLC as general bankruptcy counsel *nunc pro tunc* to August 17, 2010. [Dkt. 20].

5.  On September 16, 2010, this Court entered a final order granting FSLC's first interim application for payment of an administrative claim in the amount of $12,920.43, consisting of $12,908.00 in fees and $12.43 in expenses, for the period of August 17, 2010 through September 30, 2010. [Dkt. 52; the "First Compensation Order")].

6.  On April 12, 2011, this Court entered a final order granting in part FSLC's second interim application for payment of an administrative claim in the amount of $29,361.11, consisting of $25,000.00 in fees and $4,361.11 in expenses, for the period of October 1, 2010 through February 28, 2011. [Dkt. 79; the "Second Compensation Order"]

7. On December 29, 2014, the Court entered an order granting FSLC's third interim application for payment of an administrative claim in the aggregate amount of $95,682, consisting of $94,978 in fees and $704.02 in expenses, for the period of October 1, 2010 through October 31, 2014. [Dkt. 200; the "Third Compensation Order" (and the fee application related thereto the "Third FSLC Fee Application"); together with the First and Second Compensation Orders, the "Previous Compensation Orders"].

8. The Trustee has paid the outstanding fees and expenses of FSLC in this case as authorized by the Previous Compensation Orders.

9. On July 28, 2015, the Court entered an order approving a settlement agreement between the Trustee and Climatemp, settling the final claim administered by the Estate, which brought in $162,500 of cash into the estate [Dkt. 272; the "Climatemp Settlement"]. As a result of the Climatemp Settlement, the Trustee is prepared to close the Estate, and concurrently herewith has filed a final report for the case.

## REQUESTED RELIEF

10. FSLC files this Application to be allowed an administrative claim in the amount of $16,804.18, which consists of fees in the amount of $16,219.00 and expenses in the amount of $585.18 incurred during the Application Period.

11. FSLC further requests authorization for the Trustee to pay the Requested Compensation to FSLC in full from funds in the Estate, in connection with the closing of the case.

12. Attached as Exhibit A to this Application is a schedule of the name and position of each attorney and paralegal who has performed work for the Trustee for which reimbursement is sought, the number of hours billed by each professional and his/her hourly billing rate, as well

as the year each attorney graduated from law school and was admitted to practice in Illinois.

13.  Attached as <u>Exhibit B</u> to this Application are the general, chronological detailed billing records of FSLC, describing the actual, necessary services rendered and time expended for work performed on behalf of the Trustee during the Application Period.

14.  Attached as <u>Exhibit C</u> to this Application is a summary of the actual, necessary expenses incurred by FSLC during the Application Period.

### PROFESSIONAL SERVICES RENDERED

15.  During the Application Period, as more specifically delineated on <u>Exhibit B</u> hereto, FSLC performed the following necessary services on behalf of the Trustee:

   i. <u>Case Administration:</u> FSLC incurred $407.00 in fees for necessary, general case management, which included ongoing review and monitoring of the docket and claims, updating pleadings and claims files, conferring with the Trustee regarding the case status, monitoring outside professionals, organizing case records and preparing information for the final report.

   ii. <u>Climatemp Settlement</u>: FSLC incurred $1,182 in connection with the evaluation and documentation of the Climatemp Settlement and advising the Trustee on legal issues related to the same. Overall, the Climatemp Settlement generated $162,500 in cash proceeds for the Estate.

   iii. <u>Fee Applications – FSLC, KNA and PK:</u> FSLC incurred $11,475.50 in connection with the Third FSLC Fee Application, the Third Interim Application of Ken Novak & Associates (a court-approved firm that assisted the Trustee in financial analysis and liquidation of Estate assets; "<u>KNA</u>") and the First Interim Fee Application of Popowcer Katten Ltd. (the Trustee's court-approved accountant; "<u>PK</u>"), which included necessary (i) organization of time records for FSLC, KNA and PK over the roughly four year time period covered by each Application, (ii) preparation of the respective written applications for FSLC, PK and KNA, including extensive exhibits, (iii) preparation of supplemental information requested by the Court as to FSLC's and KNA's applications, (iv) addressing and resolving the Court's concern as to whether any work by FSLC and KNA was duplicative of work performed by the Trustee's contingency fee counsel for the Climatemp Litigation, the law firm of Riordan, Mckee & Piper, LLC ("<u>RMP</u>"), and (v) preparing for several hearings held in December 2014 to address the court's questions and

concerns regarding the FSLC and KNA fee applications. Overall, during this Application Period, approximately $3851 of time [17.8 attorney and paralegal hours] was unique to the FSLC application, $3779 was unique to the KNA fee application, $1129.50 was unique to the PK fee application and the balance of the $11,475.50 of time on fee applications was general time (e.g., preparation time for fee application hearings) that benefitted each of the FSLC, KNA and PK fee applications.[3]

  iv. <u>Fee Application - RMP</u> – FSLC incurred $3154.50 in necessary time to prepare, present and resolve the court's issues and questions regarding the fee application of RMP, which successfully handled the Climatemp Litigation on a contingency basis and was essential for helping the Trustee obtain the $162,500 in cash proceeds therefrom.

## APPROPRIATENESS OF FEES

16. The total amount of fees sought by FSLC for professional services in this Application is $16,219.00. The Trustee seeks payment of this amount in full in connection with the closing of the case.

17. The professional services provided by FSLC to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Estate. Compensation for the services provided by FSLC is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved. FSLC undertook all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

18. FSLC's fees are recorded in a computerized time record system, from which the billing records attached to this Application were generated. FSLC has reviewed the billing records to ensure their accuracy.

19. FSLC's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among attorneys and paralegals for the work performed.

---

[3] Fee incurred in preparing this fee application were almost entirely incurred after the Application Period in connection with the closing of the case and are not being charged as attorney time to the Estate.

5

20. FSLC's requested fees are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Debtor's Estate.

## FSLC EXPENSE POLICIES

21. FSLC charges clients for actual out-of-pocket expenses it incurs on their behalf such as travel, postage, outside copying costs, outside vendor costs, and court fees. FSLC typically does not charge for internal photocopying costs or phone charges, and no such expenses are sought in this application.

22. The expenses sought by FSLC in this Application consist of (i) $555.18 for postage, Fedex and courier charges and (ii) $30 for the costs of using the service "Court Call" to connect KNA telephonically to a hearing on the KNA fee application so that KNA could address the court's questions regarding the same. These charges were necessary and benefited the Estate. The total amount of out-of-pocket expenses for which FSLC seeks reimbursement is $585.18.

23. FSLC's requested expenses are awardable pursuant to Section 330 of the Bankruptcy Code as actual, necessary expenses incurred for the administration of the Debtor's Estate.

## NOTICE

24. Pursuant to Bankruptcy Rule 2002(a) and the Order of this Court Limiting Notice that was granted in open court on March 21, 2011 [Dkt. 75], notice of this Application has been given to: (a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the Northern District of Illinois; (d) all secured creditors; (e) all parties set up to receive notice through the Court's ECF filing system; and (f) all parties who have formally requested notice of pleadings herein. In light of the nature of the relief requested, the Trustee submits that no further notice is

required.

WHEREFORE, FSLC requests entry of an order (i) allowing it an administrative claim in the amount of $16,804.18 consisting of fees in the amount of $16,219.00 and expenses in the amount of $585.18 incurred during the period of November 1, 2014 through September 30, 2015, (ii) authorizing the Trustee to pay the Requested Compensation in full upon entry of the order granting this fee application, and (iii) granting such other and further relief as is proper and just.

Dated: November 20, 2015

Respectfully submitted,

**FOX, SWIBEL, LEVIN & CARROLL, LLP**

By: ___/s/ N. Neville Reid___
Fox, Swibel, Levin & Carroll, LLP,
General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201