UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-34781 |
| 3RC MECHANICAL & CONTRACTING SERVICES, LLC, | ) ) | Hon. Jack B. Schmetterer |
| | ) | |
| Debtor. | ) ) | Hearing Date: December 29, 2015 Hearing Time: 10:30 AM |
| | ) | |

**NOTICE OF FINAL APPLICATION OF KEN NOVAK & ASSOCIATES, INC.,
FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION
FOR THE PERIOD OF OCTOBER 24, 2014 THROUGH JULY 18, 2015 AND
<u>(II) AUTHORIZING PAYMENT OF UNPAID FEES AND EXPENSES</u>**

PLEASE TAKE NOTICE that on **Tuesday, December 29, 2015** at **10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer, or any judge sitting in his stead, in Courtroom 682, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Final Application of Ken Novak & Associates, Inc. for an Order (I) Allowing an Administrative Claim for Compensation for the Period of October 24, 2014 through July 18, 2015 and (II) Authorizing Payment of Unpaid Fees and Expenses**, at which time and place you may appear as you see fit.

Dated: November 20, 2015                    **KEN NOVAK & ASSOCIATES, INC.,**

                                            By:  /s/ N. Neville Reid
                                                Fox, Swibel, Levin & Carroll, LLP,
                                                General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

*General Bankruptcy Counsel to
N. Neville Reid, the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on November 20, 2015, I caused a copy of the foregoing **Final Application of Ken Novak & Associates, Inc. for an Order (I) Allowing an Administrative Claim for Compensation for the Period of October 24, 2014 through July 18, 2015 and (II) Authorizing Payment of Unpaid Fees and Expenses** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail, as indicated.

/s/ N. Neville Reid
N. Neville Reid

## SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

Jessica L Adelman on behalf of Defendant Industry Improvement Fund Local 597, Defendant Pipe Fitter Association Local 597 U.A., Defendant Pipe Fitters Retirement Fund, Local 597, Defendant Pipe Fitters Training Fund, Local 597, Defendant Pipe Fitters' Welfare Fund, Local 597, Defendant Pipe Fitting Council of Greater Chicago
adelman@johnsonkrol.com

Ashley W Brandt on behalf of Defendant Climatemp Inc
abrandt@freeborn.com, jtovarrisley@freeborn.com, bkdocketing@freeborn.com

Megan M Burke on behalf of Plaintiff N. Neville Reid
mburke@rmp-llc.com

William P Callinan on behalf of Chicago Area Mechanical Contracting Industry Improvement Trust, Industry Improvement Fund Local 597, Pipe Fitter Association Local 597 U.A., Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters' Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, The Pipe Fitters Association, Local 597 U.A.,
william@johnsonkrol.com

William J Cotter on behalf of Plaintiff N. Neville Reid
bcotter@rmp-llc.com

Frank T Davenport on behalf of Defendant Barr Mechanical Sales, Inc.
frank@morrison-saltz.com

Daniel P. Dawson on behalf of Plaintiff N. Neville Reid, as Chapter 7 Trustee for 3RC Mechanical & Contracting Services, LLC
ddawson@nisen.com, adrag@nisen.com

Edward F. Filer on behalf of Defendant Climatemp Inc
efiler@freeborn.com, pscott@freeborn.com

James G Froberg on behalf of Creditor Harris Bank fka Amcore Bank
jgfroberg@lowis-gellen.com, jgfroberg@aol.com

Kent A Gaertner on behalf of Debtor 3RC Mechanical & Contracting Services, LLC.
kgaertner@springerbrown.com, kgaertner@springerbrown.com, jkrafcisin@springerbrown.com

Scott Gillman on behalf of Interested Party Auto-Owners Insurance Company
sgillman@condoncook.com

Mark B Grzymala on behalf of Creditor Marco Supply Company Inc. d/b/a Johnson Pipe and Supply Corp.
mgrzymala@rolaw.net, grzymala@gmail.com

Jeffrey A Krol on behalf of Chicago Area Mechanical Contracting Industry Improvement Trust, Industry Improvement Fund Local 597, Pipe Fitter Association, Local 597 U.A., Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters' Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, The Pipe Fitters Association, Local 597 U.A.
jeffkrol@johnsonkrol.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Joseph E Mallon on behalf of Creditor Chicago Area Mechanical Contracting Industry Improvement Trust, Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, Joseph E Mallon on behalf of Creditor The Pipe Fitters Association, Local 597 U.A.
mallon@johnsonkrol.com, gonzalez@johnsonkrol.com, foderaro@johnsonkrol.com, jessica@johnsonkrol.com

Rebecca K McMahon on behalf of Creditor Central States, Southeast and Southwest Areas Health and Welfare Fund
rmcmahon@centralstatesfunds.org

Timothy C Reuter on behalf of Creditor Central States, Southeast and Southwest Areas Health and Welfare Fund
treuter@centralstatesfunds.org

Cornelius F Riordan on behalf of Plaintiff N. Neville Reid
criordan@rmp-llc.com, egrubb@rmp-llc.com

Lauren P Shannon on behalf of Plaintiff N. Neville Reid
lshannon@rmp-llc.com

Adam C Toosley on behalf of Defendant Climatemp Inc
atoosley@freeborn.com, jschmidt@freeborn.com

Kerry S Trunkett on behalf of Creditor H-F Credit Union
kerry@trunkettlawpc.com, mkeenan@trunkettlawpc.com, lpino@trunkettlawpc.com, Sheffron@trunkettlawpc.com

**Parties to receive notice via postage prepaid first-class U.S. Mail:**

H-O-H Chemicals, Inc.
P.O. Box 487
Palatine, IL 60078

3RC Mechanical Contracting Service
P.O.Box 1477
Birmingham, AL 35201

Accountemps Div of
Robert Half International
P.O. Box 5024
San Ramon, CA 94583

Allied Valve Inc
231344 Momentum Place
Chicago, IL 60689

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Anne Sluder
3512 Lake Shore Dr.
Joliet, IL 60431

Applied Industrial Tech Inc
One Applied Plaza
East 36th Street & Euclid Ave
Cleveland, OH 44115

Auto-Owners Insurance
P.O.B. 30660
Lansing, MI 48909

Central States, Se. & Sw. Areas Health &
Welfare F
Attn.: Peter Priede
9377 West Higgins Road
Rosemont, IL 60018

Chicago Regional Council of
Carpenters Funds
c/o Bruce C. Scalambrino
Scalambrino & Arnoff, LLP
One North LaSalle Street, Suite 1600
Chicago, IL 60602

Colonial Pacific Leasing Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Columbus Pipe & Supply Co
1803 Moen Ave
Rockdale, IL 60436

Complete Energy Management
Robert S Krockey
3180 Theodore street suite 102
Joliet, IL 60435

Department of Treasury
Internal Revenue Service
P.O. BOX 7346
Philadelphia, A 19101

Efficient Insulation Systems, Inc.
10215 Franklin Avenue
Franklin Park, IL 60131

Fastenal
Company P.O. Box 978
Winona, MN 55987-0978

General Machining Solutions
P.O BOX 1175
Calumet City, IL 60409

Gordon Bros. Steel Warehouse
1340 W 43rd St
Chicago, IL 60609-3308

Illinois Department of Employment
Security
33 South State Street
Chicago, Illinois 60603
Attn: Bankruptcy Unit - 10th Floor

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Mechanical Sales, Inc.
2627 North Western Avenue
Chicago, IL 60647-2034

Imbert International Inc
7030 N Austin Ave
Niles, IL 60714

Indiana Department of Workforce
Development
10 N Senate Ave
Indianapolis, IN 46204

Industry Advancement Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

| | | |
|---|---|---|
| Bornquist Inc<br>7050 N Lehigh<br>Chicago, IL 60646 | Fluid Air Products<br>7535 Plaza Court<br>Willowbrook, IL 60527 | Iron Workers Mid America Funds<br>Attn: Joseph J. Burke<br>2350 East 170th St.<br>Lansing, IL 60438 |
| Calumet Lift Truck Service Co<br>35 E 168th Street<br>South Holland, IL 60473 | General Electric Capital Corp<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404 | J & L Fasteners<br>6944 Parrish Ave<br>Hammond, IN 46323 |
| Key Equipment Finance Inc.<br>1000 S. McCaslin Blvd.<br>Superior, CO 80027 | Nobel Air, LLC<br>6652 W. 88th St.<br>Oak Lawn, IL 60453 | Selective Insurance<br>40 Wantage Ave<br>Branchville, New Jersey 07890 |
| Kirk & Blum<br>8735 W Market Street<br>Greensboro, NC 27409 | Pipe Fitters' Association, Local 597 U.A.<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL 60606 | South Side Control Supply Co.<br>American Financial Management Inc<br>3715 Ventura Drive<br>Arlington Heights, IL 60004 |
| Kirk & Blum<br>PO Box 630202<br>Cincinnati, OH 45263-0202 | Pipe Fitters' Individual Account and 401(k) Plan<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL 60606 | Steiner<br>1250 Touhy Ave.<br>Elk Grove Village, IL 60007 |
| Lift Works, Inc.<br>1130 Carolina, Unit F<br>West Chicago, IL 60185 | Pipe Fitters Retirement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL 60606 | Target Truck Rentals<br>L.O. Genetos<br>8585 Broadway # 480<br>Merrillville, IN 46410 |
| Ludeca Inc<br>1425 N,W. 88th Ave<br>Doral, FL 33172-3017 | Pipe Fitters Welfare Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL 60606 | Teamsters Union Local No.142<br>Teresa A. Massa, Terrell &Thrall<br>1158 W Lincolnway, Suite 1<br>Valparaiso, IN 46385 |
| Marco Supply Company, Inc<br>Rohlfiing & Oberholtzer<br>211 W Wacker Dr suite 1200<br>Chicago, IL 60606 | Pipe Fitting Council of Greater Chicago<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL 60606 | Teamsters Union Local No.142<br>Teresa A. Massa, Terrell &Thrall<br>1158 W Lincolnway, Suite 1<br>Valparaiso, IN 46385 |
| McCann Industries Inc<br>38951 Eagle Way<br>Chicago, IL 60678-1389 | Praxair Distribution, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | The Daily Journal<br>c/o Creditors Collection Bureaus, Inc<br>PO Box 63<br>Kankakee, IL 60901 |

4

Mercon Supply
2865 Festival Drive
Kankakee, IL 60901

MSC Industrial Supply Company
75 Maxess Road
Melville, NY 11747

Wright Express
Financial Services
P.O. BOX 639
Portland, ME 04103

Minster Mechanical Sales
2120 S Halsted St
Chicago Heights, IL 60411

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re  3RC Mechanical & Contracting Service   )
)
)   Bankruptcy No. 10-34781
)
Debtor.   )   Chapter   7

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant:  Ken Novak & Associates, Inc.

Authorized to Provide Professional Services to:  N. Neville Reid, the Chapter 7 Trustee

Date of Order Authorizing Employment:  October 29, 2010 Retroactive to August 25, 2010

Period for Which Compensation is Sought:
From  October 24, 2014  through  July 18, 2015

Amount of Fees Sought:  $ 822.50

Amount of Expense Reimbursement Sought:  $ 70.60

This is an:   Interim Application _____    Final Application ✓

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 12/01/2010 | 8/25/10- 11/27/10 | $18,435.61 | $11,104.21 | $11,104.21 |
| 03/21/2011 | 08/25/10 - 03/04/11 | $34,689.81 | $23,679.31 | $23,679.31 |
| 11/18/2014 | 11/28/10 - 10/23/14 | $55,388.81 | $55,388.81 | $55,388.81 |

Dated:  November 20, 2015                    /S/ N. Neville Reid
                                                                    (Counsel)

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 10-34781 |
| 3RC MECHANICAL & CONTRACTING ) | |
| SERVICES, LLC, ) | Hon. Jack B. Schmetterer |
| ) | |
| Debtor. ) | **Hearing Date: December 29, 2015** |
| ) | **Hearing Time: 10:30 AM** |

### FINAL APPLICATION OF KEN NOVAK & ASSOCIATES, INC., FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE PERIOD OF OCTOBER 24, 2014 THROUGH JULY 18, 2015 AND (II) AUTHORIZING PAYMENT OF UNPAID FEES AND EXPENSES

Ken Novak & Associates, Inc. ("KNA"), collection agent and liquidation consultant to N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of 3RC Mechanical & Contracting Services, LLC (the "Debtor"), by and through the Trustee's general bankruptcy counsel, files this application ("Application") for an order (i) allowing an administrative claim for compensation in the amount of $893.10 consisting of fees in the amount of $822.50 and expenses in the amount of $70.60 incurred during the period of October 24, 2014 through July 18, 2015 (collectively, the "Requested Compensation" and such time period the "Application Period"), and (ii) authorizing the Trustee to pay such Requested Compensation upon the entry of the order granting this Application. For its Application, KNA respectfully states the following:

### INTRODUCTION

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3. On August 3, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, N. Neville Reid was appointed chapter 7 trustee for the Estate.

4. On October 29, 2010, the Court entered a final order granting the Trustee's application to retain KNA as collection agent and liquidation consultant *nunc pro tunc* to August 25, 2010. [Dkt. 33]

5. On December 23, 2010, this Court entered a final order granting in part KNA's first interim application for payment of an administrative claim in the amount of $11,104.21 consisting of $10,000.00 in fees and $1,104.21 in expenses for the period of August 25, 2010 through November 27, 2010 (the "First Application Period"). [Dkt. 57].

6. KNA's first interim application requested an administrative claim in the amount of $18,435.61 consisting of $17,331.40 in fees and $1,104.21 in expenses incurred during the First Application Period. [Dkt. No. 49.] However, due to a lack of funds in the Estate the Court Order allowed for payment of $10,000 in fees and $1,104.21 in expenses which left a remaining balance of fees in the amount of $7,331.40 (the "First Application Balance").

7. On April 12, 2011, this Court entered a final order granting in part KNA's second interim application for payment of an administrative claim in the amount of $23,679.31

2

consisting of (i) $15,000.00 in fees and $1,347.91 91 in expenses for the Second Application Period, and (ii) the First Application Balance of $7,331.40. [Dkt. 80].

8. KNA's second interim application requested an administrative claim in the amount of $34,689.81, consisting of (i) $26,010.50 in fees and $1,347.91 in expenses for the Second Application Period, and (ii) the First Application Balance of $7,331.40. [Dkt. No. 72.] However, due to a lack of funds in the Estate the Court Order allowed for payment of $15,000 in fees and $1,347.91 in expenses which left a remaining balance of fees in the amount of $11,010.50 (the "Second Application Balance").

9. On November 15, 2012, KNA filed a Notice of Withdrawal of the Second Interim Fee Application, without prejudice, thus deferring consideration of the Second Application Balance to a later date as additional funds became available. [Dkt. 137].

10. On December 29, 2014, the Court entered an Order granting KNA's third interim fee application, pursuant to which the Trustee paid KNA $52,995.40 in fees and $2,393.41 in expenses which amounts represented the total unpaid fees and expenses owed to KNA and allowed through October 23, 2014.

11. On December 27, 2010, the Trustee filed an adversary complaint against Climatemp (the "Adversary Action"). The Adversary Action was pending in this Court as Case No. 10-02680. Prior to the scheduled trial, the Trustee and Climatemp settled the Adversary Action.

12. On July 17, 2015, the Trustee filed a motion for an order approving the Climatemp settlement (the "Climatemp Settlement Motion").

13. On July 28, 2015, the Court granted the Climatemp Settlement Motion [Dkt. 272].

14. On July 30, 2015, the Trustee signed the Settlement Agreement and General

Release with Climatemp, pursuant to which Climatemp paid the Estate $162,500 in full settlement of the Adversary.

15. As a result of the Climatemp settlement, the Trustee is prepared to close the case.

## REQUESTED RELIEF

16. KNA files this Application to (i) be allowed an administrative claim in the amount of $893.10 which consists of fees in the amount of $822.50 and expense reimbursement in the amount of $70.60 for work performed on behalf of the Trustee during the Application Period, and (ii) authorize the Trustee to pay KNA the Requested Compensation.

17. Attached as Exhibit A to this Application is a schedule of the name and position of each individual who has performed work for the Trustee for which reimbursement is sought during the Application Period, the number of hours billed by each professional and his/her hourly billing rate.

18. Attached as Exhibit B hereto is a summary of the chronological records of time expended by KNA personnel on various tasks during the Application Period.

19. Attached as Exhibit C to this Application is a detailed summary of out-of-pocket expenses incurred by KNA during the Application Period.

## PROFESSIONAL SERVICES RENDERED

20. During the Application Period, and as more specifically delineated on Exhibit B hereto, KNA performed the following necessary services on behalf of the Trustee:

   A. General Case Admin. – KNA incurred $822.50 in fees for necessary services in assisting the Trustee in the preparation of KNA's third interim fee application, including organizing KNA's bills for the applicable time periods covered by that application and answering questions of the Trustee and his

general counsel regarding such bills.

## APPROPRIATENESS OF FEES

21. The total amount of compensation sought by KNA for professional services in this Application is $893.10 which consists of fees in the amount of $822.50 expense reimbursement in the amount of $70.60 incurred during the Application Period.

22. The professional services provided by KNA to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Estate. Compensation for the services provided by KNA is commensurate with the importance and nature of the problems, issues and tasks involved. KNA undertook all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

23. KNA's fees are recorded in a computerized time record system, from which the bills attached to this Application were generated. KNA has reviewed the bills to ensure their accuracy.

24. KNA's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among collection agents and liquidation consultants for the work performed.

25. KNA's requested fees and costs are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Estate.

## KNA's EXPENSE POLICIES

26. KNA charges clients for actual out-of-pockets expenses it incurs on their behalf such as travel, postage, outside copying costs, outside vendor costs, and court fees.

27. The expenses sought by KNA in this Application relate to photocopying charges ($1.10) and maintenance of a post office box for the estate near KNA's offices for the benefit of mail routed from the Debtor to the Trustee ($69.50). These expenses were necessary and benefited the Estate. The total amount of out-of-pocket expenses for which KNA seeks reimbursement is $70.60.

## NOTICE

28. Pursuant to Bankruptcy Rule 2002(a) and the Order of this Court Limiting Notice that was granted in open court on March 21, 2011 [Dkt. 75], notice of this Application has been given to: (a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the Northern District of Illinois; (d) all secured creditors; (e) all parties set up to receive notice through the Court's ECF filing system; and (f) all parties who have formally requested notice of pleadings herein. In light of the nature of the relief requested, the Trustee submits that no further notice is required.

WHEREFORE, KNA requests entry of an order (i) allowing it an administrative claim in the amount of $893.10 consisting of fees in the amount of $822.50 and expense in the amount of $70.60 incurred during the Application Period, (ii) authorizing the Trustee to pay such Requested Compensation at this time, and (iii) for such other and further relief as is proper and just.

Dated: November 20, 2015          Respectfully submitted,

                                           **KEN NOVAK & ASSOCIATES, INC.,**

                                           By:   /s/ N. Neville Reid
                                                  Fox, Swibel, Levin & Carroll, LLP,
                                                  General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**

6

200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

*General Bankruptcy Counsel to*
*N. Neville Reid, the Chapter 7 Trustee*

7