## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 10-34781 |
| 3RC MECHANICAL & CONTRACTING ) | |
| SERVICES, LLC, ) | Hon. Jack B. Schmetterer |
| ) | |
| Debtor. ) | Hearing Date: December 29, 2015 |
| ) | Hearing Time: 10:30 AM |

### NOTICE OF FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE PERIOD OF FEBRUARY 16, 2015 THROUGH SEPTEMBER 18, 2015 AND (II) AUTHORIZING PAYMENT OF UNPAID FEES AND EXPENSES

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Tuesday, December 29, 2015** at **10:30 AM**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer, or any judge sitting in his stead, in Courtroom 682 in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Final Application of Popowcer Katten, Ltd. for an Order (I) Allowing an Administrative Claim for Compensation for the Period of February 16, 2015 Through September 18, 2015 and (II) Authorizing Payment of Unpaid Fees and Expenses** at which time and place you may appear as you see fit.

Dated: November 20, 2015           **POPOWCER KATTEN, LTD.**

                                   By:  _/s/ N. Neville Reid_
                                        Fox, Swibel, Levin & Carroll, LLP,
                                        General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on November 20, 2015, I caused a copy of the **Final Application of Popowcer Katten, Ltd. for an Order (I) Allowing an Administrative Claim for Compensation for the Period of February 16, 2015 Through September 18, 2015 and (II) Authorizing Payment of Unpaid Fees and Expenses** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail, as indicated.

                                                       */s/ N. Neville Reid*
                                                       N. Neville Reid

## SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

Jessica L Adelman on behalf of Defendant Industry Improvement Fund Local 597, Defendant Pipe Fitter Association Local 597 U.A., Defendant Pipe Fitters Retirement Fund, Local 597, Defendant Pipe Fitters Training Fund, Local 597, Defendant Pipe Fitters' Welfare Fund, Local 597, Defendant Pipe Fitting Council of Greater Chicago
adelman@johnsonkrol.com

Ashley W Brandt on behalf of Defendant Climatemp Inc
abrandt@freeborn.com, jtovarrisley@freeborn.com, bkdocketing@freeborn.com

Megan M Burke on behalf of Plaintiff N. Neville Reid
mburke@rmp-llc.com

William P Callinan on behalf of Chicago Area Mechanical Contracting Industry Improvement Trust, Industry Improvement Fund Local 597, Pipe Fitter Association Local 597 U.A., Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters' Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, The Pipe Fitters Association, Local 597 U.A.,
william@johnsonkrol.com

William J Cotter on behalf of Plaintiff N. Neville Reid
bcotter@rmp-llc.com

Frank T Davenport on behalf of Defendant Barr Mechanical Sales, Inc.
frank@morrison-saltz.com

Daniel P. Dawson on behalf of Plaintiff N. Neville Reid, as Chapter 7 Trustee for 3RC Mechanical & Contracting Services, LLC
ddawson@nisen.com, adrag@nisen.com

Edward F. Filer on behalf of Defendant Climatemp Inc
efiler@freeborn.com, pscott@freeborn.com

James G Froberg on behalf of Creditor Harris Bank fka Amcore Bank
jgfroberg@lowis-gellen.com, jgfroberg@aol.com

Kent A Gaertner on behalf of Debtor 3RC Mechanical & Contracting Services, LLC.
kgaertner@springerbrown.com, kgaertner@springerbrown.com, jkrafcisin@springerbrown.com

Scott Gillman on behalf of Interested Party Auto-Owners Insurance Company
sgillman@condoncook.com

Document Page 4 of 11

Mark B Grzymala on behalf of Creditor Marco Supply Company Inc. d/b/a Johnson Pipe and Supply Corp.
mgrzymala@rolaw.net, grzymala@gmail.com

Jeffrey A Krol on behalf of Chicago Area Mechanical Contracting Industry Improvement Trust, Industry Improvement Fund Local 597, Pipe Fitter Association, Local 597 U.A., Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters' Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, The Pipe Fitters Association, Local 597 U.A.
jeffkrol@johnsonkrol.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Joseph E Mallon on behalf of Creditor Chicago Area Mechanical Contracting Industry Improvement Trust, Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, Joseph E Mallon on behalf of Creditor The Pipe Fitters Association, Local 597 U.A.
mallon@johnsonkrol.com, gonzalez@johnsonkrol.com, foderaro@johnsonkrol.com, jessica@johnsonkrol.com

Rebecca K McMahon on behalf of Creditor Central States, Southeast and Southwest Areas Health and Welfare Fund
rmcmahon@centralstatesfunds.org

Timothy C Reuter on behalf of Creditor Central States, Southeast and Southwest Areas Health and Welfare Fund
treuter@centralstatesfunds.org

Cornelius F Riordan on behalf of Plaintiff N. Neville Reid
criordan@rmp-llc.com, egrubb@rmp-llc.com

Lauren P Shannon on behalf of Plaintiff N. Neville Reid
lshannon@rmp-llc.com

Adam C Toosley on behalf of Defendant Climatemp Inc
atoosley@freeborn.com, jschmidt@freeborn.com

Kerry S Trunkett on behalf of Creditor H-F Credit Union
kerry@trunkettlawpc.com, mkeenan@trunkettlawpc.com, lpino@trunkettlawpc.com, Sheffron@trunkettlawpc.com

**Parties to receive notice via postage prepaid first-class U.S. Mail:**

H-O-H Chemicals, Inc.
P.O. Box 487
Palatine, IL 60078

Central States, Se. & Sw. Areas Health & Welfare F
Attn.: Peter Priede
9377 West Higgins Road
Rosemont, IL 60018

General Machining Solutions
P.O BOX 1175
Calumet City, IL 60409

3RC Mechanical Contracting Service
P.O.Box 1477
Birmingham, AL 35201

Chicago Regional Council of Carpenters Funds
c/o Bruce C. Scalambrino
Scalambrino & Arnoff, LLP
One North LaSalle Street, Suite 1600
Chicago, IL 60602

Gordon Bros. Steel Warehouse
1340 W 43rd St
Chicago, IL 60609-3308

Accountemps Div of
Robert Half International
P.O. Box 5024
San Ramon, CA 94583

Colonial Pacific Leasing Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603
Attn: Bankruptcy Unit - 10th Floor

Allied Valve Inc
231344 Momentum Place
Chicago, IL 60689

Columbus Pipe & Supply Co
1803 Moen Ave
Rockdale, IL 60436

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Complete Energy Management
Robert S Krockey
3180 Theodore street suite 102
Joliet, IL 60435

Illinois Mechanical Sales, Inc.
2627 North Western Avenue
Chicago, IL 60647-2034

Anne Sluder
3512 Lake Shore Dr.
Joliet, IL 60431

Department of Treasury
Internal Revenue Service
P.O. BOX 7346
Philadelphia, A 19101

Imbert International Inc
7030 N Austin Ave
Niles, IL 60714

Applied Industrial Tech Inc
One Applied Plaza
East 36th Street & Euclid Ave
Cleveland, OH 44115

Efficient Insulation Systems, Inc.
10215 Franklin Avenue
Franklin Park, IL 60131

Indiana Department of Workforce Development
10 N Senate Ave
Indianapolis, IN 46204

Auto-Owners Insurance
P.O.B. 30660
Lansing, MI 48909

Fastenal
Company P.O. Box 978
Winona, MN 55987-0978

Industry Advancement Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Bornquist Inc
7050 N Lehigh
Chicago, IL 60646

Fluid Air Products
7535 Plaza Court
Willowbrook, IL 60527

Iron Workers Mid America Funds
Attn: Joseph J. Burke
2350 East 170th St.
Lansing, IL 60438

Calumet Lift Truck Service Co
35 E 168th Street
South Holland, IL 60473

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

J & L Fasteners
6944 Parrish Ave
Hammond, IN 46323

Key Equipment Finance Inc.
1000 S. McCaslin Blvd.
Superior, CO 80027

Nobel Air, LLC
6652 W. 88th St.
Oak Lawn, IL 60453

Selective Insurance
40 Wantage Ave
Branchville, New Jersey 07890

Kirk & Blum
8735 W Market Street
Greensboro, NC 27409

Pipe Fitters' Association, Local 597 U.A.
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

South Side Control Supply Co.
American Financial Management Inc
3715 Ventura Drive
Arlington Heights, IL 60004

Kirk & Blum
PO Box 630202
Cincinnati, OH 45263-0202

Pipe Fitters' Individual Account and 401(k) Plan
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Steiner
1250 Touhy Ave.
Elk Grove Village, IL 60007

Lift Works, Inc.
1130 Carolina, Unit F
West Chicago, IL 60185

Pipe Fitters Retirement Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Target Truck Rentals
L.O. Genetos
8585 Broadway # 480
Merrillville, IN 46410

Ludeca Inc
1425 N,W. 88th Ave
Doral, FL 33172-3017

Pipe Fitters Welfare Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Teamsters Union Local No.142
Teresa A. Massa, Terrell &Thrall
1158 W Lincolnway, Suite 1
Valparaiso, IN 46385

Marco Supply Company, Inc
Rohlfiing & Oberholtzer
211 W Wacker Dr suite 1200
Chicago, IL 60606

Pipe Fitting Council of Greater Chicago
c/o Johnson & Krol, LLC
300 S. Wacker Dr., Suite 1313
Chicago, IL 60606

Teamsters Union Local No.142
Teresa A. Massa, Terrell &Thrall
1158 W Lincolnway, Suite 1
Valparaiso, IN 46385

McCann Industries Inc
38951 Eagle Way
Chicago, IL 60678-1389

Praxair Distribution, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094

The Daily Journal
c/o Creditors Collection
Bureaus, Inc
PO Box 63
Kankakee, IL 60901

Mercon Supply
2865 Festival Drive
Kankakee, IL 60901

MSC Industrial Supply Company
75 Maxess Road
Melville, NY 11747

Wright Express
Financial Services
P.O. BOX 639
Portland, ME 04103

Minster Mechanical Sales
2120 S Halsted St
Chicago Heights, IL 60411

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| 3RC MECHANICAL & CONTRACING SERVICES, LLC. | ) ) | CASE NO. 10-34781 |
| | ) | |
| DEBTOR | ) ) | HON. JACK B. SCHMETTERER |

COVER SHEET FOR FINAL APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:   POPOWCER KATTEN, LTD.

Authorized to Provide
Professional Services to:   N. NEVILLE REID, TRUSTEE

Date of Order authorizing Employment: OCTOBER 12, 2010

Period for Which
Compensation is Sought: From February 16, 2015 through September 18, 2015

Amount of Fees Sought:   $ 2,287.00

Amount of Expense Reimbursement Sought: 0.00

This is an: Interim Application_____   Final Application  X

Previous applications / allowances of this applicant:

Fees Sought:   $9,610.50        Fees Allowed:   $9,610.50
Costs Sought:       43.56        Costs Allowed:       43.56

                                            Applicant:

Date: September 18, 2015            By: /s/ Lois West

                                            Lois West, CPA
                                            Certifying Professional

                                            POPOWCER KATTEN, LTD.
                                            35 E. Wacker Drive, Suite 1550
                                            Chicago, IL 60601-2124

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-34781 |
| 3RC MECHANICAL & CONTRACTING | ) | |
| SERVICES, LLC. | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| DEBTOR | ) | |

TO: THE HONORABLE JACK B. SCHMETTERER
     BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. On August 3, 2010 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§101 and N. Neville Reid was appointed Trustee.

2. The Section 341(a) meeting of creditors was held on October 13, 2010.

3. This Court on October 12, 2010 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee retroactive to October 5, 2010.

4. On December 9, 2014, this Court entered its Order granting the First Application (the "Compensation Order"). As set forth in the First Application, PK requested payment of $9,610.50 in fees and reimbursement of expenses in the amount of $43.56. A copy of that interim order is attached hereto as Exhibit B.

5. Pursuant to the Compensation Order, PK received payment of compensation from the trustee in the amount of $9,610.50 and reimbursement of actual expenses of $43.56.

6. Applicant requests $2,287.00 in compensation for 9.2 hours of services performed and reimbursement of actual expenses in the amount of $0.00 for the period February 16, 2015 through September 18, 2015.

7. The following accounting services were performed by applicant during the period February 16, 2015 through September 18, 2015:

   **Tax Return Preparation** - Includes time spent in preparation and review of federal and state corporate income tax returns for year ended 12/31/14 and final period ended 8/31/15. Total time spent 8.2 hours - total fees incurred - $2,037.00

   **Administration** - Preparation of final fee application. Total time spent 1.0 hours - total fees incurred $250.00

   Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

8. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

9. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, In connection with this Final Application, PK is also seeking final allowance of the compensation previously received ($9,610.50) and reimbursement of actual and necessary costs received ($43.56), as well as requesting that it be awarded reasonable compensation of $2,287.00 for the final accounting services rendered in this case and reimbursement of final expenses of $0.00 incurred.

DATE:  September 18, 2015              RESPECTFULLY SUBMITTED,

                                        */s/ Lois West*

                                       Lois West
                                       Certifying Professional
                                       35 E. Wacker Drive
                                       Chicago, IL  60601-2124