## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| 3rc Mechanical & Contracting Service | § | Case No. 1:10-34781-JBS |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on December 29, 2015 in Courtroom 682 at the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, IL  60604

Date Mailed: 11/20/2015 _____        By: /s/ N. Neville Reid _____
                                              Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Carroll, LLP*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
3rc Mechanical & Contracting Service § Case No. 1:10-34781-JBS
§
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 631,786.27 |
| and approved disbursements of | $ 561,109.64 |
| leaving a balance on hand of[1] | $ 70,676.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | HARRIS BANK F/K/A AMCORE BANK | $ 0.00 | $ 187,248.38 | $ 180,805.38 | $ 6,443.00 |
| 11 | LOCAL 5 PIPE FITTERS' ASSOCIATION | $ 2,470.22 | $ 2,470.22 | $ 0.00 | $ 0.00 |
| 12 | PIPE FITTERS' INDIVIDUAL ACCOUNT A | $ 31,870.97 | $ 31,870.97 | $ 0.00 | $ 0.00 |
| 13 | PIPE FITTING COUNCIL OF GREATER CHI | $ 712.38 | $ 712.38 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14 | LOCAL 59 INDUSTRY ADVANCEMENT FUND | $ 4,645.03 | $ 4,645.03 | $ 0.00 | $ 0.00 |
| 55A | DEPARTMENT OF TREASURY | $ 462,309.44 | $ 462,309.44 | $ 0.00 | $ 0.00 |
| 8 | LOCAL PIPE FITTERS RETIREMENT FUND | $ 144,933.87 | $ 144,933.87 | $ 0.00 | $ 0.00 |
| 9 | LOCAL 59 PIPE FITTERS WELFARE FUND | $ 135,209.46 | $ 135,209.46 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                    $ 6,443.00

Remaining Balance                    $ 64,233.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 34,839.31 | $ 10,632.07 | $ 24,207.24 |
| Trustee Expenses: N. NEVILLE REID | $ 42.84 | $ 42.84 | $ 0.00 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ 149,105.00 | $ 132,886.00 | $ 16,219.00 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ 5,662.74 | $ 5,077.56 | $ 585.18 |
| Accountant for Trustee Fees: Lois West | $ 11,897.50 | $ 9,610.50 | $ 2,287.00 |
| Accountant for Trustee Expenses: Lois West | $ 43.56 | $ 43.56 | $ 0.00 |
| Other: ACCESS | $ 2,282.95 | $ 2,282.95 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 214.07 | $ 214.07 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: JEFFREY C. BLUMENTHAL CHARTERED | $ 651.50 | $ 651.50 | $ 0.00 |
| Other: JEFFREY C. BLUMENTHAL CHARTERED | $ 38,993.00 | $ 38,993.00 | $ 0.00 |
| Other: KEN NOVAK & ASSOCIATES, INC. | $ 88,542.71 | $ 87,720.21 | $ 822.50 |
| Other: KEN NOVAK & ASSOCIATES, INC. | $ 2,522.72 | $ 2,452.12 | $ 70.60 |
| Other: NISEN & ELLIOTT | $ 9,900.00 | $ 9,900.00 | $ 0.00 |
| Other: NISEN & ELLIOTT | $ 879.00 | $ 879.00 | $ 0.00 |
| Other: NISEN & ELLIOTT, LLC | $ 4,950.00 | $ 4,950.00 | $ 0.00 |
| Other: RIORDAN MCKEE & PIPER, LLC | $ 53,625.00 | $ 53,625.00 | $ 0.00 |
| Other: RIORDAN MCKEE & PIPER, LLC | $ 10,439.59 | $ 10,439.59 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 44,191.52

Remaining Balance $ 20,042.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 430,927.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 34 | SE. & SW. AREAS HEA CENTRAL STATES | $ 10,112.92 | $ 0.00 | $ 1,468.20 |
| 38 | IRON WORKERS MID AMERICA FUNDS | $ 1,852.34 | $ 0.00 | $ 268.92 |
| 46A | CHICAGO REGIONAL COUNCIL OF CARPENT | $ 116,207.09 | $ 0.00 | $ 16,871.03 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 51 | TEAMSTERS UNION LOCAL NO. 142 | $ 9,877.03 | $ 0.00 | $ 1,433.96 |
| 4A | PRAXAIR DISTRIBUTION, INC | $ 9,300.00 | $ 0.00 | $ 0.00 |
| 7A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 68,080.79 | $ 0.00 | $ 0.00 |
| 15A | ILLINOIS DEPARTMENT OF REVENUE | $ 37,812.93 | $ 0.00 | $ 0.00 |
| 55B | DEPARTMENT OF TREASURY | $ 177,683.94 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors          $          20,042.11

Remaining Balance          $          0.00


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,047,399.73  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SOUTH SIDE CONTROL SUPPLY CO. | $ 9,599.43 | $ 0.00 | $ 0.00 |
| 2 | MSC INDUSTRIAL SUPPLY COMPANY | $ 240.85 | $ 0.00 | $ 0.00 |
| 3 | IMBERT INTERNATIONAL INC | $ 5,456.85 | $ 0.00 | $ 0.00 |
| 4B | PRAXAIR DISTRIBUTION, INC | $ 14,814.55 | $ 0.00 | $ 0.00 |
| 5 | ACCOUNTEMPS DIV OF | $ 3,090.15 | $ 0.00 | $ 0.00 |
| 6 | SELECTIVE INSURANCE | $ 27,597.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 780.00 | $ 0.00 | $ 0.00 |
| 10 | MERCON SUPPLY | $ 3,684.83 | $ 0.00 | $ 0.00 |
| 15B | ILLINOIS DEPARTMENT OF REVENUE | $ 5,015.36 | $ 0.00 | $ 0.00 |
| 16 | KIRK & BLUM | $ 2,365.38 | $ 0.00 | $ 0.00 |
| 17 | STEINER | $ 517.88 | $ 0.00 | $ 0.00 |
| 18 | GORDON BROS. STEEL WAREHOUSE | $ 62,356.24 | $ 0.00 | $ 0.00 |
| 19 | GENERAL ELECTRIC CAPITAL CORP | $ 2,447.28 | $ 0.00 | $ 0.00 |
| 20 | COLONIAL PACIFIC LEASING CORP | $ 14,491.58 | $ 0.00 | $ 0.00 |
| 21 | ALLIED VALVE INC | $ 3,130.09 | $ 0.00 | $ 0.00 |
| 22 | THE DAILY JOURNAL | $ 1,686.43 | $ 0.00 | $ 0.00 |
| 23 | COLUMBUS PIPE & SUPPLY CO | $ 582.67 | $ 0.00 | $ 0.00 |
| 24 | H-O-H CHEMICALS, INC. | $ 3,957.55 | $ 0.00 | $ 0.00 |
| 25 | BORNQUIST INC | $ 21,090.94 | $ 0.00 | $ 0.00 |
| 26 | CALUMET LIFT TRUCK SERVICE CO | $ 45,999.30 | $ 0.00 | $ 0.00 |
| 27 | NOBEL AIR, LLC | $ 10,665.00 | $ 0.00 | $ 0.00 |
| 28 | MINSTER MECHANICAL SALES | $ 963.72 | $ 0.00 | $ 0.00 |
| 29 | KIRK & BLUM | $ 2,365.38 | $ 0.00 | $ 0.00 |
| 30 | GENERAL MACHINING SOLUTIONS | $ 5,462.62 | $ 0.00 | $ 0.00 |
| 31 | J & L FASTENERS | $ 955.79 | $ 0.00 | $ 0.00 |
| 32 | MCCANN INDUSTRIES INC | $ 440.62 | $ 0.00 | $ 0.00 |
| 33 | LIFT WORKS, INC. | $ 570.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 35 | ILLINOIS MECHANICAL SALES, INC. | $ 1,869.07 | $ 0.00 | $ 0.00 |
| 36 | LUDECA INC | $ 14,386.06 | $ 0.00 | $ 0.00 |
| 37 | ANNE SLUDER | $ 455,959.86 | $ 0.00 | $ 0.00 |
| 39 | COMPLETE ENERGY MANAGEMENT | $ 40,535.00 | $ 0.00 | $ 0.00 |
| 40 | INDIANA DEPARTMENT OF WORKFORCE | $ 639.71 | $ 0.00 | $ 0.00 |
| 41 | AUTO-OWNERS INSURANCE | $ 9,651.94 | $ 0.00 | $ 0.00 |
| 43 | 3RC MECHANICAL CONTRACTING SERVICE | $ 10,193.81 | $ 0.00 | $ 0.00 |
| 44 | FASTENAL | $ 2,706.90 | $ 0.00 | $ 0.00 |
| 45 | TARGET TRUCK RENTALS | $ 8,051.00 | $ 0.00 | $ 0.00 |
| 46B | CHICAGO REGIONAL COUNCIL OF CARPENT | $ 66,057.53 | $ 0.00 | $ 0.00 |
| 47 | WRIGHT EXPRESS | $ 16,581.35 | $ 0.00 | $ 0.00 |
| 48 | KEY EQUIPMENT FINANCE INC. | $ 2,162.31 | $ 0.00 | $ 0.00 |
| 49 | MARCO SUPPLY COMPANY, INC | $ 114,981.32 | $ 0.00 | $ 0.00 |
| 50 | APPLIED INDUSTRIAL TECH INC | $ 6,467.76 | $ 0.00 | $ 0.00 |
| 52 | TEAMSTERS UNION LOCAL NO. 142 | $ 1,501.50 | $ 0.00 | $ 0.00 |
| 53 | FLUID AIR PRODUCTS | $ 12,695.88 | $ 0.00 | $ 0.00 |
| 54 | FSB AMERICAN EXPRESS BANK | $ 5,845.24 | $ 0.00 | $ 0.00 |
| 42 | EFFICIENT INSULATION SYSTEMS, INC. | $ 26,786.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance                                               $_____ 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/ N. Neville Reid _____
                                    Chapter 7 Trustee


_N. Neville Reid, Trustee_
_Fox, Swibel, Levin & Carroll, LLP_
_200 West Madison Street_
_Suite 3000_
_Chicago, IL 60606_


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.