# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| 3rc Mechanical & Contracting Service | § | Case No. 1:10-34781-JBS |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on December 29, 2015 in Courtroom 682 at the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, IL  60604

Date Mailed: 11/20/2015          By: /s/ N. Neville Reid
                                      Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Carroll, LLP*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| 3rc Mechanical & Contracting Service | § | Case No. 1:10-34781-JBS |
| | § | |
| Debtor | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 631,786.27 |
| and approved disbursements of | $ | 561,109.64 |
| leaving a balance on hand of[1] | $ | 70,676.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | HARRIS BANK F/K/A AMCORE BANK | $ 0.00 | $ 187,248.38 | $ 180,805.38 | $ 6,443.00 |
| 11 | LOCAL 5 PIPE FITTERS' ASSOCIATION | $ 2,470.22 | $ 2,470.22 | $ 0.00 | $ 0.00 |
| 12 | PIPE FITTERS' INDIVIDUAL ACCOUNT A | $ 31,870.97 | $ 31,870.97 | $ 0.00 | $ 0.00 |
| 13 | PIPE FITTING COUNCIL OF GREATER CHI | $ 712.38 | $ 712.38 | $ 0.00 | $ 0.00 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)** *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14 | LOCAL 59 INDUSTRY ADVANCEMENT FUND | $ 4,645.03 | $ 4,645.03 | $ 0.00 | $ 0.00 |
| 55A | DEPARTMENT OF TREASURY | $ 462,309.44 | $ 462,309.44 | $ 0.00 | $ 0.00 |
| 8 | LOCAL PIPE FITTERS RETIREMENT FUND | $ 144,933.87 | $ 144,933.87 | $ 0.00 | $ 0.00 |
| 9 | LOCAL 59 PIPE FITTERS WELFARE FUND | $ 135,209.46 | $ 135,209.46 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors     $            6,443.00

Remaining Balance     $            64,233.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 34,839.31 | $ 10,632.07 | $ 24,207.24 |
| Trustee Expenses: N. NEVILLE REID | $ 42.84 | $ 42.84 | $ 0.00 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ 149,105.00 | $ 132,886.00 | $ 16,219.00 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ 5,662.74 | $ 5,077.56 | $ 585.18 |
| Accountant for Trustee Fees: Lois West | $ 11,897.50 | $ 9,610.50 | $ 2,287.00 |
| Accountant for Trustee Expenses: Lois West | $ 43.56 | $ 43.56 | $ 0.00 |
| Other: ACCESS | $ 2,282.95 | $ 2,282.95 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 214.07 | $ 214.07 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: JEFFREY C. BLUMENTHAL CHARTERED | $ 651.50 | $ 651.50 | $ 0.00 |
| Other: JEFFREY C. BLUMENTHAL CHARTERED | $ 38,993.00 | $ 38,993.00 | $ 0.00 |
| Other: KEN NOVAK & ASSOCIATES, INC. | $ 88,542.71 | $ 87,720.21 | $ 822.50 |
| Other: KEN NOVAK & ASSOCIATES, INC. | $ 2,522.72 | $ 2,452.12 | $ 70.60 |
| Other: NISEN & ELLIOTT | $ 9,900.00 | $ 9,900.00 | $ 0.00 |
| Other: NISEN & ELLIOTT | $ 879.00 | $ 879.00 | $ 0.00 |
| Other: NISEN & ELLIOTT, LLC | $ 4,950.00 | $ 4,950.00 | $ 0.00 |
| Other: RIORDAN MCKEE & PIPER, LLC | $ 53,625.00 | $ 53,625.00 | $ 0.00 |
| Other: RIORDAN MCKEE & PIPER, LLC | $ 10,439.59 | $ 10,439.59 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    44,191.52

Remaining Balance    $    20,042.11


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 430,927.04  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 34 | SE. & SW. AREAS HEA CENTRAL STATES | $ 10,112.92 | $ 0.00 | $ 1,468.20 |
| 38 | IRON WORKERS MID AMERICA FUNDS | $ 1,852.34 | $ 0.00 | $ 268.92 |
| 46A | CHICAGO REGIONAL COUNCIL OF CARPENT | $ 116,207.09 | $ 0.00 | $ 16,871.03 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 51 | TEAMSTERS UNION LOCAL NO. 142 | $ 9,877.03 | $ 0.00 | $ 1,433.96 |
| 4A | PRAXAIR DISTRIBUTION, INC | $ 9,300.00 | $ 0.00 | $ 0.00 |
| 7A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 68,080.79 | $ 0.00 | $ 0.00 |
| 15A | ILLINOIS DEPARTMENT OF REVENUE | $ 37,812.93 | $ 0.00 | $ 0.00 |
| 55B | DEPARTMENT OF TREASURY | $ 177,683.94 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors          $          20,042.11

Remaining Balance          $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,047,399.73  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SOUTH SIDE CONTROL SUPPLY CO. | $ 9,599.43 | $ 0.00 | $ 0.00 |
| 2 | MSC INDUSTRIAL SUPPLY COMPANY | $ 240.85 | $ 0.00 | $ 0.00 |
| 3 | IMBERT INTERNATIONAL INC | $ 5,456.85 | $ 0.00 | $ 0.00 |
| 4B | PRAXAIR DISTRIBUTION, INC | $ 14,814.55 | $ 0.00 | $ 0.00 |
| 5 | ACCOUNTEMPS DIV OF | $ 3,090.15 | $ 0.00 | $ 0.00 |
| 6 | SELECTIVE INSURANCE | $ 27,597.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 780.00 | $ 0.00 | $ 0.00 |
| 10 | MERCON SUPPLY | $ 3,684.83 | $ 0.00 | $ 0.00 |
| 15B | ILLINOIS DEPARTMENT OF REVENUE | $ 5,015.36 | $ 0.00 | $ 0.00 |
| 16 | KIRK & BLUM | $ 2,365.38 | $ 0.00 | $ 0.00 |
| 17 | STEINER | $ 517.88 | $ 0.00 | $ 0.00 |
| 18 | GORDON BROS. STEEL WAREHOUSE | $ 62,356.24 | $ 0.00 | $ 0.00 |
| 19 | GENERAL ELECTRIC CAPITAL CORP | $ 2,447.28 | $ 0.00 | $ 0.00 |
| 20 | COLONIAL PACIFIC LEASING CORP | $ 14,491.58 | $ 0.00 | $ 0.00 |
| 21 | ALLIED VALVE INC | $ 3,130.09 | $ 0.00 | $ 0.00 |
| 22 | THE DAILY JOURNAL | $ 1,686.43 | $ 0.00 | $ 0.00 |
| 23 | COLUMBUS PIPE & SUPPLY CO | $ 582.67 | $ 0.00 | $ 0.00 |
| 24 | H-O-H CHEMICALS, INC. | $ 3,957.55 | $ 0.00 | $ 0.00 |
| 25 | BORNQUIST INC | $ 21,090.94 | $ 0.00 | $ 0.00 |
| 26 | CALUMET LIFT TRUCK SERVICE CO | $ 45,999.30 | $ 0.00 | $ 0.00 |
| 27 | NOBEL AIR, LLC | $ 10,665.00 | $ 0.00 | $ 0.00 |
| 28 | MINSTER MECHANICAL SALES | $ 963.72 | $ 0.00 | $ 0.00 |
| 29 | KIRK & BLUM | $ 2,365.38 | $ 0.00 | $ 0.00 |
| 30 | GENERAL MACHINING SOLUTIONS | $ 5,462.62 | $ 0.00 | $ 0.00 |
| 31 | J & L FASTENERS | $ 955.79 | $ 0.00 | $ 0.00 |
| 32 | MCCANN INDUSTRIES INC | $ 440.62 | $ 0.00 | $ 0.00 |
| 33 | LIFT WORKS, INC. | $ 570.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 35 | ILLINOIS MECHANICAL SALES, INC. | $ 1,869.07 | $ 0.00 | $ 0.00 |
| 36 | LUDECA INC | $ 14,386.06 | $ 0.00 | $ 0.00 |
| 37 | ANNE SLUDER | $ 455,959.86 | $ 0.00 | $ 0.00 |
| 39 | COMPLETE ENERGY MANAGEMENT | $ 40,535.00 | $ 0.00 | $ 0.00 |
| 40 | INDIANA DEPARTMENT OF WORKFORCE | $ 639.71 | $ 0.00 | $ 0.00 |
| 41 | AUTO-OWNERS INSURANCE | $ 9,651.94 | $ 0.00 | $ 0.00 |
| 43 | 3RC MECHANICAL CONTRACTING SERVICE | $ 10,193.81 | $ 0.00 | $ 0.00 |
| 44 | FASTENAL | $ 2,706.90 | $ 0.00 | $ 0.00 |
| 45 | TARGET TRUCK RENTALS | $ 8,051.00 | $ 0.00 | $ 0.00 |
| 46B | CHICAGO REGIONAL COUNCIL OF CARPENT | $ 66,057.53 | $ 0.00 | $ 0.00 |
| 47 | WRIGHT EXPRESS | $ 16,581.35 | $ 0.00 | $ 0.00 |
| 48 | KEY EQUIPMENT FINANCE INC. | $ 2,162.31 | $ 0.00 | $ 0.00 |
| 49 | MARCO SUPPLY COMPANY, INC | $ 114,981.32 | $ 0.00 | $ 0.00 |
| 50 | APPLIED INDUSTRIAL TECH INC | $ 6,467.76 | $ 0.00 | $ 0.00 |
| 52 | TEAMSTERS UNION LOCAL NO. 142 | $ 1,501.50 | $ 0.00 | $ 0.00 |
| 53 | FLUID AIR PRODUCTS | $ 12,695.88 | $ 0.00 | $ 0.00 |
| 54 | FSB AMERICAN EXPRESS BANK | $ 5,845.24 | $ 0.00 | $ 0.00 |
| 42 | EFFICIENT INSULATION SYSTEMS, INC. | $ 26,786.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ N. Neville Reid
Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Carroll, LLP*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-34781-JBS
3RC Mechanical & Contracting Services, L                                  Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 7          Date Rcvd: Nov 23, 2015
                             Form ID: pdf006          Total Noticed: 212

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2015.
```
db              +3RC Mechanical & Contracting Services, LLC.,   c/o Frank Cassano,   21128 Eugene Siegal Ct.,
                 Joliet, IL 60403-0788
19964885        +3RC Mechanical & Construction Service,   Timothy C. Reuter,   9377 West Higgins Road,
                 Rosemont, IL 60018-4973
16661866        +3RC Mechanical Contracting Service,   Pob 1477,   Birmingham,AL 35201-1477
15948961        +A.C.Coring,   11701 S Lavergne Ave,   Alsip, IL 60803-5617
15948962        +Aaron Engineering,   5420 W Roosevelt Rd,   60644-1439
15948963        +Able Disposal,   P.O. Box 9001099,   Louisville, KY 40290-1099
15948964        +Accountemps,   12400 Collections Center Dr.,   Chicago, IL 60693-0124
16077152        +Accountemps Div of,   Robert Half International,   Pob 5024,   San Ramon, CA 94583-5024
15948965        +Action Insulation Inc.,   P.O. Box 163,   Palos Park, IL 60464-0163
15948966       #+Addison Pipe & Tube Co,   355 N Lavergne Ave,   Chicago, IL 60644-2538
15948967        +Air Fitter Engineers Inc.,   847 S. Randall Rd. #403,   Elgin, IL 60123-3002
15948968        +Air Products Equipment Company,   1555 Louis Avenue,   Elk Grove, IL 60007-2313
15948969        +AirGas North Central,   P.O. Box 802588,   Chicago, IL 60680-2588
15948970        +All Erection & Central Rental Corp.,   4700 Acorn Drive,   Independence, OH 44131-6940
15948971        +All Points Foodservice,   607 W. Dempster Street,   Mount Prospect, IL 60056-4585
15948972        +Alliance Accounting & Tax,   9480 Enterprise Dr,   Mokena, IL 60448-8690
15948973        +Allied Valve Inc,   231344 Momentum Place,   Chicago, IL 60689-0001
15948974        +Alro Steel Corporation,   24876 Network Place,   Chicago, IL 60673-1248
17063727         American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15948975        +Anne Sluder,   3512 Lake Shore Dr.,   Joliet, IL 60431-8819
16754093        +Applied Industrial Tech Inc,   One Applied Plaza,   East 36th Street & Euclid Ave,
                 Cleveland,OH 44115-2511
15948977        +Applied Industrial Tech, Inc,   4643 W 138th St.,   Crestwood, IL 60445-1930
15948978         Attorney Timothy McGovern,   Snyder McGovern LLC.,   Suite #2A,   Palos Heights, IL 60463
15948979       +++Auto-Owners Insurance,   Pob 30660,   Lansing,MI 48909-8160
15948980        +B & H Auto,   9400 W Ogden Ave.,   Brookfield, IL 60513-1820
15948985         BLM Technologies, Inc.,   PO Box 1575 #74,   Minneapolis, MN 55480-1575
15948993        +BSI Engineering,   5721 Dragon Way,   Cincinatti, OH 45227-4518
15948981        +Barr Mechanical Sales, Inc.,   13719 W Laurel Dr,   Lake Forest, IL 60045-4530
15948982        +Beaver Research Co,   3700 E Kilgore Rd,   Portage, MI 49002-1936
15948984        +Biehl & Biehl,   325 East Fullerton Ave,   Carol Stream, IL 60188-1865
15948986         Blue Cross & Blue Shield,   of Illinois,   PO Box 1186,   Chicago, IL 60690-1186
15948987        +Bob & John Citgo,   8204 West 47th Street,   Lyons, IL 60534-1715
16461829        +Bornquist Inc,   7050 N Lehigh,   Chicago,IL 60646-1298
15948988         Bornquist, Inc.,   P.O. Box 112,   Evanston, IL 60204-0112
15948989        +Boylston 21st Century,   9118 W 47th St,   Brookfield, IL 60513-2768
15948990         Bradish Associates Ltd.,   215 N Arlington Road,   Arlington Heights, IL 60004
15948991        +Brian Kocsis LLC,   222 S Mill St Suite #200,   Naperville, IL 60540-5289
15948992         Brucker Company,   Dept#20-1042 P.O. Box 5940,   Carol Stream, IL 60197-5940
15948994        +C.B.S. Messenger Service Inc,   P.O. Box 1817,   Palatine, IL 60078-1817
15948998        +CBeyond Communications,   13474 Collections Center Drive,   Chicago, IL 60693-0134
15949002        +CISCO, Inc.,   1702 Townhurst Dr.,   Houston, TX 77043-2811
15949145       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:  Staples,   Dept 51-7819705954,   PO Box 689020,
                 Des Moines, IA 50368-9020)
15949004         CNA Surety,   8137 Innovation Way,   Chicago, IL 60682-0081
15948995        +Calumet Lift Truck Service Co,   35 E 168th Street,   South Holland, IL 60473-2880
15948996         Carrier Corporation,   P O Box 905506,   805 Tyvola Rd, Suite 108,   Charlotte, NC 28290-5506
15948997        +Carrier-Oehler Co,   16965 Vincennes PO Box 40,   South Holland, IL 60473-0040
16519749        +Central States, Se. & Sw. Areas Health & Welfare F,   Attn.: Peter Priede,
                 9377 West Higgins Road,   Rosemont, IL 60018-4973
19955886        +Central States, Southeast and Southwest Areas Heal,   9377 W. Higgins Rd.,
                 Rosemont, IL 60018-4973
15949000        +Chi. Reg. Council Carpenters #1693,   12 E. Erie St.,   Chicago, IL 60611-2796
16706709        +Chicago Regional Council of Carpenters Funds,   c/o Bruce C. Scalambrino,
                 Scalambrino & Arnoff, LLP,   One North LaSalle Street, Suite 1600,   Chicago, IL 60602-3935
15949001         Cintas,   PO Box #5,   Bedford Park, IL 60499-0005
15949003        +Citicorp Leasing, Inc.,   450 Mamaroneck,   Harrison, NY 10528-2402
15949007        +Code Red,   6205 Indianapolis Blvd,   Hammond, IN 46320-2226
15949008         Columbia Pipe & Supply Co.,   23671 Network Place,   Chicago, IL 60673-1236
16461770        +Columbus Pipe & Supply Co,   1803 Moen Ave,   Rockdale,IL 60436-9323
15949010        +Commercial Collection Corp. of NY,   34 Seymour St.,   Tonawanda, NY 14150-2126
15949011        +Complete Energy Management,   Robert S Krockey,   3180 Theodore street suite 102,
                 Joliet, IL 60435-8535
15949012        +Constr. Workers Pension/Lake County,   Local 142,   2111 W. Lincoln Hgwy.,
                 Merrillville, IN 46410-5334
15949013        +Construction Data Services,   2348 Hampton Ave,   St. Louis, MO 63139-2909
15949014        +Construction King,   7635 W Autullo Drive,   Worth, IL 60482-1020
15949015         Contracting & Material Co.,   PO Box 74631,   Chicago, IL 60675-4631
15949016        +Crandall & Lightfoot,   1162 S Babcock Rd,   Burns Harbor, IN 46304
15949017        +Crest Metal,   2900 E. 95th St.,   Chicago, IL 60617-5001
15949018        +Custom Welding Shop,   11128 W 189th St,   Mokena, IL 60448-8963
```

```
15949023      ++DELL FINANCIAL SERVICES,   P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:  Dell Financial Services,   Payment Processing Center,   PO Box 6403,
                Carol Stream, IL 60197)
15949019      +David J Shewmake,    4722 W 147th ST 2nd Floor Suite 12,    Midlothian, IL 60445-2591
15949020      +David J Shewmake Dec/Trust,    4722 W. 147th St.,    2nd Flr. Suite #12,
                Midlothian, IL 60445-2590
15949022      +Delano Conveyor & Equipment Co,    5 S 043 Fairway Dr,    Naperville, IL 60563-1767
15949026      +Earley Insulation Inc,    P.O. Box 528028,    Chicago, IL 60652-8028
15949028      +Engine Masters Inc,   22037 Howell Dr,    New Lenox, IL 60451-3726
15949029      +Engineered Air,   C/O Commerce Bank PO Box 801618,    Kansas City, MO 64180-1618
15949030      +Euler Hermes ACI,   600 S 7th St,    Louisville, KY 40203-1968
15949034      +FM&J Asphalt Inc,   4302 W Warren,    Hillside, IL 60162-1338
15949031      Fastenal,   Company P.O. Box 978,    Winona, MN 55987-0978
15949032      +Fluid Air Products,    7535 Plaza Court,    Willowbrook, IL 60527-5612
15949035      Fort Dearborn Life Insurance Co,    36788 Eagle Way,    Chicago, IL 60678-1367
15949037      +Frank Cassano,   21128 Eugene Siegal Ct.,    Crest Hill, IL 60403-0788
15949036      +Frank Cassano,   21128 Eugene Siegel Ct,    Crest Hill, IL 60403-0788
15949039      G&O Thermal Supply Company,    5435 North Northwest Highway,    Chicago, IL 60630-1132
15949040      GCS Sercive, Inc.,    24673 Network Place,    Chicago, IL 60673-1246
15949044      Gordon Bros. Steel Warehouse,    1340 W 43rd St,    Chicago, IL 60609-3308
15949045      +Great Lakes Welding Supply, Inc,    1226 Birch Drive,    Schererville, IN 46375-1336
15949048      +H-O-H Chemicals, Inc.,    P.O. Box 487,    Palatine, IL 60078-0487
15949049      +Harris Bank (f/k/a Amcore Bank),   c/o Edw. Thompson,    1620 N. Milwaukee Av.,
                Vernon Hills, IL 60061-1574
15949051      Heritage- Crystal Clean LLC,    13621 Collections Center Dr,    Chicago, IL 60693-0136
15949052      #+Hernandez Mechanical Inc,    701 Norbeh Drive,    Hebron, IN 46341-8504
15949053      +Hessville Cable & Sling Co.,    1601 Cline Ave,    Gary, IN 46406-2296
15949057      +Illinois Dept Employment Security,    Chicago Region - Revenue,    527 S. Wells Street, Suite 100,
                Chicago, IL 60607-3962
15949058      +Illinois Mechanical Sales, Inc.,    2627 North Western Avenue,    Chicago, IL 60647-6623
15949059      +Imbert International Inc,    7030 N Austin Ave,    Niles, IL 60714-4602
15949060      +Independent Pipe And Supply Co.,    11645 Merrion Lane,    Marrionette Park, IL 60803-4249
16586154      +Indiana Department of Workforce,    Developement,    10 N Senate Ave,
                Indianapolis, IN 46204-2201
15949062      Indiana Dept Workforce Devel.,    P.O. Box 7054,    Indianapolis, IN 46207-7054
15949063      +Indiana Reg. Coun./Carpenters #1043,    c/o Law Office of Paul Berkowitz,
                123 W. Madison St. Ste. #600,    Chicago, IL 60602-4625
16174112      +Industry Advancement Fund, Local 597,    c/o Johnson & Krol, LLC,
                300 S. Wacker Dr., Suite 1313,    Chicago, IL 60606-6601
15949065      +Intek Manufacturing LLC,    11118 Coldwater Road, Suite #200,    Fort Wayne, IN 46845-1273
15949067      +Iron Workers Local 395,    Attn: Jeffery Chidester,    6570 Ameriplex Dr.,
                Portage, IN 46368-7714
15949068      +Iron Workers Mid America Funds,    Attn:  Joseph J. Burke,    2350 East 170th St.,
                Lansing, IL 60438-1000
15949069      +Iron Wrkrs. Pension Fund Local 395,    2350 E. 170th St.,    P.O. Drawer M,
                Lansing, IL 60438-1000
15949070      +J & L Fasteners,    6944 Parrish Ave,    Hammond, IN 46323-2394
15949071      +J.P. Larsen Inc,    P.O. Box 2597,    Oaklawn, IL 60455-6597
15949072      +James G. Froberg, Esq.,    Lowis and Gellen LLP.,    200 W. Adams St. Ste. #1900,
                Chicago, IL 60606-5229
15949073      +Jaws Heating & Cooling,    4722 West 147th Street,    2nd Floor - Suite,
                Midlothian, IL 60445-2590
15949074      +Jeremiah P. Murray,    4550 West 103rd Street,    Suite 201,    Oak Lawn, IL 60453-4868
15949076      Johnson Pipe & Supply Co.,    PO Box 5940,    Carol Stream, IL 60197-5940
15949075      +Johnson and Krol, LLC.,    300 S. Wacker Dr.,    Suite #1313,    Chicago, IL 60606-6601
15949077      Just Energy,   Credit Management Control,    200 S Monroe Ave, PO Box 1654,
                Green Bay, WI 54305-1654
15949078      +K-Med Corporation,    3037 Jonquil Lane,    Woodridge, IL 60517-3307
15949079      +Keller Machine & Welding, Inc.,    5705 Murvihill Rd.,    Valparaiso, IN 46383-6313
15949082      Kirk & Blum,   PO Box 630202,    Cincinatti, OH 45263-0202
16485741      +Kirk & Blum,   8735 W Market Street,    Greensboro,NC 27409-9653
15949083      +LaGrange Crane Service, Inc.,    6180 River Road,    Hodgkins, IL 60525-4278
15949084      Lee Mandel & Associates Inc,    415 W Jackson Ave,    Naperville, IL 60540-5205
15949085      Liberty Propane,    PO Box 458,    Lemont, IL 60439-0458
15949087      Ludeca Inc,    1425 N,W. 88th Ave,    Doral, FL 33172-3017
15949088      +M&B Fabricating,    815 MCCool Road,    Valparaiso, IN 46385-7929
15949089      +Marco Supply Company, Inc,    Rohlfning & Oberholtzer,    211 W Wacker Dr suite 1200,
                Chicago,IL 60606-1379
15949090      McCann Industries Inc,    38951 Eagle Way,    Chicago, IL 60678-1389
15949091      +Meany Electrical Contractors,    17401 S Laflin,    East Hazel Crest, IL 60429-1864
15949092      Meilner Mechanical,    19 W College Dr,    Arlington Heights, IL 60004-1954
15949093      +Mercon Supply,    2865 Festival Drive,    Kankakee, IL 60901-8957
15949094      Mid Lakes Distributing,    1029-37 W Adams St,    Chicago, IL 60607-2995
15949095      +Midwest Machine Service Inc,    5632 W Pleasant Blvd,    Chicago Ridge, IL 60415-2306
15949096      +Midwest Machining & Fabricating Inc,    711 W Main St,    Griffith, IN 46319-2634
15949097      +Minster Mechanical Sales,    2120 S Halsted St,    Chicago Heights, IL 60411-4282
15949098      #+Mobile Mini Inc,    7420 S Kyrene Rd Suite#101,    Tempe, AZ 85283-4610
15949099      Modular Space Corporation,    12603 Collections Center Dr,    Chicago, IL 60693-0126
15949100      Motion Industries, Inc.,    P.O. Box 504606,    St. Louis, MO 63150-4606
15949102      +Nagle Obarski PC,    222 South Mill Street, Suite 200,    Naperville, IL 60540-5289
```

District/off: 0752-1          User: dwilliams          Page 3 of 7          Date Rcvd: Nov 23, 2015
                             Form ID: pdf006           Total Noticed: 212

```
15949104    +Nickelson Industrial Service,   8501 S. Baltimore Ave.,   Chicago, IL 60617-2636
15949106     Nipsco,   P.O. Box 13007,   Merrillville, IN 46411-3007
15949107    +Nobel Air, LLC,   6652 W. 88th St.,   Oak Lawn, IL 60453-1014
15949108    +Novaspect,   1776 Commerce Drive,   Elk Grove Village, IL 60007-2120
15949109    +P&G Engineering Company,   11924 S 88th Ave,   Palos Park, IL 60464-1102
16174043    +Pipe Fitters Retirement Fund, Local 597,   c/o Johnson & Krol, LLC,
              300 S. Wacker Dr., Suite 1313,   Chicago, IL 60606-6601
16174109    +Pipe Fitters Training Fund, Local 597,   c/o Johnson & Krol, LLC,
              300 S. Wacker Dr., Suite 1313,   Chicago, IL 60606-6601
15949110    +Pipe Fitters Welfare Fund Local 597,   45 N. Ogden Av.,   Chicago, IL 60607-1885
16174108    +Pipe Fitters Welfare Fund, Local 597,   c/o Johnson & Krol, LLC,
              300 S. Wacker Dr., Suite 1313,   Chicago, IL 60606-6601
16174114    +Pipe Fitters' Association, Local 597 U.A.,   c/o Johnson & Krol, LLC,
              300 S. Wacker Dr., Suite 1313,   Chicago, IL 60606-6601
16174111    +Pipe Fitters' Individual Account and 401(k) Plan,   c/o Johnson & Krol, LLC,
              300 S. Wacker Dr., Suite 1313,   Chicago, IL 60606-6601
16174113    +Pipe Fitting Council of Greater Chicago,   c/o Johnson & Krol, LLC,
              300 S. Wacker Dr., Suite 1313,   Chicago, IL 60606-6601
15949111     Plumbers/Pipefitters #501 No. Ill.,   1295 Butterfield Rd.,   Aurora, IL 60502-8879
15949112    +Plumbers/Pipefitters Local 422 Fund,   c/o Arnold and Kadjan,   19 W. Jackson Blvd.,
              Chicago, IL 60604-3926
15949113     Portage Electric Supply Corp,   6487 Melton Road,   Portage, IN 46368-1269
15949114    +Portage Home Center,   6455 Melton Rd US-20,   Portage, IN 46368-1269
15949116    +Praxair,   2301 SE Creekview Dr,   ATTN: Katrina Madigan,   Ankeny, IA 50021-8500
15949115     Praxair,   963- Praxair Distribution,   Dept CH 10660,   Palatine, IL 60055-0660
16039932    +Praxair Distribution, Inc,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
              Timonium, Maryland 21094-5126
15949117    +R.M.S.,   4836 Brecksville Rd.,   P.O. Box 509,   Richfield, OH 44286-0509
15949118     Randall Andre,   625 W. 104th St.,   Chicago Ridge, IL 60415
15949120    +Recco Tool & Supply,   8805 Joliet Road,   McCook, IL 60525-3270
15949121    +Richard James & Associates, Inc.,   4317 NE Thurston Way,   Suite 270,
              Vancouver, WA 98662-6673
15949122    +Robert-James Sales, Inc.,   P.O. Box 7999,   Buffalo, NY 14225-7999
15949123    +Roberts Environmental Control Corp,   8500 W 185th St Suite B,   Tinley Park, IL 60487-6211
15949124     Roof Products & Systems,   PO BOX 5133,   Chicago, IL 60680-5133
15949130    +Russ Kanz,   3707 Cleveland Av.,   Brookfield, IL 60513-1509
15949132    +Russell Kanz,   3707 Cleveland Av.,   Brookfield, IL 60513-1509
15949134     S&M Properties,   15439 Wildflower Ln.,   Westfield, IN 46074-9779
15949136    +SASMI Trust Fund,   601 N. Fairfax St.,   Suite #400,   Alexandria, VA 22314-2079
15949135     Sam'Club Business Credit,   P.O. Box 530981,   Atlanta, GA 30353-0981
15949137    +School District Publishing,   1507 East 53rd St Dept 601,   Chicago, IL 60615-4573
15949139     Setan Identification Products,   P.O. Box 95904,   Chicago, IL 60694-5904
15949140     Sheet Metal Workers Local Union 265,   National Fund Office P.O. Box 79321,
              Baltimore, MD 21202
15949141    +Sherwin Williams,   5111 Dansher Rd,   Countryside, IL 60525-3128
15949142   +++South Side Control Supply Co.,   American Financial Management Inc,   3715 Ventura Drive,
              Arlington Heights, IL 60004-7696
15949143     Special T Unlimited,   4835 W Butterfield Road,   Hillside, IL 60162-1483
15949146    +Steel Cities Steels Inc,   395 Melton Rd,   Burn Harbor, IN 46304-9705
15949147    +Steiner,   1250 Touhy Ave.,   Elk Grove Village, IL 60007-4985
15949148    +Swift Saw & Tool Supply,   1200 W 171st St,   Hazel Crest, IL 60429-1905
15949150    +TCS Corporation,   8221 W Palmoma Dr,   Orland Park, IL 60462-1852
15949149    +Target Truck Rentals,   L.O. Genetos,   8585 Broadway # 480,   Merrillville, IN 46410-5669
16777858    +Teamsters Union Local No.142,   Teresa A. Massa,Terrell &Thrall,   1158 W Lincolnway,suite 1,
              Valparaiso,IN 46385-5802
15949151    +Temperature Equipment Corp.,   Lockbox#774503,   4503 Solutions Center,
              Chicago, IL 60677-4005
15949153    +The Daily Journal,   Eight Dearborn Square,   Kankakee, IL 60901-3945
15949154   +#+Thermosystems, Inc.,   1153 North Main Street,   Lombard, IL 60148-1360
15949155     Toshiba America Business Solutions,   P.O. Box 740441,   Atlanta, GA 30374-0441
15949156    +Total Safety,   320 Industrial Dr,   Griffith, IN 46319-3853
15949157    +Varied Products Of Indiana Inc,   2180 North State Road 149,   Chesterton, IN 46304-8819
15949158     Verizon,   North P.O. Box 9688,   Mission Hills',  CA 91346-9688
15949159     Village Of Alsip,   4500 W 123rd St,   Alsip, IL 60803-2599
15949165    +WMI Technologies, Inc.,   2019 Corporate Lane Suite 111,   Naperville, IL 60563-9748
15949161     White Cap Construction Supply,   9950 S 134th St,   Omaha, NE 68138-6199
15949163    +Wiesbrook Sheet Metal INC.,   25502 West Ruff Road,   Plainfield, IL 60585-7861
15949164    +William Pavlecic Architect,   53 W Jackson Blvd,   Chicago, IL 60604-4098
15949167     York International Corp,   Unitary Products,   PO Box 905578,   Charlotte, NC 28290-5578
15949168    +Zonatherm,   251 Holbrook,   Wheeling, IL 60090-5826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16455475    +E-mail/Text: capitalbankruptcynotice@ge.com Nov 24 2015 01:45:40
              Colonial Pacific Leasing Corp,   1010 Thomas Edison Blvd SW,   Cedar Rapids, IA 52404-8247
15949009    +E-mail/Text: legalcollections@comed.com Nov 24 2015 01:46:17      ComEd,   Bankruptcy Department,
              2100 Swift Drive,   Oak Brook, IL 60523-1559
15949066    +E-mail/Text: cio.bncmail@irs.gov Nov 24 2015 01:43:53      Department of Treasury,
              Internal Revenue Service,   Pob 7346,   Philadelphia,PA 19101-7346
15949024    +E-mail/Text: ar@dtabrasives.com Nov 24 2015 01:43:28      Diamond Tool & Abrasives, Inc,
              P.O. Box 92170,   Elk Grove Village, IL 60009-2170
```

```
District/off: 0752-1              User: dwilliams            Page 4 of 7              Date Rcvd: Nov 23, 2015
                                 Form ID: pdf006            Total Noticed: 212
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
15949041        E-mail/Text: capitalbankruptcynotice@ge.com Nov 24 2015 01:45:40        GE Capital,
                P.O. Box 536447,   Atlanta, GA 30353-6447
15949042        E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2015 01:50:27        GE Money Bank,   P.O. Box 981064,
                El Paso, TX 79998-1064
16454296       +E-mail/Text: capitalbankruptcynotice@ge.com Nov 24 2015 01:45:41
                General Electric Capital Corp,   1010 Thomas Edison Blvd SW,   Cedar Rapids, IA 52404-8247
15949046        E-mail/Text: collectionsbk@glcu.org Nov 24 2015 01:44:54        H-F Credit Union,
                18130 Pulaski Rd,   Country Club Hills, IL 60478-5118
15949054        E-mail/Text: bankruptcy@water.com Nov 24 2015 01:44:20        Hinckley Springs,   P.O. Box 660579,
                Dallas, TX 75266-0579
15949055        E-mail/Text: rev.bankruptcy@illinois.gov Nov 24 2015 01:44:48
                Illinois Department of Revenue,   Bankruptcy Section Level 7-425,   100 W. Randolph Street,
                Chicago, IL 60602
16130741       +E-mail/Text: des.claimantbankruptcy@illinois.gov Nov 24 2015 01:46:31
                Illinois Department of Employment Security,   33 South State Street,
                Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
16431480        E-mail/Text: rev.bankruptcy@illinois.gov Nov 24 2015 01:44:48
                Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
                Chicago, IL 60664-0338
15949061        E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Nov 24 2015 01:50:57
                Indiana Department of Revenue,   P.O. Box 7221,   Indianapolis IN 46207-7221
15949081       +E-mail/Text: rita.robles@key.com Nov 24 2015 01:43:57        Key Equipment Finance,
                11030 Circle Point Dr.,   Suite #200,   Westminster, CO 80020-2775
15949080        E-mail/Text: rita.robles@key.com Nov 24 2015 01:43:57        Key Equipment Finance,   PO Box 74713,
                Cleveland, OH 44194-0796
16741322       +E-mail/Text: rita.robles@key.com Nov 24 2015 01:43:57        Key Equipment Finance Inc.,
                1000 S. McCaslin Blvd.,   Superior, CO 80027-9437
15949101        E-mail/Text: creditdept3rdpartyBKR@mscdirect.com Nov 24 2015 01:43:32
                MSC Industrial Supply Co,   P.O. Box 382070,   Pittsburgh, PA 15250-8070
15980778       +E-mail/Text: creditdept3rdpartyBKR@mscdirect.com Nov 24 2015 01:43:32
                MSC Industrial Supply Company,   75 Maxess Road,   Melville, NY 11747-3151
15949105        E-mail/Text: bankrup@eglresources.com Nov 24 2015 01:43:18        Nicor,   P.O. Box 0632,
                Aurora, IL 60507-0632
15949144        E-mail/Text: appebnmailbox@sprint.com Nov 24 2015 01:44:29        Sprint,   P.O. Box 4191,
                Carol Stream, IL 60197-5400
16083515       +E-mail/Text: Bankruptcy@selective.com Nov 24 2015 01:43:57        Selective Insurance,
                40 Wantage Ave,   Branchville,New Jersey 07890-0002
15949138        E-mail/Text: Bankruptcy@selective.com Nov 24 2015 01:43:57        Selective Insurance,
                Box 371468,   Pittsburgh, PA 15250-7468
16461397       +E-mail/Text: clerical.department@yahoo.com Nov 24 2015 01:43:23        The Daily Journal,
                c/o Creditors Collection,   Bureaus, Inc,   PO Box 63,   Kankakee, IL 60901-0063
15949162       +E-mail/Text: dmcanally@wmklaborlaw.com Nov 24 2015 01:43:31
                Whitfield, McGann, and Ketterman,   111 E. Wacker Dr.,   Suite #2600,   Chicago, IL 60601-4208
16723680       +E-mail/Text: bankruptcy@wrightexpress.com Nov 24 2015 01:44:31        Wright Express,
                Financial Services,   Pob 639,   Portland, ME 04104-0639
15949166        E-mail/Text: bankruptcy@wrightexpress.com Nov 24 2015 01:44:31
                Wright Express Fleet Services,   PO Box 6293,   Carol Stream, IL 60197-6293
                                                                                            TOTAL: 26


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15949005        Co-Debtors Unknown at this time
15949006        Co-Debtors unknown at this time
15949038        Frank Cassano,   See Above
15949119        Randy Andre,   See Above
15949128        Roxy Moran,   See Above
15949129        Ruben Alonso
15949131        Russ Kanz,   See Above
15949047*      +H-F Credit Union,   18130 Pulaski Rd,   Country Club Hills, IL 60478-5118
15949056*      ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,
                CHICAGO IL 60664-0338
                (address filed with court:  Illinois Department of Revenue,   P.O. Box 19035,
                Springfield, IL 62794-9035)
16174044*      +Pipe Fitters Retirement Fund, Local 597,   c/o Johnson & Krol, LLC,
                300 S. Wacker Dr., Suite 1313,   Chicago, IL 60606-6601
15949126*      +Roxy Moran,   2712 Lake Shore Dr.,   Joliet, IL 60431-1097
15949127*      +Roxy Moran,   2712 Lake Shore Dr.,   Joliet, IL 60431-1097
15949133*      +Russell Kanz,   3707 Cleveland Av.,   Brookfield, IL 60513-1509
15948976       ##+Any Custom Sheet Metal Inc,   P.O. Box 403,   Chicago Ridge, IL 60415-0403
15948983       ##+BI Equipment,   4021 W 127th St,   Alsip, IL 60803-1922
15948999       ##+Central Contractors Service Inc,   4655 W 137th St,   Crestwood, IL 60445-1926
15949021       ##+Davies Supply Company,   6601 West Grand Avenue,   Chicago, IL 60707-2203
15949025       ##+Douglas Crane Service Inc,   206 Julie Dr.,   Kankakee, IL 60901-5971
15949027       ##+Efficient Insulation Systems, Inc.,   10215 Franklin Avenue,   Franklin Park, IL 60131-1527
15949033       ##+Fluidtrol Process Technologies Inc,   P.O Box 1418,   Pelham, AL 35124-5418
15949043       ##+General Machining Solutions,   P.O BOX 1175,   Calumet City, IL 60409-1175
15949050       ##+Health Concepts LLC,   8085 Randolph St,   Hobart, IN 46342-7068
15949064       ##+Industrial Rents Inc,   P.O. Box 11672,   Merrillville, IN 46411-1672
15949086       ##+Lift Works, Inc.,   1130 Carolina, Unit F,   West Chicago, IL 60185-5163
```

```
District/off: 0752-1          User: dwilliams          Page 5 of 7          Date Rcvd: Nov 23, 2015
                             Form ID: pdf006           Total Noticed: 212
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
15949103    ##+Namasco,  P.O Box 11,   Peosta, IA 52068-0011
15949125    ##+Roxy Moran,   2712 Lake Shore Drive,   Joliet, IL 60431-1097
15949152    ##+The Computor Guy,   500 W Irving Park Rd,   Bensenville, IL 60106-2118
15949160    ##+Warehouse Direct,   1601 W Algonquin Road,   Mount Prospect, IL 60056-5503
                                                              TOTALS: 7, * 6, ## 15
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2015 at the address(es) listed below:
          Adam C Toosley   on behalf of Defendant   Climatemp Inc atoosley@freeborn.com,
          jschmidt@freeborn.com
          Ashley W Brandt   on behalf of Defendant   Climatemp Inc abrandt@freeborn.com,
          jtovarrisley@freeborn.com;bkdocketing@freeborn.com
          Cornelius F Riordan   on behalf of Plaintiff N. Neville Reid criordan@rmp-llc.com,
          egrubb@rmp-llc.com
          Daniel P. Dawson   on behalf of Trustee N. Neville Reid ddawson@nisen.com,  adrag@nisen.com
          Daniel P. Dawson   on behalf of Plaintiff N. Neville  Reid ddawson@nisen.com,  adrag@nisen.com
          Daniel P. Dawson   on behalf of Spec. Counsel   Nisen & Elliott, LLC ddawson@nisen.com,
          adrag@nisen.com
          Daniel P. Dawson   on behalf of Plaintiff   N. Neville Reid, as Chapter 7 Trustee for 3RC
          Mechanical & Contracting Services, LLC ddawson@nisen.com,  adrag@nisen.com
          Edward F. Filer   on behalf of Defendant   Climatemp Inc efiler@freeborn.com,
          dsanchez@freeborn.com
          Elizabeth Gayle Peterson   on behalf of Trustee N. Neville Reid egp5881@gmail.com,
          docket@fslc.com;bkdocket@fslc.com
          Elizabeth Gayle Peterson   on behalf of Spec. Counsel Jeffrey C Blumenthal egp5881@gmail.com,
          docket@fslc.com;bkdocket@fslc.com
          Elizabeth Gayle Peterson   on behalf of Attorney   Fox Hefter Swibel Levin & Carroll, LLP
          egp5881@gmail.com,  docket@fslc.com;bkdocket@fslc.com
          Elizabeth Gayle Peterson   on behalf of Consultant Ken  Novak egp5881@gmail.com,
          docket@fslc.com;bkdocket@fslc.com
          Frank T Davenport   on behalf of Defendant   Barr Mechanical Sales, Inc. frank@morrison-saltz.com
          James G Froberg   on behalf of Defendant   Harris Bank fka Amcore Bank jgfroberg@lowis-gellen.com,
          jgfroberg@aol.com
          Jeffrey A Krol   on behalf of Creditor   Pipe Fitting Council of Greater Chicago
          jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
          Jeffrey A Krol   on behalf of Defendant   Pipe Fitters Retirement Fund, Local 597
          jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
          Jeffrey A Krol   on behalf of Creditor   The Pipe Fitters Association, Local 597 U.A.
          jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
          Jeffrey A Krol   on behalf of Creditor   Pipe Fitters Individual Account and 401(k) Plan
          jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
          Jeffrey A Krol   on behalf of Defendant   Pipe Fitter Association Local 597 U.A.
          jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
          Jeffrey A Krol   on behalf of Defendant   Pipe Fitting Council of Greater Chicago
          jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
```

District/off: 0752-1          User: dwilliams          Page 6 of 7          Date Rcvd: Nov 23, 2015
                             Form ID: pdf006          Total Noticed: 212

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jeffrey A Krol   on behalf of Defendant   Pipe Fitters' Welfare Fund, Local 597
                 jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
            Jeffrey A Krol   on behalf of Creditor   Pipe Fitters Retirement Fund, Local 597
                 jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
            Jeffrey A Krol   on behalf of Defendant   Pipe Fitters Training Fund, Local 597
                 jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
            Jeffrey A Krol   on behalf of Defendant   Industry Improvement Fund Local 597
                 jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
            Jeffrey A Krol   on behalf of Creditor   Pipe Fitters Welfare Fund, Local 597
                 jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
            Jeffrey A Krol   on behalf of Creditor   Chicago Area Mechanical Contracting Industry Improvement
                 Trust jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
            Jeffrey A Krol   on behalf of Creditor   Pipe Fitters Training Fund, Local 597
                 jeffkrol@johnsonkrol.com,  docket@johnsonkrol.com
            Jessica A. Brady   on behalf of Defendant   Pipe Fitter Association Local 597 U.A.
                 jessica@johnsonkrol.com,  docket@johnsonkrol.com
            Jessica A. Brady   on behalf of Defendant   Industry Improvement Fund Local 597
                 jessica@johnsonkrol.com,  docket@johnsonkrol.com
            Jessica A. Brady   on behalf of Defendant   Pipe Fitting Council of Greater Chicago
                 jessica@johnsonkrol.com,  docket@johnsonkrol.com
            Jessica A. Brady   on behalf of Defendant   Pipe Fitters' Welfare Fund, Local 597
                 jessica@johnsonkrol.com,  docket@johnsonkrol.com
            Jessica A. Brady   on behalf of Defendant   Pipe Fitters Training Fund, Local 597
                 jessica@johnsonkrol.com,  docket@johnsonkrol.com
            Jessica A. Brady   on behalf of Defendant   Pipe Fitters Retirement Fund, Local 597
                 jessica@johnsonkrol.com,  docket@johnsonkrol.com
            Joseph E Mallon   on behalf of Creditor   Pipe Fitters Retirement Fund, Local 597
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Creditor   Pipe Fitters Welfare Fund, Local 597
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Creditor   Chicago Area Mechanical Contracting Industry
                 Improvement Trust mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Defendant   Pipe Fitting Council of Greater Chicago
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Creditor   The Pipe Fitters Association, Local 597 U.A.
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Defendant   Pipe Fitters' Welfare Fund, Local 597
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Defendant   Pipe Fitter Association Local 597 U.A.
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Creditor   Pipe Fitters Individual Account and 401(k) Plan
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Defendant   Pipe Fitters Retirement Fund, Local 597
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Defendant   Pipe Fitters Training Fund, Local 597
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Defendant   Industry Improvement Fund Local 597
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Creditor   Pipe Fitting Council of Greater Chicago
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Joseph E Mallon   on behalf of Creditor   Pipe Fitters Training Fund, Local 597
                 mallon@johnsonkrol.com,  docket@johnsonkrol.com;foderaro@johnsonkrol.com
            Kent A Gaertner   on behalf of Debtor   3RC Mechanical & Contracting Services, LLC.
                 kgaertner@springerbrown.com,  kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
            Kerry S Trunkett   on behalf of Creditor   H-F Credit Union kerry@trunkettlawpc.com,
                 mkeenan@trunkettlawpc.com;lpino@trunkettlawpc.com;Coconnell@trunkettlawpc.com
            Lauren P Shannon   on behalf of Plaintiff N. Neville Reid lshannon@rmp-llc.com
            Mark Adam Silverman   on behalf of Creditor   Harris Bank fka Amcore Bank
                 msilverman@lowis-gellen.com,  pmcmillan@lowis-gellen.com
            Mark B Grzymala   on behalf of Creditor   Marco Supply Company Inc. d/b/a Johnson Pipe and Supply
                 Corp. mgrzymala@rolaw.net,  grzymala@gmail.com
            Megan  M Burke   on behalf of Trustee N. Neville Reid mburke@rmp-llc.com,  info@rmp-llc.com
            Megan  M Burke   on behalf of Plaintiff N. Neville Reid mburke@rmp-llc.com,  info@rmp-llc.com
            N. Neville Reid   nreid@fslc.com,  nreid@ecf.epiqsystems.com
            N. Neville Reid   on behalf of Other Prof. Popower  Katten nreid@fslc.com,
                 nreid@ecf.epiqsystems.com
            N. Neville Reid   on behalf of Attorney   Fox Hefter Swibel Levin & Carroll, LLP nreid@fslc.com,
                 bkdocket@fslc.com,kmcfarland@fslc.com
            N. Neville Reid   on behalf of Spec. Counsel   Riordan, McKee & Piper, LLC nreid@fslc.com,
                 bkdocket@fslc.com,kmcfarland@fslc.com
            N. Neville Reid   on behalf of Consultant Ken  Novak nreid@fslc.com,  nreid@ecf.epiqsystems.com
            N. Neville Reid   on behalf of Trustee N. Neville Reid nreid@fslc.com,  nreid@ecf.epiqsystems.com
            Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
            Rebecca K McMahon   on behalf of Creditor   Central States, Southeast and Southwest Areas Health
                 and Welfare Fund rmcmahon@centralstatesfunds.org
            Ryan T Schultz   on behalf of Trustee N. Neville Reid rschultz@fslc.com,  bkdocket@fslc.com,
                 abouse@fslc.com

```
District/off: 0752-1              User: dwilliams              Page 7 of 7              Date Rcvd: Nov 23, 2015
                                 Form ID: pdf006              Total Noticed: 212
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Scott  Gillman   on behalf of Interested Party   Auto-Owners Insurance Company
               sgillman@condoncook.com
              Timothy C Reuter   on behalf of Creditor   Central States, Southeast and Southwest Areas Health
               and Welfare Fund treuter@centralstatesfunds.org
              William J Cotter   on behalf of Plaintiff N. Neville Reid bcotter@rmp-llc.com
              William P Callinan   on behalf of Defendant   Pipe Fitters' Welfare Fund, Local 597
               william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Creditor   Pipe Fitters Retirement Fund, Local 597
               william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Defendant   Pipe Fitting Council of Greater Chicago
               william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Defendant   Pipe Fitter Association Local 597 U.A.
               william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Defendant   Pipe Fitters Training Fund, Local 597
               william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Creditor   Pipe Fitting Council of Greater Chicago
               william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Creditor   Chicago Area Mechanical Contracting Industry
               Improvement Trust william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Defendant   Pipe Fitters Retirement Fund, Local 597
               william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Creditor   Pipe Fitters Training Fund, Local 597
               william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Creditor   The Pipe Fitters Association, Local 597 U.A.
               william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Creditor   Pipe Fitters Welfare Fund, Local 597
               william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Creditor   Pipe Fitters Individual Account and 401(k) Plan
               william@johnsonkrol.com,  docket@johnsonkrol.com
              William P Callinan   on behalf of Defendant   Industry Improvement Fund Local 597
               william@johnsonkrol.com,  docket@johnsonkrol.com
                                                                                    TOTAL: 78