## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-34781 |
| 3RC MECHANICAL & CONTRACTING | ) | |
| SERVICES, LLC, | ) | Hon. Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on Wednesday, December 23, 2015, N. Neville Reid, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of 3RC Mechanical & Contracting Services, LLC, filed the **Amended Exhibits C & D to Trustee's Final Report,** a copy of which was served upon you.

Dated: December 23, 2015

**N. NEVILLE REID, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of 3RC Mechanical & Contracting Services, LLC,**
By: *  /s/ N. Neville Reid*
     N. Neville Reid

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC # 6288585)
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1200

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that a copy of the **Notice of Filing** and **the Amended Exhibits C & D**

**to Trustee's Final Report**  was served upon the parties listed on the attached Service List by the

Court's ECF filing system as indicated on December 23, 2015.


*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Jessica L Adelman on behalf of Defendant Industry Improvement Fund Local 597, Defendant Pipe Fitter Association Local 597 U.A., Defendant Pipe Fitters Retirement Fund, Local 597, Defendant Pipe Fitters Training Fund, Local 597, Defendant Pipe Fitters' Welfare Fund, Local 597, Defendant Pipe Fitting Council of Greater Chicago
adelman@johnsonkrol.com

Ashley W Brandt on behalf of Defendant Climatemp Inc
abrandt@freeborn.com, jtovarrisley@freeborn.com, bkdocketing@freeborn.com

Megan M Burke on behalf of Plaintiff N. Neville Reid
mburke@rmp-llc.com

William P Callinan on behalf of Chicago Area Mechanical Contracting Industry Improvement Trust, Industry Improvement Fund Local 597, Pipe Fitter Association Local 597 U.A., Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters' Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, The Pipe Fitters Association, Local 597 U.A.,
william@johnsonkrol.com

William J Cotter on behalf of Plaintiff N. Neville Reid
bcotter@rmp-llc.com

Frank T Davenport on behalf of Defendant Barr Mechanical Sales, Inc.
frank@morrison-saltz.com

Daniel P. Dawson on behalf of Plaintiff N. Neville Reid, as Chapter 7 Trustee for 3RC Mechanical & Contracting Services, LLC
ddawson@nisen.com, adrag@nisen.com

Edward F. Filer on behalf of Defendant Climatemp Inc
efiler@freeborn.com, pscott@freeborn.com

James G Froberg on behalf of Creditor Harris Bank fka Amcore Bank
jgfroberg@lowis-gellen.com, jgfroberg@aol.com

Kent A Gaertner on behalf of Debtor 3RC Mechanical & Contracting Services, LLC.
kgaertner@springerbrown.com, kgaertner@springerbrown.com, jkrafcisin@springerbrown.com

Scott Gillman on behalf of Interested Party Auto-Owners Insurance Company
sgillman@condoncook.com

Mark B Grzymala on behalf of Creditor Marco Supply Company Inc. d/b/a Johnson Pipe and Supply Corp.

mgrzymala@rolaw.net, grzymala@gmail.com

Jeffrey A Krol on behalf of Chicago Area Mechanical Contracting Industry Improvement Trust, Industry Improvement Fund Local 597, Pipe Fitter Association, Local 597 U.A., Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters' Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, The Pipe Fitters Association, Local 597 U.A.
jeffkrol@johnsonkrol.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Joseph E Mallon on behalf of Creditor Chicago Area Mechanical Contracting Industry Improvement Trust, Pipe Fitters Individual Account and 401(k) Plan, Pipe Fitters Retirement Fund, Local 597, Pipe Fitters Training Fund, Local 597, Pipe Fitters Welfare Fund, Local 597, Pipe Fitting Council of Greater Chicago, Joseph E Mallon on behalf of Creditor The Pipe Fitters Association, Local 597 U.A.
mallon@johnsonkrol.com, gonzalez@johnsonkrol.com, foderaro@johnsonkrol.com, jessica@johnsonkrol.com

Rebecca K McMahon on behalf of Creditor Central States, Southeast and Southwest Areas Health and Welfare Fund
rmcmahon@centralstatesfunds.org

Timothy C Reuter on behalf of Creditor Central States, Southeast and Southwest Areas Health and Welfare Fund
treuter@centralstatesfunds.org

Cornelius F Riordan on behalf of Plaintiff N. Neville Reid
criordan@rmp-llc.com, egrubb@rmp-llc.com

Lauren P Shannon on behalf of Plaintiff N. Neville Reid
lshannon@rmp-llc.com

Adam C Toosley on behalf of Defendant Climatemp Inc
atoosley@freeborn.com, jschmidt@freeborn.com

Kerry S Trunkett on behalf of Creditor H-F Credit Union
kerry@trunkettlawpc.com, mkeenan@trunkettlawpc.com, lpino@trunkettlawpc.com, Sheffron@trunkettlawpc.com

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-34781-JBS
Debtor Name: 3rc Mechanical & Contracting Service
Claims Bar Date: 2/4/2011

Date: December 23, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 2100 | N. NEVILLE REID 200 W. MADISON, SUITE 3000 CHICAGO, IL 60606 | Administrative | | $0.00 | $34,839.31 | $34,839.31 |
| 1 2200 | N. NEVILLE REID 200 W. MADISON, SUITE 3000 CHICAGO, IL 60606 | Administrative | | $0.00 | $42.84 | $42.84 |
| BOND 1 2300 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras St. New Orleans, LA 70139 | Administrative | | $0.00 | $214.07 | $214.07 |
| 1 2990 | ACCESS 2339 Ernie Krueger Circle Waukegan, Il 60087 | Administrative | | $0.00 | $2,282.95 | $2,282.95 |
| 1 3110 | FOX SWIBEL LEVIN & CARROLL LLP 200 W. Madison Street - Suite 3000 Chicago, IL 60606 | Administrative | FSLC Third Interim Fee Application re: 1. Remaining fees due in the amount of $16,982.50 for the Period of 10-1-2010 thru 02-28-2011; 2. Fees in the amount of $77,995.50 for the Period of 11-12-2010 thru 10-31-2014; and 3. Expenses in the amount of $704.02 for the Period of 11-12-2010 thru 10-31-2014. 94,978.00 - Fees and $704.02 - Expenses = $95,682.02 Order = Dkt 200 | $0.00 | $149,105.00 | $149,105.00 |
| 1 3120 | FOX SWIBEL LEVIN & CARROLL LLP 200 W. Madison Street - Suite 3000 Chicago, IL 60606 | Administrative | Order No. 79 - granting fees in the amount of $25,000 and expenses in the amount of $4,361.11. Order Number from conversion: 79 Order Date from conversion: 4/12/2011 | $0.00 | $5,662.74 | $5,662.74 |

Page 1

Printed: December 23, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 25)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-34781-JBS
Debtor Name: 3rc Mechanical & Contracting Service
Claims Bar Date: 2/4/2011

Date: December 23, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>3210 | JEFFREY C. BLUMENTHAL CHARTERED<br>2970 Maria Avenue, Suite 223<br>Northbrook, Illinois 60062 | Administrative | Order No. 142; entered 12-21-2012; Fees =$18,993.00<br><br>Order Number from conversion: 142<br><br>Order Date from conversion: 12/21/2012 | $0.00 | $18,993.00 | $18,993.00 |
| 1<br>3210 | JEFFREY C. BLUMENTHAL CHARTERED<br>2970 Maria Avenue, Suite 223<br>Northbrook, Illinois 60062 | Administrative | Order No. 98 entered 12-20-2011. (2-9-2011 through 9-30-2011)<br><br>Order Number from conversion: 95<br><br>Order Date from conversion: 12/20/2011 | $0.00 | $38,993.00 | $20,000.00 |
| 1<br>3210 | NISEN & ELLIOTT<br>200 W. Adams Street<br>#2500<br>Chicago, IL 60606 | Administrative | Dkt. 149 | $0.00 | $9,900.00 | $9,900.00 |
| 1<br>3210 | NISEN & ELLIOTT, LLC<br>200 W. Adams St., Suite 2500<br>Chicago, IL 60606 | Administrative | Order No. 140 ; entered  11-19-2012<br><br>Order Number from conversion: 140<br><br>Order Date from conversion: 11/19/2012 | $0.00 | $4,950.00 | $4,950.00 |
| 1<br>3220 | JEFFREY C. BLUMENTHAL CHARTERED<br>2970 Maria Avenue, Suite 223<br>Northbrook, IL 60062 | Administrative | Order No. 98 entered 12-20-2011. (2-9-2011 through 9-30-2011)<br><br>Order Number from conversion: 95<br><br>Order Date from conversion: 12/20/2011 | $0.00 | $651.50 | $651.50 |
| 1<br>3220 | NISEN & ELLIOTT<br>200 W. Adams Street<br>#2500<br>Chicago, IL 60606 | Administrative | Dkt. 149 | $0.00 | $879.00 | $879.00 |

Page 2

Printed: December 23, 2015

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-34781-JBS

Debtor Name: 3rc Mechanical & Contracting Service

Claims Bar Date: 2/4/2011

Date: December 23, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 3410 | Lois West | Administrative | | $0.00 | $11,897.50 | $11,897.50 |
| 1 3420 | Lois West | Administrative | | $0.00 | $43.56 | $43.56 |
| 1 3731 | KEN NOVAK & ASSOCIATES, INC. 3356 Lake Knoll Drive Northbrook, IL 60062 | Administrative | Order No. 57 - Entered 12-23-2010 granting the first interim application of KNA for compensation for the period of 8-25-2010 through 11-27-2010. $10,000 - Fees and $1,104.21 - Expenses. Order Number from conversion: 57 Order Date from conversion: 12/23/2010 | $0.00 | $88,542.71 | $88,542.71 |
| 1 3732 | KEN NOVAK & ASSOCIATES, INC. 3356 Lake Knoll Drive Northbrook, IL 60062 | Administrative | Order No. 80 - Entered 4-12-2011 granting the second interim application of KNA for compensation for the period of: 1. 11-28-2010 through 03-04-2011 = $7,331.40 2. 08-25-2010 through 11-27-2010 = $15,000 for Fees and $1,347.91 - Expense | $0.00 | $2,522.72 | $2,522.72 |
| 11 34 5300 | LOCAL 5 PIPE FITTERS' ASSOCIATION c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority | (11-1) Unpaid dues check-offs. | $0.00 | $2,297.84 | $2,297.84 |
| 8 35 5400 | LOCAL PIPE FITTERS RETIREMENT FUND c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority | (8-1) Unpaid contributions to Taft-Hartley benefit funds.(8-2) Unpaid contributions to Taft-Hartley benefit funds. | $0.00 | $47,278.51 | $47,278.51 |
| 9 35 5400 | LOCAL 59 PIPE FITTERS WELFARE FUND c/o Johnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority | (9-1) Unpaid contributions to Taft-Hartley benefit funds. | $0.00 | $54,571.34 | $54,571.34 |

UST Form 101-7-TFR (5/1/2011) *(Page 27)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-34781-JBS
Debtor Name: 3rc Mechanical & Contracting Service
Claims Bar Date: 2/4/2011

Date: December 23, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10<br>35<br>5400 | MERCON SUPPLY<br>2865 Festival Drive<br>Kankakee, IL 60901 | Priority | | $0.00 | $9,325.30 | $9,325.30 |
| | | | (10-1) Unpaid contributions to Taft-Hartley benefit funds.(10-2) Unpaid contributions to Taft-Hartley benefit funds. | | | |
| 12<br>35<br>5400 | PIPE FITTERS' INDIVIDUAL<br>ACCOUNT A<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL 60606 | Priority | | $0.00 | $16,614.00 | $16,614.00 |
| | | | (12-1) Unpaid contributions and elective deferrals to Taft-Hartley benefit funds. | | | |
| 13<br>35<br>5400 | PIPE FITTING COUNCIL OF<br>GREATER CHI<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL 60606 | Priority | | $0.00 | $282.04 | $282.04 |
| | | | (13-1) Unpaid contributions to Taft-Hartley benefit funds. | | | |
| 14<br>35<br>5400 | LOCAL 59 INDUSTRY<br>ADVANCEMENT FUND<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr., Suite 1313<br>Chicago, IL 60606 | Priority | | $0.00 | $1,692.15 | $1,692.15 |
| | | | (14-1) Unpaid contributions to Taft-Hartley benefit funds. | | | |
| 34<br>35<br>5800 | SE. & SW. AREAS HEA<br>CENTRAL STATES<br>Attn.: Peter Priede<br>9377 West Higgins Road<br>Rosemont, IL 60018 | Priority | | $0.00 | $10,112.92 | $10,112.92 |
| 38<br>35<br>5800 | IRON WORKERS MID<br>AMERICA FUNDS<br>Attn: Joseph J. Burke<br>2350 East 170th St.<br>Lansing, IL 60438 | Priority | | $0.00 | $1,852.34 | $1,852.34 |
| 46A<br>35<br>5800 | CHICAGO REGIONAL<br>COUNCIL OF CARPENT<br>c/o Bruce C. Scalambrino<br>Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite<br>1600<br>Chicago, IL 60602 | Priority | | $0.00 | $116,207.09 | $116,207.09 |
| 51<br>35<br>5800 | TEAMSTERS UNION LOCAL<br>NO. 142<br>Teresa A. Massa,Terrell & Thrall<br>1158 W Lincolnway,suite 1<br>Valparaiso, IN 46385 | Priority | | $0.00 | $9,877.03 | $9,877.03 |
| 4A<br>40<br>5800 | PRAXAIR DISTRIBUTION, INC<br>c/o RMS Bankruptcy Recovery<br>Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Priority | | $0.00 | $9,300.00 | $9,300.00 |

Page 4                                         Printed: December 23, 2015

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-34781-JBS
Debtor Name: 3rc Mechanical & Contracting Service
Claims Bar Date: 2/4/2011

Date: December 23, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7A 40 5800 | ILLINOIS DEPARTMENT OF EMPLOYMENT S 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Priority | (7-1) Unemployment tax | $0.00 | $68,080.79 | $68,080.79 |
| 15A 40 5800 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | | $0.00 | $37,812.93 | $37,812.93 |
| 55B 40 5800 | DEPARTMENT OF TREASURY Internal Revenue Service Pob 7346 Philadelphia, PA 19101 | Priority | (55-1) Modified to correct creditors address 7/24/12 MF | $0.00 | $177,683.94 | $177,683.94 |
| 44 4210 | HARRIS BANK F/K/A AMCORE BANK HARRIS BANK F/K/A AMCORE BANK | Secured | | $1,200,000.00 | $1,100,000.00 | $187,248 38 |
| 55A 50 4800 | DEPARTMENT OF TREASURY Internal Revenue Service Pob 7346 Philadelphia, PA 19101 | Secured | (55-1) Modified to correct creditors address 7/24/12 MF | $0.00 | $462,309.44 | $462,309.44 |
| 1 80 7100 | SOUTH SIDE CONTROL SUPPLY CO. American Financial Management Inc 3715 Ventura Drive Arlington Heights, IL 60004 | Unsecured | (1-2) Amending Amount of Claim(1-4) amending claim amount (1-1) Modified 8/9/2010 to correct creditors address MF(1-2) Pdf is not a claim, e-filer notified to refile a claim 12/7/2010 MF(1-4) payments received | $0.00 | $9,599.43 | $9,599.43 |
| 2 80 7100 | MSC INDUSTRIAL SUPPLY COMPANY 75 Maxess Road Melville, NY 11747 | Unsecured | | $0.00 | $240.85 | $240.85 |
| 3 80 7100 | IMBERT INTERNATIONAL INC 7030 N Austin Ave Niles, IL 60714 | Unsecured | | $0.00 | $5,456.85 | $5,456.85 |
| 4B 80 7100 | PRAXAIR DISTRIBUTION, INC c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | Unsecured | | $0.00 | $14,814.55 | $14,814.55 |

Printed: December 23, 2015

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-34781-JBS

Debtor Name: 3rc Mechanfcal & Contracting Service

Claims Bar Date: 2/4/2011

Date: December 23, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>80<br>7100 | ACCOUNTEMPS DIV OF<br>Robert Half International<br>Pob 5024<br>San Ramon, CA  94583 | Unsecured | | $0.00 | $3,090.15 | $3,090.15 |
| 6<br>80<br>7100 | SELECTIVE INSURANCE<br>40 Wantage Ave<br>Branchville, New Jersey  07890 | Unsecured | | $0.00 | $27,597.00 | $27,597.00 |
| 7B<br>80<br>7100 | ILLINOIS DEPARTMENT OF<br>EMPLOYMENT S<br>33 South State Street<br>Chicago, Illinois  60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | (7-1) Unemployment tax | $0.00 | $780.00 | $780.00 |
| 15B<br>80<br>7100 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | Unsecured | | $0.00 | $5,015.36 | $5,015.36 |
| 16<br>80<br>7100 | KIRK & BLUM<br>PO Box 630202<br>Cincinatti, OH  45263-0202 | Unsecured | | $0.00 | $2,365.38 | $2,365.38 |
| 17<br>80<br>7100 | STEINER<br>1250 Touhy Ave.<br>Elk Grove Village, IL  60007 | Unsecured | | $0.00 | $517.88 | $517.88 |
| 18<br>80<br>7100 | GORDON BROS. STEEL<br>WAREHOUSE<br>1340 W 43rd St<br>Chicago, IL  60609-3308 | Unsecured | | $0.00 | $62,356.24 | $62,356.24 |
| 19<br>80<br>7100 | GENERAL ELECTRIC CAPITAL<br>CORP<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA  52404 | Unsecured | | $0.00 | $2,447.28 | $2,447.28 |
| 20<br>80<br>7100 | COLONIAL PACIFIC LEASING<br>CORP<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA  52404 | Unsecured | | $0.00 | $14,491.58 | $14,491.58 |

Printed: December 23, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 30)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-34781-JBS                                                                    Date: December 23, 2015
Debtor Name: 3rc Mechanical & Contracting Service
Claims Bar Date: 2/4/2011

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 21<br>80<br>7100 | ALLIED VALVE INC<br>231344 Momentum Place<br>Chicago, IL 60689 | Unsecured | | $0.00 | $3,130.09 | $3,130.09 |
| 22<br>80<br>7100 | THE DAILY JOURNAL<br>c/o Creditors Collection<br>Bureaus, Inc<br>PO Box 63<br>Kankakee, IL 60901 | Unsecured | | $0.00 | $1,686.43 | $1,686.43 |
| 23<br>80<br>7100 | COLUMBUS PIPE & SUPPLY<br>CO<br>1803 Moen Ave<br>Rockdale, IL 60436 | Unsecured | | $0.00 | $582.67 | $582.67 |
| 24<br>80<br>7100 | H-O-H CHEMICALS, INC.<br>P.O. Box 487<br>Palatine, IL 60078 | Unsecured | | $0.00 | $3,957.55 | $3,957.55 |
| 25<br>80<br>7100 | BORNQUIST INC<br>7050 N Lehigh<br>Chicago, IL 60646 | Unsecured | | $0.00 | $21,090.94 | $21,090.94 |
| 26<br>80<br>7100 | CALUMET LIFT TRUCK<br>SERVICE CO<br>35 E 168th Street<br>South Holland, IL 60473 | Unsecured | | $0.00 | $45,999.30 | $45,999.30 |
| 27<br>80<br>7100 | NOBEL AIR, LLC<br>6652 W. 88th St.<br>Oak Lawn, IL 60453 | Unsecured | | $0.00 | $10,665.00 | $10,665.00 |
| 28<br>80<br>7100 | MINSTER MECHANICAL<br>SALES<br>2120 S Halsted St<br>Chicago Heights, IL 60411 | Unsecured | | $0.00 | $963.72 | $963.72 |
| 29<br>80<br>7100 | KIRK & BLUM<br>8735 W Market Street<br>Greensboro, NC 27409 | Unsecured | | $0.00 | $2,365.38 | $2,365.38 |

UST Form 101-7-TFR (5/1/2011) (Page: 31)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-34781-JBS
Debtor Name: 3rc Mechanical & Contracting Service
Claims Bar Date: 2/4/2011

Date: December 23, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 30 80 7100 | GENERAL MACHINING SOLUTIONS P.O BOX 1175 Calumet City, IL  60409 | Unsecured | | $0.00 | $5,462.62 | $5,462.62 |
| 31 80 7100 | J & L FASTENERS 6944 Parrish Ave Hammond, IN  46323 | Unsecured | | $0.00 | $955.79 | $955.79 |
| 32 80 7100 | MCCANN INDUSTRIES INC 38951 Eagle Way Chicago, IL  60678-1389 | Unsecured | | $0.00 | $440.62 | $440.62 |
| 33 80 7100 | LIFT WORKS, INC. 1130 Carolina, Unit F West Chicago, IL  60185 | Unsecured | | $0.00 | $570.00 | $570.00 |
| 35 80 7100 | ILLINOIS MECHANICAL SALES, INC. 2627 North Western Avenue Chicago, IL  60647-2034 | Unsecured | | $0.00 | $1,869.07 | $1,869.07 |
| 36 80 7100 | LUDECA INC 1425 N,W. 88th Ave Doral, FL  33172-3017 | Unsecured | | $0.00 | $14,386.06 | $14,386.06 |
| 37 80 7100 | ANNE SLUDER 3512 Lake Shore Dr. Joliet, IL  60431 | Unsecured | (37-1) Money loaned on revolving line of credit promissory note. | $0.00 | $455,959.86 | $455,959.86 |
| 39 80 7100 | COMPLETE ENERGY MANAGEMENT Robert S Krockey 3180 Theodore street suite 102 Joliet, IL  60435 | Unsecured | | $0.00 | $40,535.00 | $40,535.00 |
| 40 80 7100 | INDIANA DEPARTMENT OF WORKFORCE Developement 10 N Senate Ave Indianapolis, IN  46204 | Unsecured | | $0.00 | $639.71 | $639.71 |

Printed: December 23, 2015

UST Form 101-7-TFR (5/1/2011) *(Page  32)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-34781-JBS
Debtor Name: 3rc Mechanical & Contracting Service
Claims Bar Date: 2/4/2011

Date: December 23, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 41<br>80<br>7100 | AUTO-OWNERS INSURANCE<br>Pob 30660<br>Lansing, MI 48909 | Unsecured | | $0.00 | $9,651.94 | $9,651.94 |
| 43<br>80<br>7100 | 3RC MECHANICAL<br>CONTRACTING SERVICE<br>Pob 1477<br>Birmingham, AL 35201 | Unsecured | | $0.00 | $10,193.81 | $10,193.81 |
| 44<br>80<br>7100 | FASTENAL<br>Company P.O. Box 978<br>Winona, MN 55987-0978 | Unsecured | | $0.00 | $2,706.90 | $2,706.90 |
| 45<br>80<br>7100 | TARGET TRUCK RENTALS<br>L.O. Genetos<br>8585 Broadway # 480<br>Merrilville, IN 46410 | Unsecured | | $0.00 | $8,051.00 | $8,051.00 |
| 46B<br>80<br>7100 | CHICAGO REGIONAL<br>COUNCIL OF CARPENT<br>c/o Bruce C. Scalambrino<br>Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite<br>1600<br>Chicago, IL 60602 | Unsecured | | $0.00 | $66,057.53 | $66,057.53 |
| 47<br>80<br>7100 | WRIGHT EXPRESS<br>Financial Services<br>Pob 639<br>Portland, ME 04103 | Unsecured | | $0.00 | $16,581.35 | $16,581.35 |
| 48<br>80<br>7100 | KEY EQUIPMENT FINANCE<br>INC.<br>1000 S. McCaslin Blvd.<br>Superior, CO 80027 | Unsecured | | $0.00 | $2,162.31 | $2,162.31 |
| 49<br>80<br>7100 | MARCO SUPPLY COMPANY,<br>INC<br>Rohlfing & Oberholtzer<br>211 W Wacker Dr suite 1200<br>Chicago, IL 60606 | Unsecured | | $0.00 | $114,981.32 | $114,981.32 |
| 50<br>80<br>7100 | APPLIED INDUSTRIAL TECH<br>INC<br>One Applied Plaza<br>East 36th Street & Euclid Ave<br>Cleveland, OH 44115 | Unsecured | | $0.00 | $6,467.76 | $6,467.76 |

Printed: December 23, 2015

UST Form 101-7-TFR (5/1/2011) (Page: 33)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-34781-JBS

Debtor Name: 3rc Mechanical & Contracting Service                                     Date: December 23, 2015

Claims Bar Date: 2/4/2011

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 52 80 7100 | TEAMSTERS UNION LOCAL NO. 142 Teresa A. Massa,Terrell &Thrall 1158 W Lincolnway,suite 1 Valparaiso, IN 46385 | Unsecured | | $0.00 | $1,501.50 | $1,501.50 |
| 53 80 7100 | FLUID AIR PRODUCTS 7535 Plaza Court Willowbrook, IL 60527 | Unsecured | | $0.00 | $12,695.88 | $12,695.88 |
| 54 80 7100 | FSB AMERICAN EXPRESS BANK c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (54-1) CREDIT CARD DEBT | $0.00 | $5,845.24 | $5,845.24 |
| 100 3210 | RIORDAN MCKEE & PIPER, LLC 20 North Wacker Drive, Ste 910 Chicago, IL 60606 | Administrative | | $0.00 | $53,625.00 | $53,625.00 |
| 100 3220 | RIORDAN MCKEE & PIPER, LLC 20 North Wacker Drive, Ste 910 Chicago, IL 60606 | Administrative | | $0.00 | $10,439.59 | $10,439.59 |
| 42 300 7100 | EFFICIENT INSULATION SYSTEMS, INC. 10215 Franklin Avenue Franklin Park, IL 60131 | Unsecured | | $0.00 | $26,786.00 | $26,786.00 |
| | Case Totals | | | $1,200,000.00 | $3,602,597.05 | $2,670,852.43 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: December 23, 2015

UST Form 101-7-TFR (5/1/2011) (Page: 34)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:10-34781-JBS
Case Name: 3rc Mechanical & Contracting Service
Trustee Name: N. Neville Reid, Trustee

Balance on hand                                    $           70,569.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | HARRIS BANK F/K/A AMCORE BANK | $ 1,100,000.00 | $ 187,248.38 | $ 180,805.38 | $ 6,443.00 |
| 55A | DEPARTMENT OF TREASURY | $ 462,309.44 | $ 462,309.44 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors            $            6,443.00

Remaining Balance                                 $           64,126.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 24,207.24 | $ 10,632.07 | $ 24,207.24 |
| Trustee Expenses: N. NEVILLE REID | $ 42.84 | $ 42.84 | $ 0.00 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ 149,105.00 | $ 132,886.00 | $ 16,219.00 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ 5,662.74 | $ 5,077.56 | $ 585.18 |
| Accountant for Trustee Fees: Lois West | $ 11,897.50 | $ 9,610.50 | $ 2,287.00 |
| Accountant for Trustee Expenses: Lois West | $ 43.56 | $ 43.56 | $ 0.00 |
| Other: ACCESS | $ 2,282.95 | $ 2,282.95 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ 214.07 | $ 214.07 | $ 0.00 |
| Other: JEFFREY C. BLUMENTHAL CHARTERED | $ 651.50 | $ 651.50 | $ 0.00 |
| Other: JEFFREY C. BLUMENTHAL CHARTERED | $ 38,993.00 | $ 38,993.00 | $ 0.00 |
| Other: KEN NOVAK & ASSOCIATES, INC. | $ 88,542.71 | $ 87,720.21 | $ 822.50 |
| Other: KEN NOVAK & ASSOCIATES, INC. | $ 2,522.72 | $ 2,452.12 | $ 70.60 |
| Other: NISEN & ELLIOTT | $ 9,900.00 | $ 9,900.00 | $ 0.00 |
| Other: NISEN & ELLIOTT | $ 879.00 | $ 879.00 | $ 0.00 |
| Other: NISEN & ELLIOTT, LLC | $ 4,950.00 | $ 4,950.00 | $ 0.00 |
| Other: RIORDAN MCKEE & PIPER, LLC | $ 53,625.00 | $ 53,625.00 | $ 0.00 |
| Other: RIORDAN MCKEE & PIPER, LLC | $ 10,439.59 | $ 10,439.59 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses            $            44,191.52

Remaining Balance                                                 $            19,935.26


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 562,988.22  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | LOCAL 5 PIPE FITTERS' ASSOCIATION | $ 2,297.84 | $ 0.00 | $ 2,297.84 |
| 8 | LOCAL PIPE FITTERS RETIREMENT FUND | $ 47,278.51 | $ 0.00 | $ 3,113.63 |
| 9 | LOCAL 59 PIPE FITTERS WELFARE FUND | $ 54,571.34 | $ 0.00 | $ 3,593.92 |
| 10 | MERCON SUPPLY | $ 9,325.30 | $ 0.00 | $ 614.14 |
| 12 | PIPE FITTERS' INDIVIDUAL ACCOUNT A | $ 16,614.00 | $ 0.00 | $ 1,094.15 |
| 13 | PIPE FITTING COUNCIL OF GREATER CHI | $ 282.04 | $ 0.00 | $ 18.57 |
| 14 | LOCAL 59 INDUSTRY ADVANCEMENT FUND | $ 1,692.15 | $ 0.00 | $ 111.44 |
| 34 | SE. & SW. AREAS HEA CENTRAL STATES | $ 10,112.92 | $ 0.00 | $ 666.01 |
| 38 | IRON WORKERS MID AMERICA FUNDS | $ 1,852.34 | $ 0.00 | $ 121.99 |
| 46A | CHICAGO REGIONAL COUNCIL OF CARPENT | $ 116,207.09 | $ 0.00 | $ 7,653.09 |
| 51 | TEAMSTERS UNION LOCAL NO. 142 | $ 9,877.03 | $ 0.00 | $ 650.48 |
| 4A | PRAXAIR DISTRIBUTION, INC | $ 9,300.00 | $ 0.00 | $ 0.00 |
| 7A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 68,080.79 | $ 0.00 | $ 0.00 |
| 15A | ILLINOIS DEPARTMENT OF REVENUE | $ 37,812.93 | $ 0.00 | $ 0.00 |
| 55B | DEPARTMENT OF TREASURY | $ 177,683.94 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors        $ 19,935.26

Remaining Balance        $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,043,714.90  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SOUTH SIDE CONTROL SUPPLY CO. | $       9,599.43 | $          0.00 | $          0.00 |
| 2 | MSC INDUSTRIAL SUPPLY COMPANY | $         240.85 | $          0.00 | $          0.00 |
| 3 | IMBERT INTERNATIONAL INC | $       5,456.85 | $          0.00 | $          0.00 |
| 4B | PRAXAIR DISTRIBUTION, INC | $      14,814.55 | $          0.00 | $          0.00 |
| 5 | ACCOUNTEMPS DIV OF | $       3,090.15 | $          0.00 | $          0.00 |
| 6 | SELECTIVE INSURANCE | $      27,597.00 | $          0.00 | $          0.00 |
| 7B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $         780.00 | $          0.00 | $          0.00 |
| 15B | ILLINOIS DEPARTMENT OF REVENUE | $       5,015.36 | $          0.00 | $          0.00 |
| 16 | KIRK & BLUM | $       2,365.38 | $          0.00 | $          0.00 |
| 17 | STEINER | $         517.88 | $          0.00 | $          0.00 |
| 18 | GORDON BROS. STEEL WAREHOUSE | $      62,356.24 | $          0.00 | $          0.00 |
| 19 | GENERAL ELECTRIC CAPITAL CORP | $       2,447.28 | $          0.00 | $          0.00 |
| 20 | COLONIAL PACIFIC LEASING CORP | $      14,491.58 | $          0.00 | $          0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | ALLIED VALVE INC | $ 3,130.09 | $ 0.00 | $ 0.00 |
| 22 | THE DAILY JOURNAL | $ 1,686.43 | $ 0.00 | $ 0.00 |
| 23 | COLUMBUS PIPE & SUPPLY CO | $ 582.67 | $ 0.00 | $ 0.00 |
| 24 | H-O-H CHEMICALS, INC. | $ 3,957.55 | $ 0.00 | $ 0.00 |
| 25 | BORNQUIST INC | $ 21,090.94 | $ 0.00 | $ 0.00 |
| 26 | CALUMET LIFT TRUCK SERVICE CO | $ 45,999.30 | $ 0.00 | $ 0.00 |
| 27 | NOBEL AIR, LLC | $ 10,665.00 | $ 0.00 | $ 0.00 |
| 28 | MINSTER MECHANICAL SALES | $ 963.72 | $ 0.00 | $ 0.00 |
| 29 | KIRK & BLUM | $ 2,365.38 | $ 0.00 | $ 0.00 |
| 30 | GENERAL MACHINING SOLUTIONS | $ 5,462.62 | $ 0.00 | $ 0.00 |
| 31 | J & L FASTENERS | $ 955.79 | $ 0.00 | $ 0.00 |
| 32 | MCCANN INDUSTRIES INC | $ 440.62 | $ 0.00 | $ 0.00 |
| 33 | LIFT WORKS, INC. | $ 570.00 | $ 0.00 | $ 0.00 |
| 35 | ILLINOIS MECHANICAL SALES, INC. | $ 1,869.07 | $ 0.00 | $ 0.00 |
| 36 | LUDECA INC | $ 14,386.06 | $ 0.00 | $ 0.00 |
| 37 | ANNE SLUDER | $ 455,959.86 | $ 0.00 | $ 0.00 |
| 39 | COMPLETE ENERGY MANAGEMENT | $ 40,535.00 | $ 0.00 | $ 0.00 |
| 40 | INDIANA DEPARTMENT OF WORKFORCE | $ 639.71 | $ 0.00 | $ 0.00 |
| 41 | AUTO-OWNERS INSURANCE | $ 9,651.94 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 43 | 3RC MECHANICAL CONTRACTING SERVICE | $ 10,193.81 | $ 0.00 | $ 0.00 |
| 44 | FASTENAL | $ 2,706.90 | $ 0.00 | $ 0.00 |
| 45 | TARGET TRUCK RENTALS | $ 8,051.00 | $ 0.00 | $ 0.00 |
| 46B | CHICAGO REGIONAL COUNCIL OF CARPENT | $ 66,057.53 | $ 0.00 | $ 0.00 |
| 47 | WRIGHT EXPRESS | $ 16,581.35 | $ 0.00 | $ 0.00 |
| 48 | KEY EQUIPMENT FINANCE INC. | $ 2,162.31 | $ 0.00 | $ 0.00 |
| 49 | MARCO SUPPLY COMPANY, INC | $ 114,981.32 | $ 0.00 | $ 0.00 |
| 50 | APPLIED INDUSTRIAL TECH INC | $ 6,467.76 | $ 0.00 | $ 0.00 |
| 52 | TEAMSTERS UNION LOCAL NO. 142 | $ 1,501.50 | $ 0.00 | $ 0.00 |
| 53 | FLUID AIR PRODUCTS | $ 12,695.88 | $ 0.00 | $ 0.00 |
| 54 | FSB AMERICAN EXPRESS BANK | $ 5,845.24 | $ 0.00 | $ 0.00 |
| 42 | EFFICIENT INSULATION SYSTEMS, INC. | $ 26,786.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $_____ 0.00

Remaining Balance                                             $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE